**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF MISSISSIPPI

Case number *(if known)* _____   Chapter   11

☐ Check if this is an amended filing

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy 04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Shaw Services LLC |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | FKA Shawcs,llc |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 64-0887058 |

| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|---|---|
| | | 861 Old Hwy 4 West  Holly Springs, MS 38635 | |
| | | Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | Marshall | **Location of principal assets, if different from principal place of business** |
| | | County | |
| | | | Number, Street, City, State & ZIP Code |

| 5. | **Debtor's website** (URL) | http://www.shawllcms.com |
|---|---|---|

| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
|---|---|---|
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

Debtor  Shaw Services LLC _____   Case number (*if known*) _____
　　　　　Name

7. **Describe debtor's business**   A. *Check one:*

   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   ☒ None of the above

   B. *Check all that apply*

   ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
   ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

   __2362__

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*

   ☐ Chapter 7
   ☐ Chapter 9
   ☒ Chapter 11. *Check all that apply*:

   　　☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
   　　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
   　　☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
   　　☐ A plan is being filed with this petition.
   　　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
   　　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
   　　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

   ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
   If more than 2 cases, attach a separate list.

   ☒ No.
   ☐ Yes.

   District _____  When _____  Case number _____
   District _____  When _____  Case number _____

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    ☒ No
    ☐ Yes.

    List all cases. If more than 1, attach a separate list

    Debtor _____  Relationship _____
    District _____  When _____  Case number, if known _____

Debtor   __Shaw Services LLC_____   Case number (*if known*)_____
       Name

| | | |
|---|---|---|
| **11.** | **Why is the case filed in *this district*?** | *Check all that apply:*<br>☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12.** | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☒ No<br>☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** (*Check all that apply.*)<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>    What is the hazard?  _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other  _____<br>**Where is the property?**  _____<br>    Number, Street, City, State & ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.  Insurance agency  _____<br>      Contact name  _____<br>      Phone  _____ |

### Statistical and administrative information

| | | |
|---|---|---|
| **13.** | **Debtor's estimation of available funds** | *Check one:*<br>☒ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. |
| **14.** | **Estimated number of creditors** | ☒ 1-49      ☐ 1,000-5,000      ☐ 25,001-50,000<br>☐ 50-99      ☐ 5001-10,000      ☐ 50,001-100,000<br>☐ 100-199      ☐ 10,001-25,000      ☐ More than 100,000<br>☐ 200-999 |
| **15.** | **Estimated Assets** | ☐ $0 - $50,000      ☒ $1,000,001 - $10 million      ☐ $500,000,001 - $1 billion<br>☐ $50,001 - $100,000      ☐ $10,000,001 - $50 million      ☐ $1,000,000,001 - $10 billion<br>☐ $100,001 - $500,000      ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion<br>☐ $500,001 - $1 million      ☐ $100,000,001 - $500 million      ☐ More than $50 billion |
| **16.** | **Estimated liabilities** | ☐ $0 - $50,000      ☒ $1,000,001 - $10 million      ☐ $500,000,001 - $1 billion<br>☐ $50,001 - $100,000      ☐ $10,000,001 - $50 million      ☐ $1,000,000,001 - $10 billion<br>☐ $100,001 - $500,000      ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion<br>☐ $500,001 - $1 million      ☐ $100,000,001 - $500 million      ☐ More than $50 billion |

Debtor  Shaw Services LLC  
    Name

Case number (*if known*) _____

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   May 22, 2025  
              MM / DD / YYYY

**X** /s/ Bobby W. Clanton              Bobby W. Clanton  
   Signature of authorized representative of debtor     Printed name

Title   Manager

**18. Signature of attorney**

**X** /s/ J. Walter Newman, IV          Date  May 22, 2025  
   Signature of attorney for debtor               MM / DD / YYYY

J. Walter Newman, IV  
Printed name

Newman & Newman  
Firm name

601 Renaissance Way, Suite A  
Ridgeland, MS 39157  
Number, Street, City, State & ZIP Code

Contact phone  (601) 948-0586     Email address  stacyplovorn@icloud.com

3832 MS  
Bar number and State

# United States Bankruptcy Court
## Northern District of Mississippi

In re: Shaw Services LLC

Debtor(s)

Case No.

