**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**

**IN RE: SHAW SERVICES, LLC**                           **CASE NO. 25-11621-JDW**
    **DEBTOR**                                              **CHAPTER 7**

---

### APPLICATION TO EMPLOY SPECIAL COUNSEL

---

    **COMES NOW,** Thomas C. Rollins, Jr., the duly appointed Chapter 7 Trustee (the "Trustee") for the bankruptcy estate of Shaw Services, LLC (the "Estate"), and pursuant to 11 U.S.C. §§ 327(a) and 328(a) and Federal Rule of Bankruptcy Procedure 2014, requests authority to employ Jason E. Weeks and Jernigan Copeland Attorneys, PLLC (collectively, "Special Counsel") to represent the Estate in Adversary Proceeding No. 25-01054-JDW. In support, the Trustee states as follows:

1.    On May 22, 2025, Shaw Services, LLC commenced this case under Chapter 11 of the Bankruptcy Code. The case was converted to Chapter 7 on June 3, 2026, and the Trustee was thereafter appointed to administer the Estate.

2.    The Estate is the plaintiff in Adversary Proceeding No. 25-01054-JDW, styled Shaw Services, LLC v. Conti Federal Services, LLC, pending before this Court (the "Adversary Proceeding").

3.    The Adversary Proceeding includes claims arising from the parties' contractual relationship and claims for violation of the automatic stay. The Trustee has determined that experienced litigation counsel is necessary to prosecute those claims and protect the interests of the Estate.

4.    Jason E. Weeks is an attorney with Jernigan Copeland Attorneys, PLLC and is qualified to represent the Estate in the Adversary Proceeding. Special Counsel is familiar with the claims and can prosecute the litigation efficiently and without unnecessary duplication of effort.

5.    The proposed employment is limited to representing the Estate in the Adversary Proceeding, including prosecution of the contract claims and the claims for violation of the automatic stay; conducting discovery; engaging in settlement negotiations and mediation; preparing and filing pleadings and motions; appearing at hearings and trial; pursuing any appeal, if necessary; and performing related legal services reasonably necessary to prosecute and resolve the Adversary Proceeding.

6.    Subject to Court approval, Special Counsel will be employed on a contingency-fee basis under 11 U.S.C. § 328(a): thirty-five percent (35%) of any recovery obtained before trial; forty percent (40%) if the matter proceeds to trial; and fifty percent (50%) if an appeal is necessary. Total compensation, including attorneys' fees and expenses, will not exceed fifty percent (50%) of the gross recovery.

7. Special Counsel will seek payment of fees and reimbursement of expenses only upon proper application and approval by the Court. No compensation or reimbursement will be paid except as authorized by the Bankruptcy Code and further order of this Court.

8. Special Counsel has conducted a conflict search and has advised the Trustee that no conflict of interest exists. To the best of the Trustee's knowledge, Special Counsel does not hold or represent an interest adverse to the Estate and is a disinterested person within the meaning of 11 U.S.C. § 101(14), except for any connections disclosed in the engagement letter and any verified statement filed in support of this Application.

9. The Trustee believes that employment of Special Counsel on the proposed terms is reasonable, necessary, and in the best interests of the Estate.

**WHEREFORE, PREMISES CONSIDERED,** the Trustee respectfully requests that the Court enter an Order authorizing the employment of Jason E. Weeks and Jernigan Copeland Attorneys, PLLC as special counsel for the Estate in Adversary Proceeding No. 25-01054-JDW on the terms stated above, and grant such other and further relief as may be just and proper.

RESPECTFULLY SUBMITTED,

**THOMAS C. ROLLINS, JR., CHAPTER 7 TRUSTEE**

/s/ Thomas C. Rollins, Jr.
**THOMAS C. ROLLINS, JR. (MSB #103469)**
P.O. Box 13767
Jackson, MS 39236
Telephone: (601) 500-5533
Email: trustee@therollinsfirm.com

**CERTIFICATE OF SERVICE**

I, THOMAS C. ROLLINS, JR., do hereby certify that I have this date electronically transmitted via CM/ECF Noticing a true and correct copy of the above and foregoing Application to Employ Special Counsel to all counsel of record and the Office of the United States Trustee.

/s/ Thomas C. Rollins, Jr.
**THOMAS C. ROLLINS, JR. (MSB #103469)**
P.O. Box 13767
Jackson, MS 39236
Telephone: (601) 500-5533
Email: trustee@therollinsfirm.com



July 31, 2026

**VIA ELECTRONIC MAIL**
**trollins@therollinsfirm.com**
Thomas C. Rollins, Jr.
774 Avery Blvd. N #C
Ridgeland, MS 39157

   Re: **Representation of Shaw Services. LLC**

Dear Mr. Rollins:

As a result of our recent telephone call, it is my understanding that you wish to engage this firm to represent the Shaw Services, LLC Bankruptcy Estate in the adversary proceeding pending in before the U. S. Bankruptcy Court for the Northern District of Mississippi, Adversary No. 25-01054-JDW styled *Shaw Services, LLC v. Conti Federal Services, LLC*. This letter will serve to confirm the scope and terms of our representation with respect to these matters.

We will represent the Shaw Services, LLC Bankruptcy Estate, pending Court approval, in the Adversary Proceeding on a contingency fee basis as follows: 35% of any recovery prior to trial, 40% if the matter proceeds to trial and 50% if an appeal is necessary.
Total compensation (attorneys fees and expenses) not to exceed 50% of gross settlement. _TR GW_
We have conducted an internal search for existing conflicts of interest, and based upon that search, we have determined that none exists. At the same time, you are aware that our firm has many clients with varied interests with the result that there is always the possibility that conflicts of interest could arise between you and other clients of the firm from time to time in the future.

We will regard communications between you and members of this firm as subject to the attorney-client privilege.

We will provide you with status reports by telephone call, and where appropriate, by written communication.

If the above terms meet with your approval, please sign and date the acceptance in the appropriate places below and return it to our office.

Post Office Box 2249
Madison, MS 39130

**JASON E. WEEKS**
601-427-0024
jweeks@jcalawfirm.com

970 Ebenezer Blvd.
Madison, MS 39110

T 601-427-0021 • F 601-427-0051 • www.jcalawfirm.com
Jernigan, Brabec, Hill, Clark & Weeks, PLLC

Thomas C. Rollins, Jr.
Chapter 7 Trustee for the Shaw Services, LLC Bankruptcy Estate
July 31, 2026
P a g e | 2

On behalf of the firm, we look forward to working with you.  If you wish to discuss this engagement or any matter set forth herein, please feel free to call at your earliest convenience.


Very truly yours,

JERNIGAN COPELAND ATTORNEYS, PLLC

JASON E. WEEKS


Acceptance as to the terms of representation set forth above:

SHAW SERVICES, LLC BANKRUPTCY ESTATE


_____          August 6, 2026
Thomas C. Rollins, Jr.                              Date
Chapter 7 Trustee for the Shaw Service, LLC Bankruptcy Estate