**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI**

IN RE: SHAW SERVICES, LLC                          CASE NO. 25-11621-JDW

       DEBTOR                                          CHAPTER 7

---

**AFFIDAVIT OF PROPOSED SPECIAL COUNSEL**

---

STATE OF MISSISSIPPI
COUNTY OF MADITON

BEFORE ME, the undersigned authority, personally appeared Jason E. Weeks, who, after being duly sworn, stated as follows:

1. My name is Jason E. Weeks. I am over the age of twenty-one years, am competent to make this Affidavit, and have personal knowledge of the matters stated herein.

2. I am an attorney licensed to practice law in the State of Mississippi and am an attorney with Jernigan Copeland Attorneys, PLLC. My business address is Post Office Box 2249, Madison, Mississippi 39130.

3. Thomas C. Rollins, Jr., the duly appointed Chapter 7 Trustee, proposes to employ me and Jernigan Copeland Attorneys, PLLC as special counsel for the bankruptcy estate of Shaw Services, LLC in Adversary Proceeding No. 25-01054-JDW, styled Shaw Services, LLC v. Conti Federal Services, LLC.

4. The proposed representation includes prosecution of the Estate's contract claims and its claims arising from alleged violations of the automatic stay, together with related discovery, motion practice, trial, settlement negotiations, and any appeal that may become necessary.

5. Subject to Court approval, the firm has agreed to represent the Estate on a contingency-fee basis of thirty-five percent (35%) of any recovery obtained before trial, forty percent (40%) if the matter proceeds to trial, and fifty percent (50%) if an appeal is necessary. Any compensation and reimbursement of expenses will remain subject to application, review, and approval by the Bankruptcy Court.

6. The firm has conducted an internal conflict search. To the best of my knowledge, neither I nor Jernigan Copeland Attorneys, PLLC holds or represents an interest adverse to the Estate with respect to the matter for which employment is sought.

7. To the best of my knowledge, neither I nor Jernigan Copeland Attorneys, PLLC has any connection with the Debtor, creditors, other parties in interest, their respective attorneys or

accountants, the United States Trustee, or any person employed in the Office of the United States Trustee, except for professional contacts arising in the ordinary course of practice that do not create an adverse interest, and the proposed representation disclosed herein.

8. If any additional connection or potential conflict is discovered, I will promptly disclose it to the Trustee and the Court.

JASON E. WEEKS

SWORN TO AND SUBSCRIBED BEFORE ME, this the 6th day of August, 2026.

**NOTARY PUBLIC**
My Commission Expires: 03.06.28