SO ORDERED,



Judge Jason D. Woodard

United States Bankruptcy Judge

**The Order of the Court is set forth below. The case docket reflects the date entered.**

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE: SHAW SERVICES LLC | CASE NO. 25-11621-JDW |
| DEBTOR | CHAPTER 7 |

## ORDER APPROVING APPLICATION FOR EMPLOYMENT OF ATTORNEY

THIS CAUSE came before the Court on the Motion to Employ Trustee as Attorney (the "Motion") (Dk #228) filed by Thomas C. Rollins, Jr., the Chapter 7 Trustee (the "Trustee"). The Court, having considered the Motion and the accompanying Affidavit, finds that the requested employment is in the best interest of the Estate and should be approved. Accordingly, it is

**ORDERED, ADJUDGED, AND DECREED** that the Motion is GRANTED. Pursuant to 11 U.S.C. § 327(d), Thomas C. Rollins, Jr. is authorized to serve as attorney for the Trustee in this case, effective as of the date of the Motion, with compensation to be determined upon proper application and approval by the Court.

**IT IS FURTHER ORDERED** that the Trustee shall not receive attorney compensation for services that constitute the performance of the Trustee's statutory duties. See 11 U.S.C. §§ 328(b), 704.

**##END OF ORDER##**

**Submitted by:**

/s/Thomas C. Rollins, Jr.
**THOMAS C. ROLLINS, JR., CHAPTER 7 TRUSTEE (MSB #103469)**
P.O. Box 13767
Jackson, MS 39236
Telephone: (601) 500-5533
Email: trustee@therollinsfirm.com

United States Bankruptcy Court

Northern District of Mississippi

In re:                                                                                    Case No. 25-11621-JDW

Shaw Services LLC                                                                          Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0537-1 | User: autodocke | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Aug 04, 2026 | Form ID: pdf0003 | Total Noticed: 4 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 06, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Shaw Services LLC, 861 Old Hwy 4 West, Holly Springs, MS 38635-6941 |
| tr | + | Craig M. Geno, Law Offices of Craig M. Geno, PLLC, 601 Renaissance Way, Suite A, Ridgeland, MS 39157-6038 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| tr | + Email/Text: wfava@favafirm.com | Aug 05 2026 01:29:00 | William Fava, Chapter 7 Trustee, Post Office Box 783, Southaven, MS 38671-0009 |
| cr | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 05 2026 01:30:00 | IRS, Att: Special Procedures Staff, 100 W. Capitol St., Room 504, Jackson, MS 39269 |

TOTAL: 2

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 06, 2026          Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 4, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Ava N. Jackson | on behalf of Creditor IRS ava.jackson@usdoj.gov darneciah.williams@usdoj.gov;Bianca.smith@usdoj.gov;usamsn.ecf@usdoj.gov |
| Conner Graham Whitten | on behalf of Creditor Caterpillar Financial Services Corporation cwhitten@bakerdonelson.com |

District/off: 0537-1      User: autodocke      Page 2 of 3

Date Rcvd: Aug 04, 2026      Form ID: pdf0003      Total Noticed: 4

Craig M. Geno

on behalf of Trustee Craig M. Geno cmgeno@cmgenolaw.com  kcarter@cmgenolaw.com,cmgeno@ecf.courtdrive.com

Craig N Mangum

on behalf of Creditor United States Fire Insurance Co. cmangum@krebsfarley.com

D. Andrew Phillips

on behalf of Counter-Claimant Conti Federal Services  LLC aphillips@mitchellmcnutt.com, dharwell@mitchellmcnutt.com

D. Andrew Phillips

on behalf of Defendant Conti Federal Services  LLC aphillips@mitchellmcnutt.com, dharwell@mitchellmcnutt.com

D. Andrew Phillips

on behalf of Creditor Conti Federal Services  LLC aphillips@mitchellmcnutt.com, dharwell@mitchellmcnutt.com

