

**SO ORDERED,**

**Judge Jason D. Woodard**

**United States Bankruptcy Judge**

**The Order of the Court is set forth below. The case docket reflects the date entered.**

## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF MISSISSIPPI

IN RE:        SHAW SERVICES, LLC                          CASE NO. 25-11621-JDW
                                                                   CHAPTER 7

### AMENDED ORDER LIFTING AUTOMATIC STAY AS TO
### ALL PARTIES AND ABANDONING REAL PROPERTY

Considering the Motion to Lift Automatic Stay and for Abandonment as to Debtor or Alternatively for Adequate Protection (Dkt. # 216) as filed by Trustmark Bank and after reviewing all pleadings filed and having found that the Debtor has filed no response and made no appearance, this Court finds that the motion is hereby granted and the property is hereby abandoned from the estate and as such it is hereby ordered that automatic stay against Trustmark Bank or any subsequent assignee or beneficiary of the underlying lien is hereby lifted as to all parties and that the property shall be deemed abandoned by the trustee from the estate pursuant to 11 U. S. C. 554 (b) whether this case is converted to another Chapter of the United States Code.    Entry of this order shall constitute the entry of a final judgment pursuant to Bankruptcy Rule 9021 and Rule 58 of the Federal Rules of Civil Procedure.

Movant, Trustmark Bank or its subsequent assignee of the underlying lien is hereby permitted and allowed to enforce any and all rights they may have in respect to the real property including, but not limited to their right of foreclosure should they deem fit with such property bearing municipal

address 163 E. Van Dorn Avenue, Holly Springs, Mississippi, and being further identified as described on Exhibit A attached hereto.

IT IS FURTHER ORDERED that this Amended Order shall be stayed 120 days from date of entry of the order for the purpose of allowing the Trustee to sell the real property bearing municipal address 163 E. Van Dorn Avenue, Holly Springs, Mississippi, and being further identified as described on Exhibit A attached hereto.

## END OF ORDER ##

Prepared and submitted by:

/s/   James Eldred Renfroe
James Eldred Renfroe, MSB#10096
Attorney for Trustmark Bank
648 Lakeland East Drive, Suite A
Flowood, MS 39232
Telephone: 601-932-1011
Facsimile: 601-932-1014
jrenfroe@mslawfirm.biz

Agreed to by:

/s/ J. Walter Newman, IV - with permission
Hon. J. Walter Newman, IV, Attorney for Debtor


Hon. Thomas Carl Rollins, Jr., Chapter 7 Trustee

## EXHIBIT "A"

The West 45 feet of Lots No. 49, 50 and 51, all according to the plan of the City of Holly Springs, on Section 6, Township 4 South, Range 2 West, LESS AND EXCEPT the South 6.8 feet of the aforesaid Lot No. 51 described below:

LESS AND EXCEPT: Part Lots No. 51, 52, and 53 according to the plan of the City of Holly Springs, Mississippi, on Section 6, Township 4 South, Range 2 West, more particularly described as: A strip of land 45 feet in width off the West side of said Lot No. 51. Said 45 foot strip of land being a portion of that land conveyed to L.A. Rather, Jr., by Warranty Deed from Frances H. Rather, dated September 23, 1949 and recorded in Land Deed Book 87 at Page 148 of the records of the Clerk of the Chancery Court of Marshall County, Mississippi, direct reference to which is hereby made.

SIGNED FOR IDENTIFICATION PURPOSES THIS 27th DAY OF
April 2020

Shaw Services, LLC

By: Bobby Clanton, Member

1

United States Bankruptcy Court

Northern District of Mississippi

In re:                                                                    Case No. 25-11621-JDW

Shaw Services LLC                                                         Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0537-1 | User: autodocke | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Aug 04, 2026 | Form ID: pdf0003 | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol        Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 06, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Shaw Services LLC, 861 Old Hwy 4 West, Holly Springs, MS 38635-6941 |
| tr | + Craig M. Geno, Law Offices of Craig M. Geno, PLLC, 601 Renaissance Way, Suite A, Ridgeland, MS 39157-6038 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| tr | + Email/Text: wfava@favafirm.com | Aug 05 2026 01:29:00 | William Fava, Chapter 7 Trustee, Post Office Box 783, Southaven, MS 38671-0009 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 06, 2026                    Signature:           /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 4, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Ava N. Jackson | on behalf of Creditor IRS ava.jackson@usdoj.gov darneciah.williams@usdoj.gov;Bianca.smith@usdoj.gov;usamsn.ecf@usdoj.gov |
| Conner Graham Whitten | on behalf of Creditor Caterpillar Financial Services Corporation cwhitten@bakerdonelson.com |
| Craig M. Geno | on behalf of Trustee Craig M. Geno cmgeno@cmgenolaw.com  kcarter@cmgenolaw.com,cmgeno@ecf.courtdrive.com |

