---

**SO ORDERED,**



**Judge Jason D. Woodard**

**United States Bankruptcy Judge**

**The Order of the Court is set forth below. The case docket reflects the date entered.**

---

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI

**IN RE:**

| | |
|---|---|
| **SHAW SERVICES LLC** | **CASE NO. 25-11621-JDW** |
| **DEBTOR** | **CHAPTER 11** |

## ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE

On consideration before this Court is the Motion for Admission *Pro Hac Vice* (Dkt. #232) of Frederick Schmidt to appear on behalf of Conti Federal Services, LLC, in the above-captioned proceeding pursuant to Rule 9010-1(b)(1) of the Local Rules of this Court. The Court having considered same, finds it is well taken and is hereby granted.

IT IS THEREFORE ORDERED THAT Frederick Schmidt is admitted *pro hac vice* to appear in the above-captioned Chapter 11 bankruptcy case filed in this Court, and any related proceedings on behalf of Conti Federal Services, LLC.

## END OF ORDER ##

Submitted by:

*/s/ D. Andrew Phillips*
D. ANDREW PHILLIPS (MSB #8509)
MITCHELL McNUTT
1216 Van Buren Ave.
P.O. Box 947
Oxford, MS 38655
(662) 234-4845
aphillips@mitchellmcnutt.com

*Counsel for Defendant*
*Conti Federal Services, LLC*