**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**

IN RE: SHAW SERVICES, LLC                          CASE NO. 25-11621-JDW
   DEBTOR                                                              CHAPTER 7

---

### APPLICATION TO EMPLOY AUCTIONEER AND/OR REAL ESTATE BROKER

---

COMES NOW, Thomas C. Rollins, Jr., the duly appointed Chapter 7 Trustee (the "Trustee") for the bankruptcy estate of Shaw Services, LLC (the "Estate"), and pursuant to 11 U.S.C. §§ 327(a) and 328(a) and Federal Rule of Bankruptcy Procedure 2014, requests authority to employ Benny Taylor and Taylor Auction & Realty, Inc. (collectively, "Taylor") as auctioneer and/or real estate broker for the Estate. In support, the Trustee states as follows:

1.    The Trustee is charged with collecting, preserving, and liquidating property of the Estate for the benefit of creditors.

2.    The Estate owns or may have an interest in real property, vehicles, equipment, machinery, inventory, and other personal property that may need to be evaluated, marketed, and sold during the administration of this case.

3.    The Trustee desires to employ Taylor to inspect and evaluate Estate property; advise the Trustee concerning appropriate methods of sale; market property; solicit offers or bids; conduct public or online auctions; list and sell real property as a real estate broker; and perform other related services necessary to facilitate Court-approved sales of Estate property.

4.    Benny Taylor is associated with Taylor Auction & Realty, Inc., of Grenada, Mississippi. Taylor is experienced in the appraisal, marketing, auction, and sale of real and personal property and is qualified to perform the services for which employment is sought.

5.    The Trustee seeks authority to use Taylor as either an auctioneer or a real estate broker, or both, depending upon the nature of the property and the method of sale that the Trustee determines will best serve the Estate. Taylor shall not sell any Estate property unless the sale is separately authorized by this Court or otherwise permitted under applicable law.

6.    Taylor's compensation, including any auction commission, buyer's premium, real estate commission, reimbursable expenses, or other compensation, will be disclosed in the applicable sale motion or other filing and will remain subject to review and approval by this Court. Taylor shall not receive duplicative compensation for serving in more than one capacity in connection with the same property unless specifically disclosed and approved by the Court.

7.    As reflected in the accompanying Affidavit, Taylor does not hold or represent an interest adverse to the Estate and is a disinterested person within the meaning of 11 U.S.C. § 101(14), except for any connections expressly disclosed therein.

8.     The Trustee believes that Taylor's employment as auctioneer and/or real estate broker is necessary, reasonable, and in the best interests of the Estate and its creditors.

WHEREFORE, PREMISES CONSIDERED, the Trustee respectfully requests that the Court enter an Order authorizing the employment of Benny Taylor and Taylor Auction & Realty, Inc. as auctioneer and/or real estate broker for the Estate, with compensation and reimbursement of expenses subject to further disclosure and Court approval, and grant such other and further relief as may be just and proper.

RESPECTFULLY SUBMITTED,

THOMAS C. ROLLINS, JR., CHAPTER 7 TRUSTEE

/s/ Thomas C. Rollins, Jr.
THOMAS C. ROLLINS, JR. (MSB #103469)
P.O. Box 13767
Jackson, MS 39236
Telephone: (601) 500-5533
Email: trustee@therollinsfirm.com

CERTIFICATE OF SERVICE

I, THOMAS C. ROLLINS, JR., do hereby certify that I have this date electronically transmitted via CM/ECF Noticing a true and correct copy of the above and foregoing Application to Employ Auctioneer and/or Real Estate Broker to all counsel of record and the Office of the United States Trustee, and mailed a copy by United States Mail, postage prepaid, to Benny Taylor, Taylor Auction & Realty, Inc., P.O. Box 357, Grenada, Mississippi 38902.

/s/ Thomas C. Rollins, Jr.
THOMAS C. ROLLINS, JR. (MSB #103469)
P.O. Box 13767
Jackson, MS 39236
Telephone: (601) 500-5533
Email: trustee@therollinsfirm.com