**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**

IN RE: SHAW SERVICES, LLC                         CASE NO. 25-11621-JDW

    **DEBTOR**                                         CHAPTER 7

---

### AFFIDAVIT OF PROPOSED AUCTIONEER AND REAL ESTATE BROKER

---

STATE OF MISSISSIPPI
COUNTY OF *Grenada*

    BEFORE ME, the undersigned authority, personally appeared Benny Taylor, who, after being duly sworn, stated as follows:

1.    My name is Benny Taylor. I am over the age of twenty-one years, am competent to make this Affidavit, and have personal knowledge of the matters stated herein.

2.    I am affiliated with Taylor Auction & Realty, Inc., whose mailing address is P.O. Box 357, Grenada, Mississippi 38902.

3.    Thomas C. Rollins, Jr., the duly appointed Chapter 7 Trustee, proposes to employ me and Taylor Auction & Realty, Inc. as auctioneer and/or real estate broker for the bankruptcy estate of Shaw Services, LLC.

4.    The proposed services may include inspecting and evaluating Estate property; advising the Trustee regarding methods of sale; marketing real and personal property; soliciting offers and bids; conducting public or online auctions; listing and selling real property; and performing related services in connection with Court-approved sales.

5.    Taylor Auction & Realty, Inc. and I are experienced and qualified to perform the auction and real estate services for which employment is sought and will maintain all licenses required by applicable law while performing those services.

6.    Any compensation, buyer's premium, commission, or reimbursement of expenses will be disclosed to the Trustee and the Court and will be paid only as authorized by the Court. We will not receive duplicative compensation for serving in more than one capacity in connection with the same property unless specifically disclosed and approved.

7.    To the best of my knowledge, neither Taylor Auction & Realty, Inc. nor I hold or represent any interest adverse to the Debtor, the Trustee, or the Estate concerning the matters for which we are to be employed, and we are disinterested persons except as disclosed herein.

8.     To the best of my knowledge and belief, neither Taylor Auction & Realty, Inc. nor I have any connection with the Debtor, the Trustee, creditors, other parties in interest, their respective attorneys or accountants, the United States Trustee, or any person employed by the Office of the United States Trustee, except for professional contacts arising in the ordinary course of business that do not create an adverse interest.

9.     If any additional connection or potential conflict is discovered, I will promptly disclose it to the Trustee and the Court.

_____
BENNY TAYLOR
TAYLOR AUCTION & REALTY, INC.

SWORN TO AND SUBSCRIBED BEFORE ME, this the __6th__ day of August, 2026.

_____
NOTARY PUBLIC

★ STATE OF MISSISSIPPI ★
STEPHANIE L. WHITEHURST, NOTARY PUBLIC
GRENADA COUNTY
MY COMMISSION EXPIRES AUGUST 27, 2029
COMMISSION NUMBER 106528