SO ORDERED,



Judge Jason D. Woodard

United States Bankruptcy Judge

**The Order of the Court is set forth below. The case docket reflects the date entered.**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE:

SHAW SERVICES LLC                                CASE NO. 25-11621-JDW

DEBTOR                                                      CHAPTER 11

### ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE

On consideration before this Court is the Motion for Admission *Pro Hac Vice* (Dkt. #232) of Frederick Schmidt to appear on behalf of Conti Federal Services, LLC, in the above-captioned proceeding pursuant to Rule 9010-1(b)(1) of the Local Rules of this Court. The Court having considered same, finds it is well taken and is hereby granted.

IT IS THEREFORE ORDERED THAT Frederick Schmidt is admitted *pro hac vice* to appear in the above-captioned Chapter 11 bankruptcy case filed in this Court, and any related proceedings on behalf of Conti Federal Services, LLC.

## END OF ORDER ##

1

Submitted by:

*/s/ D. Andrew Phillips*
D. ANDREW PHILLIPS (MSB #8509)
MITCHELL McNUTT
1216 Van Buren Ave.
P.O. Box 947
Oxford, MS 38655
(662) 234-4845
aphillips@mitchellmcnutt.com

*Counsel for Defendant*
*Conti Federal Services, LLC*

United States Bankruptcy Court

Northern District of Mississippi

| In re: | Case No. 25-11621-JDW |
|---|---|
| Shaw Services LLC | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0537-1 | User: autodocke | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Aug 07, 2026 | Form ID: pdf0003 | Total Noticed: 5 |

The following symbols are used throughout this certificate:
**Symbol       Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
             regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 09, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Shaw Services LLC, 861 Old Hwy 4 West, Holly Springs, MS 38635-6941 |
| aty | + | Frederick Schmidt, Cozen O'Connor P.C., 3 World Trade Center, 175 Greenwich St. 55th Fl, New York, NY 10007-2450 |
| tr | + | Craig M. Geno, Law Offices of Craig M. Geno, PLLC, 601 Renaissance Way, Suite A, Ridgeland, MS 39157-6038 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern
Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | Email/Text: wfava@favafirm.com | Aug 08 2026 00:59:00 | William Fava, Chapter 7 Trustee, Post Office Box 783, Southaven, MS 38671-0009 |
| cr | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 08 2026 00:59:00 | IRS, Att: Special Procedures Staff, 100 W. Capitol St., Room 504, Jackson, MS 39269 |

TOTAL: 2

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 09, 2026          Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 7, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Ava N. Jackson | |
| | on behalf of Creditor IRS ava.jackson@usdoj.gov |
| | darneciah.williams@usdoj.gov;Bianca.smith@usdoj.gov;usamsn.ecf@usdoj.gov |

District/off: 0537-1    User: autodocke    Page 2 of 3
Date Rcvd: Aug 07, 2026    Form ID: pdf0003    Total Noticed: 5

Conner Graham Whitten
    on behalf of Creditor Caterpillar Financial Services Corporation cwhitten@bakerdonelson.com

Craig M. Geno
    on behalf of Trustee Craig M. Geno cmgeno@cmgenolaw.com kcarter@cmgenolaw.com,cmgeno@ecf.courtdrive.com

Craig N Mangum
    on behalf of Creditor United States Fire Insurance Co. cmangum@krebsfarley.com

D. Andrew Phillips
    on behalf of Counter-Claimant Conti Federal Services  LLC aphillips@mitchellmcnutt.com, dharwell@mitchellmcnutt.com

D. Andrew Phillips
    on behalf of Creditor Conti Federal Services  LLC aphillips@mitchellmcnutt.com, dharwell@mitchellmcnutt.com

D. Andrew Phillips
    on behalf of Defendant Conti Federal Services  LLC aphillips@mitchellmcnutt.com, dharwell@mitchellmcnutt.com

D. Sterling Kidd
    on behalf of Creditor Caterpillar Financial Services Corporation skidd@bakerdonelson.com ryancey@bakerdonelson.com

Glenn Edward Glover
    on behalf of Creditor The Robins & Morton Group gglover@bradley.com smusso@bradley.com

