CM/ECF hrg13
(Rev. 07/22/16)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF MISSISSIPPI

In Re:  Shaw Services LLC          )          Case No.: 25−11621−JDW
        Debtor(s)                  )          Chapter: 7
                                   )          Judge: Jason D. Woodard
                                   )
                                   )

PLEASE TAKE NOTICE that a hearing will be held at:

Oxford Federal Building, 911 Jackson Avenue, Oxford, MS 38655

on 9/15/26 at 10:30 AM

Responses Due: 9/2/26

to consider and act upon the following:

*233* − Application to Employ Jason E. Weeks and Jernigan Copeland Attorneys,
PLLC as Special Counsel Filed by Thomas C. Rollins Jr. on behalf of Thomas Carl
Rollins Jr. (Attachments: # 1 Exhibit A) (Rollins, Thomas)

The corrected hearing notice is issued only to correct the omission of the date, time, and location
of the hearing.

Should any party receiving this notice respond or object to said motion such response or
objection is required to be filed with the Clerk of this court and served on the Attorney for
Movant on or before said response due date. If any objection or response is filed, an evidentiary
hearing will be held on the above mentioned date regarding any facts not stipulated to by the
parties. If no objection or response is filed, the Court may consider said motion immediately after
the objection or response due date. Please note that a corporation, partnership, trust, or other
business entity, other than a sole proprietorship, may appear and act in Bankruptcy Court only
through a licensed attorney.

Dated: 8/12/26

                            Shallanda J. Clay
                            Clerk, U.S. Bankruptcy Court

                        BY: KMS
                            Deputy Clerk