**Fill in this information to identify the case:**

Debtor name    Shaw Services LLC

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF MISSISSIPPI

Case number (if known)   1:25-bk-11621

☒ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☒ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>Mississippi Department of Revenue<br>P. O. Box 22808<br>Jackson, MS 39225 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $294,141.38 | $294,141.38 |
| Date or dates debt was incurred<br>2021 - 2024 | Basis for the claim: | | |
| Last 4 digits of account number 9715<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| **3.1** Nonpriority creditor's name and mailing address<br>1st Choice Concrete Pumping<br>P. O. Box 189<br>Terry, MS 39170 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $5,629.27 |
| Date(s) debt was incurred 05/2024 - 07/2024<br>Last 4 digits of account number _ | Basis for the claim: Trade debt<br>Is the claim subject to offset?   ☒ No   ☐ Yes | |
| **3.2** Nonpriority creditor's name and mailing address<br>Ajay Concrete Pumping<br>1715 Vaughn Rd.<br>Great Falls, MT 59404 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $22,035.16 |
| Date(s) debt was incurred 07/2023 - 10/2023<br>Last 4 digits of account number _ | Basis for the claim: Trade debt<br>Is the claim subject to offset?   ☒ No   ☐ Yes | |

Debtor __Shaw Services LLC_____   Case number (if known) __1:25-bk-11621_____
       Name

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $16,938.00 |

Amfed National Insurance Co ARP
1020 Highland Colony Parkway
Suite 700
Ridgeland, MS 39157

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __June 2024__

Basis for the claim: _

Last 4 digits of account number __1110__

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $90.00 |

Analytical Services
921 Hospital Drive
Niceville, FL 32578

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __June 2024__

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $48,514.74 |

Bayou Concrete
P. O. Box 35073
Panama City, FL 32412

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __November 2024__

Basis for the claim: __Trade debt__

Last 4 digits of account number __6144__

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $54,209.57 |

Consolidated Pipe
Dept. 3147
P. O. Box 2153
Birmingham, AL 35287

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __01/2024 - 04/2024__

Basis for the claim: __Trade debt__

Last 4 digits of account number __136L__

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $18,457.50 |

Contractor Supply
P. O. Box 2045
Olive Branch, MS 38654

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __June 2024__

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,757.23 |

Cort Furniture
P. O. Box 70518
Philadelphia, PA 19176

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __09/03/2024__

Basis for the claim: __Business Debt__

Last 4 digits of account number __3393__

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $72,330.53 |

Dayton Superior
P. O. Box 7411076
Chicago, IL 60674

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __07/2023 - 06/2024__

Basis for the claim: __Default Judgment__

Last 4 digits of account number __0703__

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $750.00 |

East 2 West Safety Plus
4960 Hwy 90
#123
Milton, FL 32571

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __October 2023__

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor __Shaw Services LLC__          Case number (if known) __1:25-bk-11621__
    Name

| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,962.01 |

Ferguson
P. O. Box 100286
Atlanta, GA 30384

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __06/2024 - 07/2024__

**Basis for the claim:** _

Last 4 digits of account number __2890__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $100,000.00 |

Fox Capital Group, Inc.
803 S 21ST

Hollywood, FL 33020

☒ Contingent
☒ Unliquidated
☒ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $53,342.68 |

H&E Equipment Services
P. O. Box 849850
Dallas, TX 75284

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __09/24-12/24__

**Basis for the claim:** __Trade debt__

Last 4 digits of account number __4030__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $52,385.11 |

Hanos Excavators
12 N Point Dr.
Leland, MS 38756

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __08/2023 - 07/2024__

**Basis for the claim:** __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $8,562.63 |

IPFS Corp of the South
1055 Broadway, 11th Floor
Naples, FL 34105

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __October 2024__

**Basis for the claim:** __Trade debt__

Last 4 digits of account number __3490__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $81,800.00 |

K&S Construction Co.
6814 Parson Road
Terry, MS 39170

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __03/24 - 05/24__

**Basis for the claim:** __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

\*

| 3.17 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $266.60 |

K&S Staffing Solutions, Inc.
1992 Lewis Turner Blvd.
Suite 1293
Fort Walton Beach, FL 32547

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $67,948.17 |

Komatsu Financial Limited Partnership
8770 West Bryn Mawr Avenue
Suite 100
Chicago, IL 60631

☒ Contingent
☒ Unliquidated
☒ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Deficiency__

Last 4 digits of account number __0000__

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor  __Shaw Services LLC_____   Case number (if known)   __1:25-bk-11621_____
      Name

