**Fill in this information to identify the case:**

Debtor name  Shaw Services LLC

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF MISSISSIPPI

Case number (if known)  1:25-bk-11621

☒ Check if this is an
amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

**Part 1:**  **Summary of Assets**

1.  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

  1a. **Real property:**
   Copy line 88 from *Schedule A/B*...........................................................................................................  $  125,000.00

  1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.......................................................................................................  $  1,942,636.87

  1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*........................................................................................................  $  2,067,636.87

**Part 2:**  **Summary of Liabilities**

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
  Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................  $  809,991.73

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

  3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................  $  294,141.38

  3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................................  +$  2,547,699.48

4.  **Total liabilities** .................................................................................................................
  Lines 2 + 3a + 3b                                                                                      $  3,651,832.59