**Fill in this information to identify the case:**

Debtor name      Shaw Services LLC

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF MISSISSIPPI

Case number (if known)   1:25-bk-11621

☒ Check if this is an
amended filing

# Official Form 206H
# Schedule H: Your Codebtors

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | Barrett Clanton | 3731 Hernando Road<br>Holly Springs, MS 38635 | Small Business Administration | ☐ D _____<br>☒ E/F ___3.25___<br>☐ G _____ |
| 2.2 | Bobby & Kathy Clanton | 256 Hwy 4 West<br>Holly Springs, MS 38635 | World Business Lenders | ☒ D ___2.6___<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | Bobby Clanton | 256 Hwy 4 West<br>Holly Springs, MS 38635 | Fox Capital Group, Inc. | ☐ D _____<br>☒ E/F ___3.12___<br>☐ G _____ |
| 2.4 | Bobby Clanton | 256 Hwy 4 West<br>Holly Springs, MS 38635 | Puckett Machinery Company | ☐ D _____<br>☒ E/F ___3.23___<br>☐ G _____ |
| 2.5 | Bobby Clanton | 256 Hwy 4 West<br>Holly Springs, MS 38635 | Small Business Administration | ☐ D _____<br>☒ E/F ___3.25___<br>☐ G _____ |
| 2.6 | Pelican Refining USA, LLC | 861 Old Highway 4 West<br>Holly Springs, MS 38635 | Fox Capital Group, Inc. | ☐ D _____<br>☒ E/F ___3.12___<br>☐ G _____ |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | Shaw Services LLC | Case number *(if known)* | 1:25-bk-11621 |
|---|---|---|---|

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed.   Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.7 | PermaJack/Strata Jack | 861 Old Highway 4 West<br>Holly Springs, MS 38635 | Fox Capital Group, Inc. | ☐ D _____<br>☒ E/F ___3.12___<br>☐ G _____ |
| 2.8 | Pipe Systems International, LLC | 861 Old Highway 4 West<br>Holly Springs, MS 38635 | Fox Capital Group, Inc. | ☐ D _____<br>☒ E/F ___3.12___<br>☐ G _____ |
| 2.9 | West Properties, LLC | 861 Old Hwy 4 W<br>Holly Springs, MS 38635 | World Business Lenders | ☒ D ___2.6___<br>☐ E/F _____<br>☐ G _____ |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy