**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

**IN RE:**

| | |
|---|---|
| **SHAW SERVICES LLC** | **CASE NO. 25-11621-JDW** |
| **DEBTOR** | **CHAPTER 7** |

**TO:**   Small Business Administration
14925 Kingsport Road
Fort Worth, TX 76155

Sammye S. Tharp
Office of the United States Trustee
sammye.s.tharp@usdoj.gov

United States Attorney for SBA
900 Jefferson Avenue
Oxford, MS 38655

Thomas C. Rollins
Chapter 7 Trustee
trollins@therollinsfirm.com

K&S Staffing Solutions, Inc.
1992 Lewis Turner Blvd.
Suite 1293
Ft. Walton, FL 32547

**NOTICE TO ADDED CREDITORS, TRUSTEE AND U.S. TRUSTEE**

PLEASE TAKE NOTICE that an amendment to the bankruptcy Matrix to add one or more additional creditors has been filed by the Debtor, and said amendment lists the creditors noticed hereby as an additional creditor in the above captioned bankruptcy case.

Within **21 days** from the date of this notice, each added creditor has the right to request of the U.S. Trustee, 501 East Court Street, Suite 6-430, Jackson, Mississippi 39201, an adjourned §341(a) creditors' meeting if the added creditor wishes to examine the debtor under oath.  (See copy of original §341 meeting notice attached.)

Each added creditor has **60 days** from the date of this notice to file a complaint objecting to the discharge of the debtor, or a complaint to determine the dischargeability of a debt, or to file a motion requesting an extension of time to file such a complaint, unless a longer period of time is provided by the Federal Rules of Bankruptcy Procedure.

If this is a **Chapter 7, 12 or 13** case and the attached §341 meeting notice contains a Proof of Claim deadline, as an added creditor you have **70 days** from the date of this notice to file a Proof

of Claim.  However, if this is a **Chapter 7** case and the notice contains language "Please Do Not File a Proof of Claim Unless You Receive a Notice to Do So", then, you do not need to file a claim at this time.

If this is a **Chapter 11** case, you have the right to file a proof of claim by the bar date indicated on the attached §341meeting notice or **30 days** from the date of this notice, whichever is later.

PLEASE TAKE NOTICE ALSO that the undersigned debtor or attorney for debtor is required to send a copy of the amended matrix and/or schedules to each added creditor.

Date:   August 12, 2026.

 _/s/J. Walter Newman IV_
 J. WALTER NEWMAN IV

J. Walter Newman IV, MSB# 3832
NEWMAN & NEWMAN
601 Renaissance Way, Suite A
Ridgeland, MS 39157
Telephone No. (601) 948-0586
Email: wnewman95@msn.com
Attorney for Debtor

## CERTIFICATE OF SERVICE

I, J. Walter Newman IV, attorney for the above referenced Debtors, do hereby certify that I have this date mailed a true and correct copy of the above Notice to Added Creditors, a copy of the §341Meeting of Creditors Notice, Schedules E/F, H and Amended Matrix to the following:

Small Business Administration
14925 Kingsport Road
Fort Worth, TX 76155

Sammye S. Tharp
Office of the United States Trustee
sammye.s.tharp@usdoj.gov

United States Attorney for SBA
900 Jefferson Avenue
Oxford, MS 38655

Thomas C. Rollins
Chapter 7 Trustee
trollins@therollinsfirm.com

K&S Staffing Solutions, Inc.
1992 Lewis Turner Blvd.
Suite 1293
Ft. Walton, FL 32547

Dated this the 12th day of August, 2026.

 /s/J. Walter Newman IV
J. WALTER NEWMAN IV

J. Walter Newman IV, MSB# 3832
NEWMAN & NEWMAN
601 Renaissance Way, Suite A
Ridgeland, MS 39157
Telephone No. (601) 948-0586
Email: wnewman95@msn.com
Attorney for Debtor

| Information to identify the case: | | |
|---|---|---|
| Debtor | **Shaw Services LLC** <br> Name | EIN: 64–0887058 |
| United States Bankruptcy Court  Northern District of Mississippi | | Date case filed in chapter:   11   5/22/25 |
| Case number:   25–11621–JDW | | Date case converted to chapter:   7   6/3/26 |

Official Form 309D (For Corporations or Partnerships)

## Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set          10/20

**For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | Shaw Services LLC | |
| 2. | **All other names used in the last 8 years** | fka Shawcs,llc | |
| 3. | **Address** | 861 Old Hwy 4 West <br> Holly Springs, MS 38635 | |
| 4. | **Debtor's attorney** <br> Name and address | J. Walter Newman IV <br> Newman & Newman <br> 601 Renaissance Way, Suite A <br> Ridgeland, MS 39157 | Contact phone 601–948–0586 |
| 5. | **Bankruptcy trustee** <br> Name and address | William Fava <br> Chapter 7 Trustee <br> Post Office Box 783 <br> Southaven, MS 38671 | Contact phone 662–536–1116 |
| 6. | **Bankruptcy clerk's office** <br> Documents in this case may be filed at this address. <br> You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | Cochran U.S. Bankruptcy Courthouse <br> 703 Highway 145 North <br> Aberdeen, MS 39730 | Hours open: <br> 8:00 a.m. – 5:00 p.m., Monday through Friday <br><br> Contact phone 662–369–2596 <br><br> Date: 6/22/26 |
| 7. | **Meeting of creditors** <br> The debtor's representative must attend the meeting to be questioned under oath. <br> Creditors may attend, but are not required to do so. | **August 4, 2026 at 10:00 AM** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: <br> **Zoom video meeting, Go to Zoom.us/join, Enter Meeting ID 398 353 2762, and Passcode 7764790587, OR call (662) 354–6683** <br><br> For additional meeting information go to www.justice.gov/ust/moc |

**For more information, see page 2 >**

Official Form 309D (For Corporations or Partnerships) **Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set**          page 1

Debtor  **Shaw Services LLC**                                                                  Case number **25–11621–JDW**

| 8. | **Deadlines**<br>The bankruptcy clerk's office must receive proofs of claim by the following deadlines. | **Deadline for all creditors to file a proof of claim Filing deadline: 8/12/26 (except governmental units):**<br><br>**Deadline for governmental units to file a proof   Filing deadline: 11/30/26 of claim:**<br><br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br><br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. |
|---|---|---|
| 9. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| 10. | **Liquidation of the debtor's property and payment of creditors' claims** | The bankruptcy trustee listed on the front of this notice will collect and sell the debtor's property. If the trustee can collect enough money, creditors may be paid some or all of the debts owed to them, in the order specified by the Bankruptcy Code. To ensure you receive any share of that money, you must file a proof of claim, as described above. |

Official Form 309D (For Corporations or Partnerships) **Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set**        page **2**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**

IN RE: SHAW SERVICES, LLC                              CASE NO. 25-11621-JDW
          DEBTOR(S)                                             CHAPTER 7

---

**NOTICE RESCHEDULING MEETING OF CREDITORS DUE TO RESIGNATION**
**AND APPOINTMENT OF SUCCESSOR TRUSTEE**

---

The Acting United States Trustee for Region 5, David W. Asbach, upon receipt of resignation of trustee and appointment of below named successor trustee, hereby reschedules the meeting of creditors in the above styled and numbered case to the **30TH** day of **JULY 2026**, at **10:00AM** to be held via Zoom:

**Trustee: Thomas C. Rollins**
**Zoom Meeting Website: www.zoom.us/join**
**Zoom Meeting ID: 973 938 1214**
**Zoom Meeting Passcode: 6841062002**
**[Alternate Call-in number: 601-965-9459]**

Dated: June 22, 2026

DAVID W. ASBACH
Acting United States Trustee
Region 5, Judicial Districts of
Louisiana and Mississippi

By:      /s/ Sarita Dukes
          Legal Assistant

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been served this day on the attached Matrix and the below named individual(s) via first class U.S. Mail at the address listed below or by Notice of Electronic Filing via the email address on file with the court's CM/ECF system:

Shaw Services, LLC
861 Old Hwy 4 West
Holly Springs, MS 38635
*Debtor*

J. alter Newman, IV
Newman & Newman
wnewman95@msn.com
*Debtor's Counsel*

Thomas C. Rollins
trustee@therollinsfirm.com

All Creditors Listed on the Matrix (attached)

DATED, this the 22nd day of June 2026.

