CM/ECF hrg13
(Rev. 07/22/16)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**

| | | |
|---|---|---|
| In Re: Shaw Services LLC<br>Debtor(s) | )<br>)<br>)<br>)<br>) | Case No.: 25−11621−JDW<br>Chapter: 7<br>Judge: Jason D. Woodard |

PLEASE TAKE NOTICE that a hearing will be held at:

Oxford Federal Building, 911 Jackson Avenue, Oxford, MS 38655

on 9/15/26 at 10:30 AM

Responses Due: 9/2/26

to consider and act upon the following:

***233*** − Application to Employ Jason E. Weeks and Jernigan Copeland Attorneys, PLLC as Special Counsel Filed by Thomas C. Rollins Jr. on behalf of Thomas Carl Rollins Jr. (Attachments: # 1 Exhibit A) (Rollins, Thomas)

The corrected hearing notice is issued only to correct the omission of the date, time, and location of the hearing.

Should any party receiving this notice respond or object to said motion such response or objection is required to be filed with the Clerk of this court and served on the Attorney for Movant on or before said response due date. If any objection or response is filed, an evidentiary hearing will be held on the above mentioned date regarding any facts not stipulated to by the parties. If no objection or response is filed, the Court may consider said motion immediately after the objection or response due date. Please note that a corporation, partnership, trust, or other business entity, other than a sole proprietorship, may appear and act in Bankruptcy Court only through a licensed attorney.

Dated: 8/12/26

Shallanda J. Clay
Clerk, U.S. Bankruptcy Court

BY: KMS
Deputy Clerk

United States Bankruptcy Court

Northern District of Mississippi

In re: Case No. 25-11621-JDW

Shaw Services LLC Chapter 7

Debtor

# CERTIFICATE OF NOTICE

District/off: 0537-1 User: autodocke Page 1 of 3

Date Rcvd: Aug 12, 2026 Form ID: hrg13 Total Noticed: 15

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 14, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Shaw Services LLC, 861 Old Hwy 4 West, Holly Springs, MS 38635-6941 |
| aty | + | Frederick Schmidt, Cozen O'Connor P.C., 3 World Trade Center, 175 Greenwich St. 55th Fl, New York, NY 10007-2450 |
| tr | + | Craig M. Geno, Law Offices of Craig M. Geno, PLLC, 601 Renaissance Way, Suite A, Ridgeland, MS 39157-6038 |
| cr | + | AmeriCredit Financial Services, Inc. dba GM Financ, 1715 Aaron Brenner Drive, Suite 800, Memphis, TN 38120, UNITED STATES 38120-1445 |
| sp | + | James B Bailey, One Federal Place, 1819 5th Avenue N, Birmingham, AL 35203-2120 |
| sp | + | Laura F Ashley, 400 Poydras Street, Suite 2500, New Orleans, LA 70130-3224 |
| sp | + | Phil B. Abernethy, Butler Snow, 1020 Highland Colony Parkway, Suite 1400, Ridgeland, MS 39157-2139 |
| cr | + | The Robins & Morton Group, c/o Bradley, Attn: James Bailey, 1819 Fifth Ave. N., Birmingham, AL 35203 UNITED STATES 35203-2120 |
| cr | + | WBL SPO I, LLC, 190 E. Capitol Street, Jackson, MS 39201-2149 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | Email/Text: wfava@favafirm.com | Aug 13 2026 00:32:00 | William Fava, Chapter 7 Trustee, Post Office Box 783, Southaven, MS 38671-0009 |
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Aug 13 2026 00:32:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| cr | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 13 2026 00:32:00 | IRS, Att: Special Procedures Staff, 100 W. Capitol St., Room 504, Jackson, MS 39269 |
| cr | + | Email/Text: BANKRUPTCY@DOR.MS.GOV | Aug 13 2026 00:32:00 | MS Tax Commission, P.O. Box 22808, Jackson, MS 39225-2808 |
| cr | | Email/Text: bankruptcynotices@trustmark.com | Aug 13 2026 00:32:00 | Trustmark National Bank, PO Box 522, Jackson, MS 39205-0522 |
| cr | + | Email/Text: sydney.darling@cfins.com | Aug 13 2026 00:32:00 | United States Fire Insurance Co., 305 Madison Ave., Morristown, NJ 07960-6117 |

TOTAL: 6

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Caterpillar Financial Services Corporation |
| cr | | Conti Federal Services, LLC |
| cr | | Trustmark Bank successor in interest to Trustmark |
| aty | *+ | Phil B. Abernethy, Butler Snow, 1020 Highland Colony Parkway, Suite 1400, Ridgeland, MS 39157-2139 |

