**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**

| | |
|---|---|
| **IN RE: SHAW SERVICES, LLC** | **CASE NO. 25-11621-JDW** |
| **DEBTOR** | **CHAPTER 7** |

---

## APPLICATION TO EMPLOY CERTIFIED PUBLIC ACCOUNTANTS

---

**COMES NOW,** Thomas C. Rollins, Jr., the duly appointed Chapter 7 Trustee (the "Trustee") for the bankruptcy estate of Shaw Services, LLC (the "Estate"), and pursuant to 11 U.S.C. § 327(a) and Federal Rule of Bankruptcy Procedure 2014, requests authority to employ Harper, Rains, Knight & Company, P.A. ("HRK") as certified public accountants for the Trustee. In support, the Trustee states as follows:

1. The Trustee is administering the Estate and anticipates that professional accounting and tax services will be necessary to identify, preserve, and administer Estate assets and to satisfy the Estate's accounting and tax-reporting obligations.
2. The Trustee desires to employ HRK, through Stephen Smith, CPA, of Ridgeland, Mississippi, to provide accounting services as requested by the Trustee. Those services may include reviewing the Debtor's books and records; analyzing financial transactions, assets, liabilities, claims, and potential recoveries; assisting with tax matters and preparation of Estate tax returns; consulting regarding the Estate's pending litigation and asset dispositions; and performing other accounting services reasonably necessary to complete the administration of the Estate.
3. HRK and Stephen Smith are qualified to perform the requested services. Stephen Smith is a certified public accountant licensed in Mississippi and maintains an office at 1052 Highland Colony Parkway, Suite 100, Ridgeland, Mississippi 39157.
4. The Trustee proposes that HRK be compensated at its customary hourly rates for services actually and necessarily performed and reimbursed for actual and necessary expenses, subject to application, notice, review, and approval by the Court under 11 U.S.C. §§ 330 and 331 and Federal Rule of Bankruptcy Procedure 2016.
5. Based upon the Statement of Professional Pursuant to Rule 2014 filed with this Application, HRK and Stephen Smith do not hold or represent an interest adverse to the Estate and are disinterested persons within the meaning of 11 U.S.C. § 101(14), except for the connections disclosed in that Statement.
6. The Trustee believes that employment of HRK is necessary and in the best interests of the Estate.

**WHEREFORE, PREMISES CONSIDERED,** the Trustee respectfully requests that the Court authorize him to employ Harper, Rains, Knight & Company, P.A. as certified public accountants for the Trustee, with compensation and reimbursement subject to further application and approval by the Court, and grant such other and further relief as may be just and proper.

RESPECTFULLY SUBMITTED,

**THOMAS C. ROLLINS, JR., CHAPTER 7 TRUSTEE**

/s/ Thomas C. Rollins, Jr.
**THOMAS C. ROLLINS, JR. (MSB #103469)**
P.O. Box 13767
Jackson, MS 39236
Telephone: (601) 500-5533
Email: trustee@therollinsfirm.com

## CERTIFICATE OF SERVICE

I, THOMAS C. ROLLINS, JR., do hereby certify that I have on August 20,2026 electronically transmitted via CM/ECF Noticing a true and correct copy of the above and foregoing Application to Employ Certified Public Accountants to all counsel of record and the Office of the United States Trustee.

**THOMAS C. ROLLINS, JR., CHAPTER 7 TRUSTEE**

/s/ Thomas C. Rollins, Jr.
**THOMAS C. ROLLINS, JR. (MSB #103469)**
P.O. Box 13767
Jackson, MS 39236
Telephone: (601) 500-5533
Email: trustee@therollinsfirm.com