**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**

**IN RE: SHAW SERVICES, LLC**
**DEBTOR**

**CASE NO. 25-11621-JDW**
**CHAPTER 7**

## STATEMENT OF PROFESSIONAL PURSUANT TO RULE 2014

**COMES NOW,** Stephen Smith, CPA, on behalf of Harper, Rains, Knight & Company, P.A. ("HRK"), and pursuant to Federal Rule of Bankruptcy Procedure 2014 states as follows:

1. I am a certified public accountant duly licensed to practice in the State of Mississippi. I maintain an office at 1052 Highland Colony Parkway, Suite 100, Ridgeland, Mississippi 39157.
2. HRK has been asked to provide accounting and tax services to Thomas C. Rollins, Jr., the Chapter 7 Trustee in this case, in connection with the administration of the Shaw Services, LLC bankruptcy estate.
3. To the best of my knowledge and belief, neither HRK nor I hold or represent any interest adverse to the Estate, and HRK and I are disinterested persons within the meaning of 11 U.S.C. § 101(14), except for the connections disclosed below.
4. I was previously employed as a Bankruptcy Analyst with the Office of the United States Trustee from March 8, 1993 through January 5, 1995.
5. I serve as a member of the Chapter 7 panel of trustees established under 28 U.S.C. § 586(a)(1).
6. HRK and I have professional contacts with bankruptcy trustees, debtors, creditors, attorneys, accountants, and other parties in interest arising from work in other bankruptcy cases. Those ordinary-course professional contacts do not create an interest adverse to this Estate.
7. Except as stated above, to the best of my knowledge and belief, neither HRK nor I have any connection with the Debtor, the Trustee, creditors, other parties in interest, their respective attorneys or accountants, the United States Trustee, or any person employed in the Office of the United States Trustee.
8. HRK will seek compensation at its customary hourly rates and reimbursement of actual and necessary expenses only upon proper application and approval by the Court.

**STEPHEN SMITH, CPA**
Harper, Rains, Knight & Company, P.A.
1052 Highland Colony Parkway, Suite 100
Ridgeland, Mississippi 39157