Chapter  11

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: May 22, 2025

/s/ Bobby W. Clanton
Bobby W. Clanton/Manager
Signer/Title

1st Choice Concrete Pumping
P. O. Box 189
Terry, MS 39170


Ajay Concrete Pumping
1715 Vaughn Rd.
Great Falls, MT 59404


Amfed National Insurance Co ARP
1020 Highland Colony Parkway
Suite 700
Ridgeland, MS 39157


Analytical Services
921 Hospital Drive
Niceville, FL 32578


Bayou Concrete
P. O. Box 35073
Panama City, FL 32412


Bobby & Kathy Clanton
256 Hwy 4 West
Holly Springs, MS 38635


Bobby Clanton
256 Hwy 4 West
Holly Springs, MS 38635


Cat Financial Services Corp.
P. O. Box 730681
Dallas, TX 75373-0681


Consolidated Pipe
Dept. 3147
P. O. Box 2153
Birmingham, AL 35287


Contractor Supply
P. O. Box 2045
Olive Branch, MS 38654


Cort Furniture
P. O. Box 70518
Philadelphia, PA 19176


D. Sterling Kidd
Baker Donelson
P. O. Box 14167
Jackson, MS 39236-4167


Dayton Superior
P. O. Box 7411076
Chicago, IL 60674

```
East 2 West Safety Plus
4960 Hwy 90
123
Milton, FL 32571


Ferguson
P. O. Box 100286
Atlanta, GA 30384


Fox Capital Group, Inc.
803 S 21ST
Hollywood, FL 33020


GM Financial
P. O. Box 183593
Arlington, TX 76096-3834


H&E Equipment Services
P. O. Box 849850
Dallas, TX 75284


Hanos Excavators
12 N Point Dr.
Leland, MS 38756


IPFS Corp of the South
1055 Broadway, 11th Floor
Naples, FL 34105


J. Andrew Hammond
Young Wells Williams P.A.
P. O. Box 6005
Ridgeland, MS 39158-6005


J. Mark Franklin, III, Esquire
Attorney for Trustmark National Bank
P. O. Box 2488
Ridgeland, MS 39158


John M. Lassiter
Burr & Forman
190 East Capitol Street Suite M-100
Jackson, MS 39201


Josh A. Kesselman, Esq.
Lieberman and Klestzick, LLP
1855 Griffin Road DCOTA-Suite A-350
Dania, FL 33004


K&S Construction Co.
6814 Parson Road
Terry, MS 39170


Martin Marietta
P. O. Box 935043
Atlanta, GA 31193
```

Mississippi Department of Revenue
P. O. Box 22808
Jackson, MS 39225


Montana Helical Piers
P. O. Box 1621
Kalispell, MT 59903


Ovalle Concrete
116 MCMahon Rd.
Purvis, MS 39475


Pasco Ready Mix
P. O. Box 2332
Havre, MT 59501


Pelican Refining USA, LLC
861 Old Highway 4 West
Holly Springs, MS 38635


PermaJack/StrataJack
861 Old Highway 4 West
Holly Springs, MS 38635


Pipe Systems International, LLC
861 Old Highway 4 West
Holly Springs, MS 38635


Puckett Machinery Company
P. O. Box 321033
Flowood, MS 39232


Rain for Rent
3135 Dail St.
Mobile, AL 36612


Smith Industrial Service
2001 W I-65 Service Rd. N
Suite B
Mobile, AL 36618


Sunbelt Rentals
P. O. Box 409211
Atlanta, GA 30384


Taylor Rental
P. O. Box 88741
Chicago, IL 60680


Trustmark National Bank
P. O. Box 1182
Jackson, MS 39215-1182


Uline
P. O. Box 88741
Chicago, IL 60680

```
United Rentals
100 First Stamford Place
Suite 200
Stamford, CT 06902


United States Fire Insurance
305 Madison Avenue
Morristown, NJ 07960


West Properties, LLC
861 Old Hwy4 West
Holly Springs, MS 38635


West Properties, LLC
861 Old Hwy 4 W
Holly Springs, MS 38635


White Cap
P. O. Box 4944
Orlando, FL 32802


Willscott-Mobile Mini
P. O. Box 91975
Chicago, IL 60693


World Busines Lenders
P. O. Box 479
Elmsford, NY 10523


World Business Lenders
615 Hope Road, Building 3
Eatontown, NJ 07724
```