D. Sterling Kidd

on behalf of Creditor Caterpillar Financial Services Corporation skidd@bakerdonelson.com  ryancey@bakerdonelson.com

Glenn Edward Glover

on behalf of Creditor The Robins & Morton Group gglover@bradley.com  smusso@bradley.com

J. Walter Newman, IV

on behalf of Debtor Shaw Services LLC wnewman95@msn.com
stacyplovorn@icloud.com;Newman.WalterB141373@notify.bestcase.com

J. Walter Newman, IV

on behalf of Plaintiff Shaw Services LLC wnewman95@msn.com
stacyplovorn@icloud.com;Newman.WalterB141373@notify.bestcase.com

Jacob C Zweig

on behalf of Creditor AmeriCredit Financial Services  Inc. dba GM Financial jzweig@evanspetree.com,
mstevens@evanspetree.com;jstonecipher@evanspetree.com

James Blake Bailey

on behalf of Creditor The Robins & Morton Group jbailey@bradley.com

James Eldred Renfroe

on behalf of Creditor Trustmark National Bank jrenfroe@mslawfirm.biz  kridge@mslawfirm.biz;orenfroe@mslawfirm.biz

James Eldred Renfroe

on behalf of Creditor Trustmark Bank successor in interest to Trustmark National Bank jrenfroe@mslawfirm.biz
kridge@mslawfirm.biz;orenfroe@mslawfirm.biz

Jeffrey Stuart Newman

on behalf of Creditor Conti Federal Services  LLC jnewman@thompsoncoburn.com

John M. Lassiter

on behalf of Creditor WBL SPO I  LLC jlassiter@burr.com,
cmccann@burr.com;sberry@burr.com;cbankston@burr.com;kpitts@burr.com;vmcqueen@burr.com

John Scott Kingston

on behalf of Defendant Conti Federal Services  LLC jkingston@thompsoncoburn.com, jzobrist-schmitt@thompsoncoburn.com

John Scott Kingston

on behalf of Counter-Claimant Conti Federal Services  LLC jkingston@thompsoncoburn.com,
jzobrist-schmitt@thompsoncoburn.com

John Scott Kingston

on behalf of Creditor Conti Federal Services  LLC jkingston@thompsoncoburn.com, jzobrist-schmitt@thompsoncoburn.com

Laura Ashley

on behalf of Creditor United States Fire Insurance Co. lashley@krebsfarley.com  avicknair@krebsfarley.com

Natalie Alaina Cosmich

on behalf of Creditor WBL SPO I  LLC ncosmich@burr.com, cbankston@burr.com;cmccann@burr.com

Sammye S. Tharp

on behalf of U.S. Trustee U. S. Trustee Sammye.S.Tharp@usdoj.gov

Samuel D. Gregory

on behalf of Plaintiff Shaw Services LLC sam.gregory@butlersnow.com
connie.lubonovic@butlersnow.com;ecfnotices@butlersnow.com

Sylvie Derdeyn Robinson

on behalf of Creditor MS Tax Commission bankruptcy.attorney@dor.ms.gov

Thomas Carl Rollins, Jr

trustee@therollinsfirm.com  MS20@ecfcbis.com

Thomas Carl Rollins, Jr

on behalf of Trustee Thomas Carl Rollins  Jr trustee@therollinsfirm.com, MS20@ecfcbis.com

U. S. Trustee

District/off: 0537-1                                  User: autodocke                                        Page 3 of 3
Date Rcvd: Aug 04, 2026                          Form ID: pdf0003                                      Total Noticed: 4

USTPRegion05.AB.ECF@usdoj.gov

William Thompson
                     on behalf of Defendant Conti Federal Services  LLC wthompson@thompsoncoburn.com

William Thompson
                     on behalf of Counter-Claimant Conti Federal Services  LLC wthompson@thompsoncoburn.com

William Thompson
                     on behalf of Creditor Conti Federal Services  LLC wthompson@thompsoncoburn.com


TOTAL: 31