District/off: 0537-1        User: autodocke        Page 2 of 3

Date Rcvd: Aug 04, 2026        Form ID: pdf0003        Total Noticed: 3

Craig N Mangum

on behalf of Creditor United States Fire Insurance Co. cmangum@krebsfarley.com

D. Andrew Phillips

on behalf of Counter-Claimant Conti Federal Services LLC aphillips@mitchellmcnutt.com, dharwell@mitchellmcnutt.com

D. Andrew Phillips

on behalf of Defendant Conti Federal Services LLC aphillips@mitchellmcnutt.com, dharwell@mitchellmcnutt.com

D. Andrew Phillips

on behalf of Creditor Conti Federal Services LLC aphillips@mitchellmcnutt.com, dharwell@mitchellmcnutt.com

D. Sterling Kidd

on behalf of Creditor Caterpillar Financial Services Corporation skidd@bakerdonelson.com ryancey@bakerdonelson.com

Glenn Edward Glover

on behalf of Creditor The Robins & Morton Group gglover@bradley.com smusso@bradley.com

J. Walter Newman, IV

on behalf of Debtor Shaw Services LLC wnewman95@msn.com
stacyplovorn@icloud.com;Newman.WalterB141373@notify.bestcase.com

J. Walter Newman, IV

on behalf of Plaintiff Shaw Services LLC wnewman95@msn.com
stacyplovorn@icloud.com;Newman.WalterB141373@notify.bestcase.com

Jacob C Zweig

on behalf of Creditor AmeriCredit Financial Services Inc. dba GM Financial jzweig@evanspetree.com,
mstevens@evanspetree.com;jstonecipher@evanspetree.com

James Blake Bailey

on behalf of Creditor The Robins & Morton Group jbailey@bradley.com

James Eldred Renfroe

on behalf of Creditor Trustmark National Bank jrenfroe@mslawfirm.biz kridge@mslawfirm.biz;orenfroe@mslawfirm.biz

James Eldred Renfroe

on behalf of Creditor Trustmark Bank successor in interest to Trustmark National Bank jrenfroe@mslawfirm.biz
kridge@mslawfirm.biz;orenfroe@mslawfirm.biz

Jeffrey Stuart Newman

on behalf of Creditor Conti Federal Services LLC jnewman@thompsoncoburn.com

John M. Lassiter

on behalf of Creditor WBL SPO I LLC jlassiter@burr.com,
cmccann@burr.com;sberry@burr.com;cbankston@burr.com;kpitts@burr.com;vmcqueen@burr.com

John Scott Kingston

on behalf of Defendant Conti Federal Services LLC jkingston@thompsoncoburn.com, jzobrist-schmitt@thompsoncoburn.com

John Scott Kingston

on behalf of Counter-Claimant Conti Federal Services LLC jkingston@thompsoncoburn.com,
jzobrist-schmitt@thompsoncoburn.com

John Scott Kingston

on behalf of Creditor Conti Federal Services LLC jkingston@thompsoncoburn.com, jzobrist-schmitt@thompsoncoburn.com

Laura Ashley

on behalf of Creditor United States Fire Insurance Co. lashley@krebsfarley.com avicknair@krebsfarley.com

Natalie Alaina Cosmich

on behalf of Creditor WBL SPO I LLC ncosmich@burr.com, cbankston@burr.com;cmccann@burr.com

Sammye S. Tharp

on behalf of U.S. Trustee U. S. Trustee Sammye.S.Tharp@usdoj.gov

Samuel D. Gregory

on behalf of Plaintiff Shaw Services LLC sam.gregory@butlersnow.com
connie.lubonovic@butlersnow.com;ecfnotices@butlersnow.com

Sylvie Derdeyn Robinson

on behalf of Creditor MS Tax Commission bankruptcy.attorney@dor.ms.gov

Thomas Carl Rollins, Jr

trustee@therollinsfirm.com MS20@ecfcbis.com

Thomas Carl Rollins, Jr

on behalf of Trustee Thomas Carl Rollins Jr trustee@therollinsfirm.com, MS20@ecfcbis.com

U. S. Trustee

USTPRegion05.AB.ECF@usdoj.gov

William Thompson

District/off: 0537-1                                User: autodocke                                Page 3 of 3
Date Rcvd: Aug 04, 2026                             Form ID: pdf0003                                Total Noticed: 3

on behalf of Counter-Claimant Conti Federal Services  LLC wthompson@thompsoncoburn.com

William Thompson

on behalf of Creditor Conti Federal Services  LLC wthompson@thompsoncoburn.com

William Thompson

on behalf of Defendant Conti Federal Services  LLC wthompson@thompsoncoburn.com

TOTAL: 31