J. Walter Newman, IV
    on behalf of Debtor Shaw Services LLC wnewman95@msn.com
stacyplovorn@icloud.com;Newman.WalterB141373@notify.bestcase.com

J. Walter Newman, IV
    on behalf of Plaintiff Shaw Services LLC wnewman95@msn.com
stacyplovorn@icloud.com;Newman.WalterB141373@notify.bestcase.com

Jacob C Zweig
    on behalf of Creditor AmeriCredit Financial Services  Inc. dba GM Financial jzweig@evanspetree.com,
mstevens@evanspetree.com;jstonecipher@evanspetree.com

James Blake Bailey
    on behalf of Creditor The Robins & Morton Group jbailey@bradley.com

James Eldred Renfroe
    on behalf of Creditor Trustmark Bank successor in interest to Trustmark National Bank jrenfroe@mslawfirm.biz
kridge@mslawfirm.biz;orenfroe@mslawfirm.biz

James Eldred Renfroe
    on behalf of Creditor Trustmark National Bank jrenfroe@mslawfirm.biz kridge@mslawfirm.biz;orenfroe@mslawfirm.biz

Jeffrey Stuart Newman
    on behalf of Creditor Conti Federal Services  LLC jnewman@thompsoncoburn.com

John M. Lassiter
    on behalf of Creditor WBL SPO I  LLC jlassiter@burr.com,
cmccann@burr.com;sberry@burr.com;cbankston@burr.com;kpitts@burr.com;vmcqueen@burr.com

John Scott Kingston
    on behalf of Counter-Claimant Conti Federal Services  LLC jkingston@thompsoncoburn.com,
jzobrist-schmitt@thompsoncoburn.com

John Scott Kingston
    on behalf of Creditor Conti Federal Services  LLC jkingston@thompsoncoburn.com, jzobrist-schmitt@thompsoncoburn.com

John Scott Kingston
    on behalf of Defendant Conti Federal Services  LLC jkingston@thompsoncoburn.com, jzobrist-schmitt@thompsoncoburn.com

Laura Ashley
    on behalf of Creditor United States Fire Insurance Co. lashley@krebsfarley.com avicknair@krebsfarley.com

Natalie Alaina Cosmich
    on behalf of Creditor WBL SPO I  LLC ncosmich@burr.com, cbankston@burr.com;cmccann@burr.com

Sammye S. Tharp
    on behalf of U.S. Trustee U. S. Trustee Sammye.S.Tharp@usdoj.gov

Samuel D. Gregory
    on behalf of Plaintiff Shaw Services LLC sam.gregory@butlersnow.com
connie.lubonovic@butlersnow.com;ecfnotices@butlersnow.com

Sylvie Derdeyn Robinson
    on behalf of Creditor MS Tax Commission bankruptcy.attorney@dor.ms.gov

Thomas C. Rollins, Jr.
    on behalf of Trustee Thomas Carl Rollins  Jr trollins@therollinsfirm.com,
jennifer@therollinsfirm.com;notices@therollinsfirm.com;trollins@ecf.inforuptcy.com;calvillojr81745@notify.bestcase.com;TRollins@jubileebk.net;trollins.therollinsfirm.com@recap.email

District/off: 0537-1                              User: autodocke                              Page 3 of 3
Date Rcvd: Aug 07, 2026                        Form ID: pdf0003                          Total Noticed: 5

Thomas Carl Rollins, Jr

trustee@therollinsfirm.com  MS20@ecfcbis.com

Thomas Carl Rollins, Jr

on behalf of Trustee Thomas Carl Rollins  Jr trustee@therollinsfirm.com, MS20@ecfcbis.com

U. S. Trustee

USTPRegion05.AB.ECF@usdoj.gov

William Thompson

on behalf of Counter-Claimant Conti Federal Services  LLC wthompson@thompsoncoburn.com

William Thompson

on behalf of Creditor Conti Federal Services  LLC wthompson@thompsoncoburn.com

William Thompson

on behalf of Defendant Conti Federal Services  LLC wthompson@thompsoncoburn.com


TOTAL: 32