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,206.63 |

Martin Marietta
P. O. Box 935043
Atlanta, GA 31193

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __03/24 - 04/24__

Last 4 digits of account number __6042__

Basis for the claim: __Trade debt__

Is the claim subject to offset?  ☒ No  ☐ Yes

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,600.00 |

Montana Helical Piers
P. O. Box 1621
Kalispell, MT 59903

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __07/13/2023__

Last 4 digits of account number __

Basis for the claim: __Trade debt__

Is the claim subject to offset?  ☒ No  ☐ Yes

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,001.50 |

Ovalle Concrete
116 MCMahon Rd.
Purvis, MS 39475

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __2024__

Basis for the claim: __Trade debt__

Is the claim subject to offset?  ☒ No  ☐ Yes

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $524.56 |

Pasco Ready Mix
P. O. Box 2332
Havre, MT 59501

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __10/2023 - 01/2024__

Last 4 digits of account number __

Basis for the claim: __Trade debt__

Is the claim subject to offset?  ☒ No  ☐ Yes

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25,500.00 |

Puckett Machinery Company
P. O. Box 321033
Flowood, MS 39232

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset?  ☒ No  ☐ Yes

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $44,724.78 |

Rain for Rent
3135 Dail St.
Mobile, AL 36612

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __05/24-09/24__

Last 4 digits of account number __

Basis for the claim: __Trade debt__

Is the claim subject to offset?  ☒ No  ☐ Yes

\*

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $500,000.00 |

Small Business Administration
14925 Kingsport Road
Fort Worth, TX 76155

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __03/29/2022__

Last 4 digits of account number __7402__

Basis for the claim: __

Is the claim subject to offset?  ☒ No  ☐ Yes

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,596.82 |

Smith Industrial Service
2001 W I-65 Service Rd. N
Suite B
Mobile, AL 36618

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __06/28/2024__

Last 4 digits of account number __1482__

Basis for the claim: __Trade debt__

Is the claim subject to offset?  ☒ No  ☐ Yes

Debtor   __Shaw Services LLC__                          Case number (if known)   __1:25-bk-11621__
         Name

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,378.31 |

Sunbelt Rentals
P. O. Box 409211
Atlanta, GA 30384

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __06/24-08/24__

Basis for the claim: __Trade debt__

Last 4 digits of account number __2491__

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $131.82 |

Taylor Rental
P. O. Box 88741
Chicago, IL 60680

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __June 2023__

Basis for the claim: __Trade debt__

Last 4 digits of account number __8522__

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $870.06 |

Uline
P. O. Box 88741
Chicago, IL 60680

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __June 2023__

Basis for the claim: __Trade debt__

Last 4 digits of account number __8522__

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,222.18 |

United Rentals
100 First Stamford Place
Suite 200
Stamford, CT 06902

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,284,000.00 |

United States Fire Insurance
305 Madison Avenue
Morristown, NJ 07960

☒ Contingent
☒ Unliquidated
☒ Disputed

Date(s) debt was incurred __

Basis for the claim: __Bond__

Last 4 digits of account number __

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,762.63 |

White Cap
P. O. Box 4944
Orlando, FL 32802

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,200.99 |

Willscott-Mobile Mini
P. O. Box 91975
Chicago, IL 60693

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __02/24-08/24__

Basis for the claim: __Trade debt__

Last 4 digits of account number __2691__

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
| --- | --- | --- |

| Debtor | Shaw Services LLC | Case number (if known) | 1:25-bk-11621 |
| --- | --- | --- | --- |
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
| --- | --- | --- | --- |
| 4.1 | J. Andrew Hammond<br>Young Wells Williams P.A.<br>P. O. Box 6005<br>Ridgeland, MS 39158-6005 | Line 3.9<br><br>☐ Not listed. Explain ____ | — |
| 4.2 | Josh A. Kesselman, Esq.<br>Lieberman and Klestzick, LLP<br>1855 Griffin Road<br>DCOTA-Suite A-350<br>Dania, FL 33004 | Line 3.12<br><br>☐ Not listed. Explain ____ | — |
| 4.3 | Morgan D. Bishop<br>P. O. Box 217<br>Purvis, MS 39475 | Line 3.18<br><br>☐ Not listed. Explain ____ | — |
| 4.4 | United States Attorney for SBA<br>900 Jefferson Avenue<br>Oxford, MS 38655 | Line 3.25<br><br>☐ Not listed. Explain ____ | — |

## Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.** Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
| --- | --- | --- | --- |
| 5a. Total claims from Part 1 | 5a. | $ | 294,141.38 |
| 5b. Total claims from Part 2 | 5b. + | $ | 2,547,699.48 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 2,841,840.86 |

# United States Bankruptcy Court
## Northern District of Mississippi

In re   Shaw Services LLC                                      Case No.   1:25-bk-11621
                                        Debtor(s)              Chapter    7

# VERIFICATION OF CREDITOR MATRIX - AMENDED

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   August 12, 2026              /s/  Bobby W. Clanton
                                      Bobby W. Clanton/Manager
                                     Signer/Title