/s/ Sarita Dukes
Legal Assistant

**Fill in this information to identify the case:**

Debtor name   Shaw Services LLC

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF MISSISSIPPI

Case number (if known)   1:25-bk-11621

☒ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                      12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:** List All Creditors with PRIORITY Unsecured Claims

1.  Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ☒ Yes. Go to line 2.

2.  List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors
    with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  |  | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>Mississippi Department of Revenue<br>P. O. Box 22808<br>Jackson, MS 39225 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $294,141.38 | $294,141.38 |
|  | Date or dates debt was incurred<br>2021 - 2024 | Basis for the claim: |  |  |
|  | Last 4 digits of account number 9715<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes |  |  |

**Part 2:** List All Creditors with NONPRIORITY Unsecured Claims

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
    out and attach the Additional Page of Part 2.

|  |  |  | Amount of claim |
|---|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address<br>1st Choice Concrete Pumping<br>P. O. Box 189<br>Terry, MS 39170 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $5,629.27 |
|  | Date(s) debt was incurred 05/2024 - 07/2024<br>Last 4 digits of account number _ | Basis for the claim:  Trade debt<br>Is the claim subject to offset?   ☒ No   ☐ Yes |  |
| **3.2** | Nonpriority creditor's name and mailing address<br>Ajay Concrete Pumping<br>1715 Vaughn Rd.<br>Great Falls, MT 59404 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $22,035.16 |
|  | Date(s) debt was incurred 07/2023 - 10/2023<br>Last 4 digits of account number _ | Basis for the claim:  Trade debt<br>Is the claim subject to offset?   ☒ No   ☐ Yes |  |

Debtor __Shaw Services LLC__      Case number (if known) __1:25-bk-11621__
Name

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,938.00 |

Amfed National Insurance Co ARP
1020 Highland Colony Parkway
Suite 700
Ridgeland, MS 39157

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __June 2024__

Basis for the claim: _

Last 4 digits of account number __1110__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $90.00 |

Analytical Services
921 Hospital Drive
Niceville, FL 32578

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __June 2024__

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $48,514.74 |

Bayou Concrete
P. O. Box 35073
Panama City, FL 32412

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __November 2024__

Basis for the claim: __Trade debt__

Last 4 digits of account number __6144__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $54,209.57 |

Consolidated Pipe
Dept. 3147
P. O. Box 2153
Birmingham, AL 35287

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __01/2024 - 04/2024__

Basis for the claim: __Trade debt__

Last 4 digits of account number __136L__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,457.50 |

Contractor Supply
P. O. Box 2045
Olive Branch, MS 38654

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __June 2024__

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,757.23 |

Cort Furniture
P. O. Box 70518
Philadelphia, PA 19176

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __09/03/2024__

Basis for the claim: __Business Debt__

Last 4 digits of account number __3393__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $72,330.53 |

Dayton Superior
P. O. Box 7411076
Chicago, IL 60674

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __07/2023 - 06/2024__

Basis for the claim: __Default Judgment__

Last 4 digits of account number __0703__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $750.00 |

East 2 West Safety Plus
4960 Hwy 90
#123
Milton, FL 32571

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __October 2023__

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor  __Shaw Services LLC_____  Case number (if known)  __1:25-bk-11621__
Name

| 3.11 | Nonpriority creditor's name and mailing address<br>Ferguson<br>P. O. Box 100286<br>Atlanta, GA 30384 | As of the petition filing date, the claim is: Check all that apply.<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,962.01 |
|---|---|---|
| | Date(s) debt was incurred _06/2024 - 07/2024_ | Basis for the claim: _ | |
| | Last 4 digits of account number _2890_ | Is the claim subject to offset?  ☒ No  ☐ Yes | |

| 3.12 | Nonpriority creditor's name and mailing address<br>Fox Capital Group, Inc.<br>803 S 21ST<br><br>Hollywood, FL 33020 | As of the petition filing date, the claim is: Check all that apply.<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | $100,000.00 |
|---|---|---|
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset?  ☒ No  ☐ Yes | |

| 3.13 | Nonpriority creditor's name and mailing address<br>H&E Equipment Services<br>P. O. Box 849850<br>Dallas, TX 75284 | As of the petition filing date, the claim is: Check all that apply.<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $53,342.68 |
|---|---|---|
| | Date(s) debt was incurred _09/24-12/24_ | Basis for the claim: _Trade debt_ | |
| | Last 4 digits of account number _4030_ | Is the claim subject to offset?  ☒ No  ☐ Yes | |