TOTAL: 3 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 14, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 12, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Ava N. Jackson | on behalf of Creditor IRS ava.jackson@usdoj.gov darneciah.williams@usdoj.gov;Bianca.smith@usdoj.gov;usamsn.ecf@usdoj.gov |
| Conner Graham Whitten | on behalf of Creditor Caterpillar Financial Services Corporation cwhitten@bakerdonelson.com |
| Craig M. Geno | on behalf of Trustee Craig M. Geno cmgeno@cmgenolaw.com kcarter@cmgenolaw.com,cmgeno@ecf.courtdrive.com |
| Craig N Mangum | on behalf of Creditor United States Fire Insurance Co. cmangum@krebsfarley.com |
| D. Andrew Phillips | on behalf of Counter-Claimant Conti Federal Services LLC aphillips@mitchellmcnutt.com, dharwell@mitchellmcnutt.com |
| D. Andrew Phillips | on behalf of Creditor Conti Federal Services LLC aphillips@mitchellmcnutt.com, dharwell@mitchellmcnutt.com |
| D. Andrew Phillips | on behalf of Defendant Conti Federal Services LLC aphillips@mitchellmcnutt.com, dharwell@mitchellmcnutt.com |
| D. Sterling Kidd | on behalf of Creditor Caterpillar Financial Services Corporation skidd@bakerdonelson.com ryancey@bakerdonelson.com |
| Frank Brabec | on behalf of Plaintiff Shaw Services LLC rbrabec@jcalawfirm.com |
| Frank Brabec | on behalf of Counter-Defendant Shaw Services LLC rbrabec@jcalawfirm.com |
| Glenn Edward Glover | on behalf of Creditor The Robins & Morton Group gglover@bradley.com smusso@bradley.com |
| J. Walter Newman, IV | on behalf of Plaintiff Shaw Services LLC wnewman95@msn.com stacyplovorn@icloud.com;Newman.WalterB141373@notify.bestcase.com |
| J. Walter Newman, IV | on behalf of Debtor Shaw Services LLC wnewman95@msn.com stacyplovorn@icloud.com;Newman.WalterB141373@notify.bestcase.com |
| Jacob C Zweig | on behalf of Creditor AmeriCredit Financial Services Inc. dba GM Financial jzweig@evanspetree.com, mstevens@evanspetree.com;jstonecipher@evanspetree.com |
| James Blake Bailey | on behalf of Creditor The Robins & Morton Group jbailey@bradley.com |
| James Eldred Renfroe | on behalf of Creditor Trustmark Bank successor in interest to Trustmark National Bank jrenfroe@mslawfirm.biz kridge@mslawfirm.biz;orenfroe@mslawfirm.biz |
| James Eldred Renfroe | |

| | |
|---|---|
| | on behalf of Creditor Trustmark National Bank jrenfroe@mslawfirm.biz kridge@mslawfirm.biz;orenfroe@mslawfirm.biz |
| Jeffrey Stuart Newman | on behalf of Creditor Conti Federal Services LLC jnewman@thompsoncoburn.com |
| John M. Lassiter | on behalf of Creditor WBL SPO I LLC jlassiter@burr.com, cmccann@burr.com;sberry@burr.com;cbankston@burr.com;kpitts@burr.com;vmcqueen@burr.com |
| John Scott Kingston | on behalf of Defendant Conti Federal Services LLC jkingston@thompsoncoburn.com, jzobrist-schmitt@thompsoncoburn.com |
| John Scott Kingston | on behalf of Counter-Claimant Conti Federal Services LLC jkingston@thompsoncoburn.com, jzobrist-schmitt@thompsoncoburn.com |
| John Scott Kingston | on behalf of Creditor Conti Federal Services LLC jkingston@thompsoncoburn.com, jzobrist-schmitt@thompsoncoburn.com |
| Laura Ashley | on behalf of Creditor United States Fire Insurance Co. lashley@krebsfarley.com avicknair@krebsfarley.com |
| Natalie Alaina Cosmich | on behalf of Creditor WBL SPO I LLC ncosmich@burr.com, cbankston@burr.com;cmccann@burr.com |
| Sammye S. Tharp | on behalf of U.S. Trustee U. S. Trustee Sammye.S.Tharp@usdoj.gov |
| Samuel D. Gregory | on behalf of Plaintiff Shaw Services LLC sam.gregory@butlersnow.com connie.lubonovic@butlersnow.com;ecfnotices@butlersnow.com |
| Sylvie Derdeyn Robinson | on behalf of Creditor MS Tax Commission bankruptcy.attorney@dor.ms.gov |
| Thomas C. Rollins, Jr. | on behalf of Trustee Thomas Carl Rollins Jr trollins@therollinsfirm.com, jennifer@therollinsfirm.com;notices@therollinsfirm.com;trollins@ecf.inforuptcy.com;calvillojr81745@notify.bestcase.com;TRollins@jubileebk.net;trollins.therollinsfirm.com@recap.email |
| Thomas Carl Rollins, Jr | on behalf of Trustee Thomas Carl Rollins Jr trustee@therollinsfirm.com, MS20@ecfcbis.com |
| Thomas Carl Rollins, Jr | trustee@therollinsfirm.com MS20@ecfcbis.com |
| U. S. Trustee | USTPRegion05.AB.ECF@usdoj.gov |
| William Thompson | on behalf of Defendant Conti Federal Services LLC wthompson@thompsoncoburn.com |
| William Thompson | on behalf of Counter-Claimant Conti Federal Services LLC wthompson@thompsoncoburn.com |
| William Thompson | on behalf of Creditor Conti Federal Services LLC wthompson@thompsoncoburn.com |

TOTAL: 34