1st Choice Concrete Pumping
P. O. Box 189
Terry, MS 39170


Ajay Concrete Pumping
1715 Vaughn Rd.
Great Falls, MT 59404


Amfed National Insurance Co ARP
1020 Highland Colony Parkway
Suite 700
Ridgeland, MS 39157


Analytical Services
921 Hospital Drive
Niceville, FL 32578


Barrett Clanton
3731 Hernando Road
Holly Springs, MS 38635


Bayou Concrete
P. O. Box 35073
Panama City, FL 32412


Bobby & Kathy Clanton
256 Hwy 4 West
Holly Springs, MS 38635


Bobby Clanton
256 Hwy 4 West
Holly Springs, MS 38635


Cat Financial Services Corp.
P. O. Box 730681
Dallas, TX 75373-0681


Consolidated Pipe
Dept. 3147
P. O. Box 2153
Birmingham, AL 35287


Contractor Supply
P. O. Box 2045
Olive Branch, MS 38654


Cort Furniture
P. O. Box 70518
Philadelphia, PA 19176


D. Sterling Kidd
Baker Donelson
P. O. Box 14167
Jackson, MS 39236-4167

Dayton Superior
P. O. Box 7411076
Chicago, IL 60674


East 2 West Safety Plus
4960 Hwy 90
123
Milton, FL 32571


Ferguson
P. O. Box 100286
Atlanta, GA 30384


Fox Capital Group, Inc.
803 S 21ST
Hollywood, FL 33020


GM Financial
P. O. Box 183593
Arlington, TX 76096-3834


H&E Equipment Services
P. O. Box 849850
Dallas, TX 75284


Hanos Excavators
12 N Point Dr.
Leland, MS 38756


IPFS Corp of the South
1055 Broadway, 11th Floor
Naples, FL 34105


J. Andrew Hammond
Young Wells Williams P.A.
P. O. Box 6005
Ridgeland, MS 39158-6005


J. Mark Franklin, III, Esquire
Attorney for Trustmark National Bank
P. O. Box 2488
Ridgeland, MS 39158


John M. Lassiter
Burr & Forman
190 East Capitol Street Suite M-100
Jackson, MS 39201


Josh A. Kesselman, Esq.
Lieberman and Klestzick, LLP
1855 Griffin Road DCOTA-Suite A-350
Dania, FL 33004


K&S Construction Co.
6814 Parson Road
Terry, MS 39170

\*

K&S Staffing Solutions, Inc.
1992 Lewis Turner Blvd.
Suite 1293
Fort Walton Beach, FL 32547


Komatsu Financial Limited Partnership
8770 West Bryn Mawr Avenue
Suite 100
Chicago, IL 60631


Martin Marietta
P. O. Box 935043
Atlanta, GA 31193


Mississippi Department of Revenue
P. O. Box 22808
Jackson, MS 39225


Montana Helical Piers
P. O. Box 1621
Kalispell, MT 59903


Morgan D. Bishop
P. O. Box 217
Purvis, MS 39475


Ovalle Concrete
116 MCMahon Rd.
Purvis, MS 39475


Pasco Ready Mix
P. O. Box 2332
Havre, MT 59501


Pelican Refining USA, LLC
861 Old Highway 4 West
Holly Springs, MS 38635


PermaJack/StrataJack
861 Old Highway 4 West
Holly Springs, MS 38635


Pipe Systems International, LLC
861 Old Highway 4 West
Holly Springs, MS 38635


Puckett Machinery Company
P. O. Box 321033
Flowood, MS 39232


Rain for Rent
3135 Dail St.
Mobile, AL 36612

\*     Small Business Administration
14925 Kingsport Road
Fort Worth, TX 76155

Smith Industrial Service
2001 W I-65 Service Rd. N
Suite B
Mobile, AL 36618

Sunbelt Rentals
P. O. Box 409211
Atlanta, GA 30384

Taylor Rental
P. O. Box 88741
Chicago, IL 60680

Trustmark National Bank
P. O. Box 1182
Jackson, MS 39215-1182

Uline
P. O. Box 88741
Chicago, IL 60680

United Rentals
100 First Stamford Place
Suite 200
Stamford, CT 06902

\*     United States Attorney for SBA
900 Jefferson Avenue
Oxford, MS 38655

United States Fire Insurance
305 Madison Avenue
Morristown, NJ 07960

West Properties, LLC
861 Old Hwy 4 W
Holly Springs, MS 38635

West Properties, LLC
861 Old Hwy4 West
Holly Springs, MS 38635

White Cap
P. O. Box 4944
Orlando, FL 32802

Willscott-Mobile Mini
P. O. Box 91975
Chicago, IL 60693

World Busines Lenders
P. O. Box 479
Elmsford, NY 10523


World Business Lenders
615 Hope Road, Building 3
Eatontown, NJ 07724