| 3.14 | Nonpriority creditor's name and mailing address<br>Hanos Excavators<br>12 N Point Dr.<br>Leland, MS 38756 | As of the petition filing date, the claim is: Check all that apply.<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $52,385.11 |
|---|---|---|
| | Date(s) debt was incurred _08/2023 - 07/2024_ | Basis for the claim: _Trade debt_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset?  ☒ No  ☐ Yes | |

| 3.15 | Nonpriority creditor's name and mailing address<br>IPFS Corp of the South<br>1055 Broadway, 11th Floor<br>Naples, FL 34105 | As of the petition filing date, the claim is: Check all that apply.<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $8,562.63 |
|---|---|---|
| | Date(s) debt was incurred _October 2024_ | Basis for the claim: _Trade debt_ | |
| | Last 4 digits of account number _3490_ | Is the claim subject to offset?  ☒ No  ☐ Yes | |

| 3.16 | Nonpriority creditor's name and mailing address<br>K&S Construction Co.<br>6814 Parson Road<br>Terry, MS 39170 | As of the petition filing date, the claim is: Check all that apply.<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $81,800.00 |
|---|---|---|
| | Date(s) debt was incurred _03/24 - 05/24_ | Basis for the claim: _Trade debt_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset?  ☒ No  ☐ Yes | |

| 3.17 | Nonpriority creditor's name and mailing address<br>K&S Staffing Solutions, Inc.<br>1992 Lewis Turner Blvd.<br>Suite 1293<br>Fort Walton Beach, FL 32547 | As of the petition filing date, the claim is: Check all that apply.<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $266.60 |
|---|---|---|
| | Date(s) debt was incurred _ | Basis for the claim: _Trade debt_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset?  ☒ No  ☐ Yes | |

| 3.18 | Nonpriority creditor's name and mailing address<br>Komatsu Financial Limited Partnership<br>8770 West Bryn Mawr Avenue<br>Suite 100<br>Chicago, IL 60631 | As of the petition filing date, the claim is: Check all that apply.<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | $67,948.17 |
|---|---|---|
| | Date(s) debt was incurred _ | Basis for the claim: _Deficiency_ | |
| | Last 4 digits of account number _0000_ | Is the claim subject to offset?  ☒ No  ☐ Yes | |

*

---

Debtor  __Shaw Services LLC_____        Case number (if known)   1:25-bk-11621_____
        Name

| 3.19 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $13,206.63 |

Martin Marietta
P. O. Box 935043
Atlanta, GA 31193

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  03/24 - 04/24

Basis for the claim:  Trade debt

Last 4 digits of account number  6042

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $15,600.00 |

Montana Helical Piers
P. O. Box 1621
Kalispell, MT 59903

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  07/13/2023

Basis for the claim:  Trade debt

Last 4 digits of account number __

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $9,001.50 |

Ovalle Concrete
116 MCMahon Rd.
Purvis, MS 39475

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Trade debt

Last 4 digits of account number  2024

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $524.56 |

Pasco Ready Mix
P. O. Box 2332
Havre, MT 59501

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  10/2023 - 01/2024

Basis for the claim:  Trade debt

Last 4 digits of account number __

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $25,500.00 |

Puckett Machinery Company
P. O. Box 321033
Flowood, MS 39232

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $44,724.78 |

Rain for Rent
3135 Dail St.
Mobile, AL 36612

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  05/24-09/24

Basis for the claim:  Trade debt

Last 4 digits of account number __

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $500,000.00 |

\*

Small Business Administration
14925 Kingsport Road
Fort Worth, TX 76155

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  03/29/2022

Basis for the claim: __

Last 4 digits of account number  7402

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,596.82 |

Smith Industrial Service
2001 W I-65 Service Rd. N
Suite B
Mobile, AL 36618

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  06/28/2024

Basis for the claim:  Trade debt

Last 4 digits of account number  1482

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| Debtor | Shaw Services LLC | Case number (if known) | 1:25-bk-11621 |
|---|---|---|---|
| | Name | | |

| **3.27** | Nonpriority creditor's name and mailing address<br>Sunbelt Rentals<br>P. O. Box 409211<br>Atlanta, GA 30384 | As of the petition filing date, the claim is: *Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $20,378.31 |
|---|---|---|---|
| | Date(s) debt was incurred _06/24-08/24_ | Basis for the claim: _Trade debt_ | |
| | Last 4 digits of account number _2491_ | Is the claim subject to offset?   ☒ No   ☐ Yes | |

| **3.28** | Nonpriority creditor's name and mailing address<br>Taylor Rental<br>P. O. Box 88741<br>Chicago, IL 60680 | As of the petition filing date, the claim is: *Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $131.82 |
|---|---|---|---|
| | Date(s) debt was incurred _June 2023_ | Basis for the claim: _Trade debt_ | |
| | Last 4 digits of account number _8522_ | Is the claim subject to offset?   ☒ No   ☐ Yes | |

| **3.29** | Nonpriority creditor's name and mailing address<br>Uline<br>P. O. Box 88741<br>Chicago, IL 60680 | As of the petition filing date, the claim is: *Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $870.06 |
|---|---|---|---|
| | Date(s) debt was incurred _June 2023_ | Basis for the claim: _Trade debt_ | |
| | Last 4 digits of account number _8522_ | Is the claim subject to offset?   ☒ No   ☐ Yes | |

| **3.30** | Nonpriority creditor's name and mailing address<br>United Rentals<br>100 First Stamford Place<br>Suite 200<br>Stamford, CT 06902 | As of the petition filing date, the claim is: *Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $6,222.18 |
|---|---|---|---|
| | Date(s) debt was incurred _ | Basis for the claim: _Trade debt_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset?   ☒ No   ☐ Yes | |

| **3.31** | Nonpriority creditor's name and mailing address<br>United States Fire Insurance<br>305 Madison Avenue<br>Morristown, NJ 07960 | As of the petition filing date, the claim is: *Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | $1,284,000.00 |
|---|---|---|---|
| | Date(s) debt was incurred _ | Basis for the claim: _Bond_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset?   ☒ No   ☐ Yes | |

| **3.32** | Nonpriority creditor's name and mailing address<br>White Cap<br>P. O. Box 4944<br>Orlando, FL 32802 | As of the petition filing date, the claim is: *Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $5,762.63 |
|---|---|---|---|
| | Date(s) debt was incurred _ | Basis for the claim: _Trade debt_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset?   ☒ No   ☐ Yes | |

| **3.33** | Nonpriority creditor's name and mailing address<br>Willscott-Mobile Mini<br>P. O. Box 91975<br>Chicago, IL 60693 | As of the petition filing date, the claim is: *Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $11,200.99 |
|---|---|---|---|
| | Date(s) debt was incurred _02/24-08/24_ | Basis for the claim: _Trade debt_ | |
| | Last 4 digits of account number _2691_ | Is the claim subject to offset?   ☒ No   ☐ Yes | |

## Part 3:   List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Debtor | Shaw Services LLC | Case number (if known) | 1:25-bk-11621 |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | J. Andrew Hammond<br>Young Wells Williams P.A.<br>P. O. Box 6005<br>Ridgeland, MS 39158-6005 | Line _3.9_<br><br>☐ Not listed. Explain ____ | — |
| 4.2 | Josh A. Kesselman, Esq.<br>Lieberman and Klestzick, LLP<br>1855 Griffin Road<br>DCOTA-Suite A-350<br>Dania, FL 33004 | Line _3.12_<br><br>☐ Not listed. Explain ____ | — |
| 4.3 | Morgan D. Bishop<br>P. O. Box 217<br>Purvis, MS 39475 | Line _3.18_<br><br>☐ Not listed. Explain ____ | — |
| 4.4 | United States Attorney for SBA<br>900 Jefferson Avenue<br>Oxford, MS 38655 | Line _3.25_<br><br>☐ Not listed. Explain ____ | — |

## Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 294,141.38 |
| 5b. Total claims from Part 2 | 5b.  +  $ | 2,547,699.48 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 2,841,840.86 |

# United States Bankruptcy Court
## Northern District of Mississippi

In re    Shaw Services LLC                                              Case No.    1:25-bk-11621
_____
Debtor(s)                         Chapter     7

# VERIFICATION OF CREDITOR MATRIX - AMENDED

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    August 12, 2026                         /s/  Bobby W. Clanton
                                                  Bobby W. Clanton/Manager
                                                 Signer/Title

1st Choice Concrete Pumping
P. O. Box 189
Terry, MS 39170


Ajay Concrete Pumping
1715 Vaughn Rd.
Great Falls, MT 59404


Amfed National Insurance Co ARP
1020 Highland Colony Parkway
Suite 700
Ridgeland, MS 39157


Analytical Services
921 Hospital Drive
Niceville, FL 32578


Barrett Clanton
3731 Hernando Road
Holly Springs, MS 38635


Bayou Concrete
P. O. Box 35073
Panama City, FL 32412


Bobby & Kathy Clanton
256 Hwy 4 West
Holly Springs, MS 38635


Bobby Clanton
256 Hwy 4 West
Holly Springs, MS 38635


Cat Financial Services Corp.
P. O. Box 730681
Dallas, TX 75373-0681


Consolidated Pipe
Dept. 3147
P. O. Box 2153
Birmingham, AL 35287


Contractor Supply
P. O. Box 2045
Olive Branch, MS 38654


Cort Furniture
P. O. Box 70518
Philadelphia, PA 19176


D. Sterling Kidd
Baker Donelson
P. O. Box 14167
Jackson, MS 39236-4167

Dayton Superior
P. O. Box 7411076
Chicago, IL 60674


East 2 West Safety Plus
4960 Hwy 90
123
Milton, FL 32571


Ferguson
P. O. Box 100286
Atlanta, GA 30384


Fox Capital Group, Inc.
803 S 21ST
Hollywood, FL 33020


GM Financial
P. O. Box 183593
Arlington, TX 76096-3834


H&E Equipment Services
P. O. Box 849850
Dallas, TX 75284


Hanos Excavators
12 N Point Dr.
Leland, MS 38756


IPFS Corp of the South
1055 Broadway, 11th Floor
Naples, FL 34105


J. Andrew Hammond
Young Wells Williams P.A.
P. O. Box 6005
Ridgeland, MS 39158-6005


J. Mark Franklin, III, Esquire
Attorney for Trustmark National Bank
P. O. Box 2488
Ridgeland, MS 39158


John M. Lassiter
Burr & Forman
190 East Capitol Street Suite M-100
Jackson, MS 39201


Josh A. Kesselman, Esq.
Lieberman and Klestzick, LLP
1855 Griffin Road DCOTA-Suite A-350
Dania, FL 33004


K&S Construction Co.
6814 Parson Road
Terry, MS 39170

**\***  K&S Staffing Solutions, Inc.
1992 Lewis Turner Blvd.
Suite 1293
Fort Walton Beach, FL 32547


Komatsu Financial Limited Partnership
8770 West Bryn Mawr Avenue
Suite 100
Chicago, IL 60631


Martin Marietta
P. O. Box 935043
Atlanta, GA 31193


Mississippi Department of Revenue
P. O. Box 22808
Jackson, MS 39225


Montana Helical Piers
P. O. Box 1621
Kalispell, MT 59903


Morgan D. Bishop
P. O. Box 217
Purvis, MS 39475


Ovalle Concrete
116 MCMahon Rd.
Purvis, MS 39475


Pasco Ready Mix
P. O. Box 2332
Havre, MT 59501


Pelican Refining USA, LLC
861 Old Highway 4 West
Holly Springs, MS 38635


PermaJack/StrataJack
861 Old Highway 4 West
Holly Springs, MS 38635


Pipe Systems International, LLC
861 Old Highway 4 West
Holly Springs, MS 38635


Puckett Machinery Company
P. O. Box 321033
Flowood, MS 39232


Rain for Rent
3135 Dail St.
Mobile, AL 36612

\*       Small Business Administration
14925 Kingsport Road
Fort Worth, TX 76155


Smith Industrial Service
2001 W I-65 Service Rd. N
Suite B
Mobile, AL 36618


Sunbelt Rentals
P. O. Box 409211
Atlanta, GA 30384


Taylor Rental
P. O. Box 88741
Chicago, IL 60680


Trustmark National Bank
P. O. Box 1182
Jackson, MS 39215-1182


Uline
P. O. Box 88741
Chicago, IL 60680


United Rentals
100 First Stamford Place
Suite 200
Stamford, CT 06902


\*       United States Attorney for SBA
900 Jefferson Avenue
Oxford, MS 38655


United States Fire Insurance
305 Madison Avenue
Morristown, NJ 07960


West Properties, LLC
861 Old Hwy 4 W
Holly Springs, MS 38635


West Properties, LLC
861 Old Hwy4 West
Holly Springs, MS 38635


White Cap
P. O. Box 4944
Orlando, FL 32802


Willscott-Mobile Mini
P. O. Box 91975
Chicago, IL 60693

World Busines Lenders
P. O. Box 479
Elmsford, NY 10523


World Business Lenders
615 Hope Road, Building 3
Eatontown, NJ 07724

**Fill in this information to identify the case:**

Debtor name        Shaw Services LLC

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF MISSISSIPPI

Case number (if known)   1:25-bk-11621

☒ Check if this is an
amended filing

## Official Form 206H
# Schedule H: Your Codebtors

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

#### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | Barrett Clanton | 3731 Hernando Road Holly Springs, MS 38635 | Small Business Administration | ☐ D _____ ☒ E/F ___3.25___ ☐ G _____ |
| 2.2 | Bobby & Kathy Clanton | 256 Hwy 4 West Holly Springs, MS 38635 | World Business Lenders | ☒ D ___2.6___ ☐ E/F _____ ☐ G _____ |
| 2.3 | Bobby Clanton | 256 Hwy 4 West Holly Springs, MS 38635 | Fox Capital Group, Inc. | ☐ D _____ ☒ E/F ___3.12___ ☐ G _____ |
| 2.4 | Bobby Clanton | 256 Hwy 4 West Holly Springs, MS 38635 | Puckett Machinery Company | ☐ D _____ ☒ E/F ___3.23___ ☐ G _____ |
| 2.5 | Bobby Clanton | 256 Hwy 4 West Holly Springs, MS 38635 | Small Business Administration | ☐ D _____ ☒ E/F ___3.25___ ☐ G _____ |
| 2.6 | Pelican Refining USA, LLC | 861 Old Highway 4 West Holly Springs, MS 38635 | Fox Capital Group, Inc. | ☐ D _____ ☒ E/F ___3.12___ ☐ G _____ |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

| Debtor | Shaw Services LLC | | | | Case number *(if known)* | 1:25-bk-11621 |

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed.   Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.7 | PermaJack/Strata Jack | 861 Old Highway 4 West<br>Holly Springs, MS 38635 | Fox Capital Group, Inc. | ☐ D \_\_\_\_\_<br>☒ E/F \_\_\_3.12\_\_\_<br>☐ G \_\_\_\_\_ |
| 2.8 | Pipe Systems International, LLC | 861 Old Highway 4 West<br>Holly Springs, MS 38635 | Fox Capital Group, Inc. | ☐ D \_\_\_\_\_<br>☒ E/F \_\_\_3.12\_\_\_<br>☐ G \_\_\_\_\_ |
| 2.9 | West Properties, LLC | 861 Old Hwy 4 W<br>Holly Springs, MS 38635 | World Business Lenders | ☒ D \_\_\_2.6\_\_\_<br>☐ E/F \_\_\_\_\_<br>☐ G \_\_\_\_\_ |

**Fill in this information to identify the case:**

Debtor name   Shaw Services LLC

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF MISSISSIPPI

Case number (if known)   1:25-bk-11621

☒ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

**Part 1:**   **Summary of Assets**

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*............................................................................................... $ _____ 125,000.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*............................................................................................. $ _____ 1,942,636.87

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*............................................................................................. $ _____ 2,067,636.87

**Part 2:**   **Summary of Liabilities**

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................... $ _____ 809,991.73

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......................................................... $ _____ 294,141.38

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................................. +$ _____ 2,547,699.48

4.   **Total liabilities** ....................................................................................................................
    Lines 2 + 3a + 3b

$ _____ 3,651,832.59

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  Shaw Services LLC

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF MISSISSIPPI

Case number (if known)  1:25-bk-11621

☒ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    **12/15**

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.   Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.**

| | **Declaration and signature** |
|---|---|

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☒ Amended *Schedule*    E/F, H, Summary of A&L and Matrix
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   August 12, 2026         **X** /s/   Bobby W. Clanton
                                        Signature of individual signing on behalf of debtor

                                        Bobby W. Clanton
                                        Printed name

                                        Manager
                                        Position or relationship to debtor

Official Form 202                    **Declaration Under Penalty of Perjury for Non-Individual Debtors**