UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI

IN RE:
SHAW SERVICES, LLC

CASE NO: 25-11621

**DECLARATION OF MAILING CERTIFICATE OF SERVICE**

Chapter: 7

On 8/21/2026, I did cause a copy of the following documents, described below,

Hearing Notice and Application to Employ

Exhibit A

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 8/21/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI

IN RE:

SHAW SERVICES, LLC

CASE NO: 25-11621

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 7

On 8/21/2026, a copy of the following documents, described below,

Hearing Notice and Application to Employ

Exhibit A

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 8/21/2026

Victoria Blake

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
05371
CASE 25-11621-JDW
NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN
FRI AUG 21 10-14-51 CDT 2026

1ST CHOICE CONCRETE PUMPING
P O BOX 189
TERRY MS 39170-0189

PHIL B ABERNETHY
BUTLER SNOW
1020 HIGHLAND COLONY PARKWAY SUITE 1400
RIDGELAND MS 39157-2139

AJAY CONCRETE PUMPING
1715 VAUGHN RD
GREAT FALLS MT 59404-2107

AMERICREDIT FINANCIAL SERVICS DBA GM FINAN
PO BOX 183853
ARLINGTON TX 76096-3853

AMERICREDIT FINANCIAL SERVICES INC DBA GM
P O BOX 183853
ARLINGTON TX 76096-3853

AMERICREDIT FINANCIAL SERVICES INC DBA GM
1715 AARON BRENNER DRIVE SUITE 800
MEMPHIS TN 38120-1445

AMFED NATIONAL INSURANCE CO ARP
1020 HIGHLAND COLONY PARKWAY
SUITE 700
RIDGELAND MS 39157-2129

ANALYTICAL SERVICES
921 HOSPITAL DRIVE
NICEVILLE FL 32578-2707

LAURA ASHLEY
KREBS FARLEY PLLC
400 POYDRAS STREET
SUITE 2500
NEW ORLEANS LA 70130-3224

LAURA F ASHLEY
400 POYDRAS STREET SUITE 2500
NEW ORLEANS LA 70130-3224

JAMES B BAILEY
ONE FEDERAL PLACE
1819 5TH AVENUE N
BIRMINGHAM AL 35203-2120

JAMES BLAKE BAILEY
BRADLEY ARANT BOULT CUMMINGS
ONE FEDERAL PLACE
1819 5TH AVENUE NORTH
BIRMINGHAM AL 35203-2120

BAYOU CONCRETE
P O BOX 35073
PANAMA CITY FL 32412-5073

BERKLEYNET
CO PARNELL LAW GROUP LLC
PO BOX 2189
MONTGOMERY AL 36102-2189

BOBBY KATHY CLANTON
256 HWY 4 WEST
HOLLY SPRINGS MS 38635-9106

BOBBY CLANTON
256 HWY 4 WEST
HOLLY SPRINGS MS 38635-9106

CATERPILLAR FINANCIAL SERVICES CORPORATION
2120 WEST END AVENUE
NASHVILLE TN 37203-5341

CATERPILLAR FINANCIAL SERVICES CORPORATION
CO CONNER G WHITTEN
PO BOX 14167
JACKSON MS 39236-4167

CATERPILLAR FINANCIAL SERVICES CORPORATION
CO D STERLING KIDD
PO BOX 14167
JACKSON MS 39236-4167

CONSOLIDATED PIPE
DEPT 3147
P O BOX 2153
BIRMINGHAM AL 35287-0002

CONTI FEDERAL SERVICES LLC
11486 CORPORATE BLVD SUITE 190
ORLANDO FL 32817-8371

CONTRACTOR SUPPLY
P O BOX 2045
OLIVE BRANCH MS 38654-2209

CORT FURNITURE
P O BOX 70518
PHILADELPHIA PA 19176-0518

NATALIE ALAINA COSMICH
BURR FORMAN LLP
190 EAST CAPITOL STREET
STE M-100
JACKSON MS 39201-2149

CRAIG M GENO ESQ
LAW OFFICES OF GENO AND STEISKAL PLLC
601 RENAISSANCE WAY SUITE A
RIDGELAND MS 39157-6038

D STERLING KIDD
BAKER DONELSON
P O BOX 14167
JACKSON MS 39236-4167

DAYTON SUPERIOR
P O BOX 7411076
CHICAGO IL 60674-3076

DAYTON SUPERIOR CORPORATION
DAVID M HENRY
WASHINGTON BUILDING - BARNABAS BUSINESS
4650 NORTH PORT WASHINGTON ROAD
MILWAUKEE MI 53212-1077

EAST 2 WEST SAFETY PLUS
4960 HWY 90
123
MILTON FL 32571-1413

FARM BUREAU BANK
PO BOX 9013
ADDISON TEXAS 75001-9013

FEDEX CORPORATE SERVICES INC
3965 AIRWAYS BLVD MODULE G 3RD FLOOR
MEMPHIS TN 38116-5017

FERGUSON
P O BOX 100286
ATLANTA GA 30384-0286

FIJI FUNDING
CO KAMINSKI LAW PLLC
PO BOX 247
GRASS LAKE MI 49240-0247

FOX CAPITAL GROUP INC
803 S 21ST
HOLLYWOOD FL 33020-6962

FOX CAPITAL GROUP INC
CO KAMINSKI LAW PLLC
PO BOX 247
GRASS LAKE MI 49240-0247

FUJI FUNDING LLC
CO KAMINSKI LAW PLLC
PO BOX 247
GRASS LAKE MI 49240-0247

GM FINANCIAL
P O BOX 183593
ARLINGTON TX 76096-3593

CRAIG M GENO
LAW OFFICES OF CRAIG M GENO PLLC
601 RENAISSANCE WAY
SUITE A
RIDGELAND MS 39157-6038

GLENN EDWARD GLOVER
BRADLEY ARANT BOULT CUMMINGS
ONE FEDERAL PLACE
1819 5TH AVENUE NORTH
BIRMINGHAM AL 35203-2120

HE EQUIPMENT SERVICES
P O BOX 849850
DALLAS TX 75284-9850

HANOS EXCAVATORS
12 N POINT DR
LELAND MS 38756-3001

IPFS CORP OF THE SOUTH
1055 BROADWAY 11TH FLOOR
NAPLES FL 34105

IPFS CORPORATION
30 MONTGOMERY STREET
SUITE 501
JERSEY CITY NJ 07302-3821

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

INTERNAL REVENUE SERVICE
P O BOX 7346
PHILADELPHIA PA 19101-7346

J ANDREW HAMMOND
YOUNG WELLS WILLIAMS PA
P O BOX 6005
RIDGELAND MS 39158-6005

J ANDREW HAMMOND
YOUNG WELLS WILLIAMS PA
PO BOX 6005
RIDGELAND MS 39158-6005

J MARK FRANKLIN III ESQUIRE
ATTORNEY FOR TRUSTMARK NATIONAL BANK
P O BOX 2488
RIDGELAND MS 39158-2488

J MATTHEW PARNELL
PARNELL LAW GROUP LLC
PO BOX 2189
MONTGOMERY AL 36102-2189

J WALTER NEWMAN IV
NEWMAN NEWMAN
601 RENAISSANCE WAY SUITE A
RIDGELAND MS 39157-6038

AVA N JACKSON
ASSISTANT UNITED STATES ATTORNEY
900 JEFFERSON AVENUE
OXFORD MS 38655-3608

JOSH A KESSELMAN ESQ
LIEBERMAN AND KLESTZICK LLP
1855 GRIFFIN ROAD DCOTA-SUITE A-350
DANIA FL 33004-2210

KS CONSTRUCTION CO
6814 PARSON ROAD
TERRY MS 39170-7143

KS STAFFING SOLUTIONS INC
1992 LEWIS TURNER BLVD
SUITE 1293
FT WALTON FL 32547-1255

D STERLING KIDD
BAKER DONELSON BEARMAN CALDWELL BERKOW
POST OFFICE BOX 14167
JACKSON MS 39236-4167

JOHN SCOTT KINGSTON
THOMPSON COBURN LLP
ONE US BANK PLAZA
SUITE 2700
ST LOUIS MO 63101-1693

KOMATSU AMERICA CORP
ATTN BEA BARRY
8770 W BRYN MAWR AVENUE STE 100
CHICAGO IL 60631-3782

JOHN M LASSITER
BURR FORMAN LLP
190 E CAPITOL STREET
STE M-100
JACKSON MS 39201-2149

MS TAX COMMISSION
PO BOX 22808
JACKSON MS 39225-2808

CRAIG N MANGUM
KREBS FARLEY PLLC
400 POYDRAS ST
SUITE 2500
NEW ORLEANS LA 70130-3224

MARTIN MARIETTA
P O BOX 935043
ATLANTA GA 31193-5043

MISSISSIPPI DEPARTMENT OF REVENUE
BANKRUPTCY SECTION
POST OFFICE BOX 22808
JACKSON MS 39225-2808

MISSISSIPPI DEPARTMENT OF REVENUE
P O BOX 22808
JACKSON MS 39225-2808

MONTANA HELICAL PIERS
P O BOX 1621
KALISPELL MT 59903-1621

MORGAN D BISHOP
ATTORNEY FOR KOMATSU
P O BOX 217
PURVIS MS 39475-0217

JEFFREY STUART NEWMAN
THOMPSON COBURN LLP
1909 K STREET NW
STE 600
WASHINGTON DC 20006-1167

OVALLE CONCRETE
116 MCMAHON RD
PURVIS MS 39475-3555

PASCO READY MIX
P O BOX 2332
HAVRE MT 59501-2332

PELICAN REFINING USA LLC
861 OLD HIGHWAY 4 WEST
HOLLY SPRINGS MS 38635-6941

PERMAJACKSTRATAJACK
861 OLD HIGHWAY 4 WEST
HOLLY SPRINGS MS 38635-6941

D ANDREW PHILLIPS
PO BOX 947
OXFORD MS 38655-0947

PIPE SYSTEMS INTERNATIONAL LLC
861 OLD HIGHWAY 4 WEST
HOLLY SPRINGS MS 38635-6941

PUCKETT MACHINERY COMPANY
100 CATERPILLAR DRIVE
FLOWOOD MS 39232-6204

PUCKETT MACHINERY COMPANY
PO BOX 321033
FLOWOOD MS 39232-1033

RAIN FOR RENT
3135 DAIL ST
MOBILE AL 36612-1753

JAMES ELDRED RENFROE
RENFROE PERILLOUX PLLC
648 LAKELAND EAST
SUITE A
FLOWOOD MS 39232-9574

ROBINS MORTON GROUP ATTN JAMES BAILEY
1819 FIFTH AVENUE NORTH
BIRMINGHAM AL 35203-2120

SYLVIE DERDEYN ROBINSON
MISSISSIPPI DEPARTMENT OF REVENUE
POST OFFICE BOX 22828
JACKSON MS 39225-2828

~~EXCLUDE~~
~~THOMAS C ROLLINS JR~~
~~THE ROLLINS LAW FIRM PLLC~~
~~PO BOX 13767~~
~~JACKSON MS 39236-3767~~

THOMAS CARL ROLLINS JR
CHAPTER 7 TRUSTEE
PO BOX 13767
JACKSON MS 39236-3767

SMITH INDUSTRIAL SERVICE INC
2001 W I65 SERVICE RD N
MOBILE AL 36618-1112

FREDERICK SCHMIDT
COZEN OCONNOR PC
3 WORLD TRADE CENTER
175 GREENWICH ST 55TH FL
NEW YORK NY 10007-2450

DEBTOR
SHAW SERVICES LLC
861 OLD HWY 4 WEST
HOLLY SPRINGS MS 38635-6941

SMALL BUSINESS ADMINISTRATION
14925 KINGSPORT ROAD
FORT WORTH TX 76155-2243

STEPHEN SMITH
HARPER RAINS KNIGHT COMPANY PA
1052 HIGHLAND COLONY PARKWAY
SUITE 100
RIDGELAND MS 39157-8764

SMITH INDUSTRIAL SERVICE
2001 W I65 SERVICE RD N
SUITE B
MOBILE AL 36618-1112

SUNBELT RENTALS
P O BOX 409211
ATLANTA GA 30384-9211

TAYLOR RENTAL
P O BOX 88741
CHICAGO IL 60680-1741

SAMMYE S THARP
501 EAST COURT STREET
SUITE 6-430
JACKSON MS 39201-5022

THE ROBINS MORTON GROUP
CO BRADLEY
ATTN- JAMES BAILEY
1819 FIFTH AVE N
BIRMINGHAM AL 35203-2120

WILLIAM THOMPSON
THOMPSON COBURN LLP
ONE US BANK PLAZA
ST LOUIS MO 63101-1693

TRUSTMARK NATIONAL BANK
P O BOX 291
JACKSON MS 39205-0291

U S ATTORNEY
NORTHERN DISTRICT OF MISSISSIPPI
900 JEFFERSON AVENUE
OXFORD MS 38655-3608

U S SECURITIES AND EXCHANGE COMMISSION
OFFICE OF REORGANIZATION
950 EAST PACES FERRY ROAD SUITE 900
ATLANTA GA 30326-1382

~~EXCLUDE~~
~~U S TRUSTEE~~
~~501 EAST COURT STREET SUITE 6430~~
~~JACKSON MS 39201-5022~~

ULINE
12575 ULINE DR
PLEASANT PRAIRIE WI 53158-3686

ULINE
P O BOX 88741
CHICAGO IL 60680-1741

UNITED RENTALS
100 FIRST STAMFORD PLACE
SUITE 200
STAMFORD CT 06902-6748

UNITED STATES ATTORNEY FOR SBA
900 JEFFERSON AVENUE
OXFORD MS 38655-3608

UNITED STATES FIRE INSURANCE
305 MADISON AVENUE
MORRISTOWN NJ 07960-6117

UNITED STATES FIRE INSURANCE COMPANY
CO CRAIG N MANGUM
400 POYDRAS ST SUITE 2500
NEW ORLEANS LA 70130-3224

UNITED STATES FIRE INSURANCE COMPANY
CO LAURA F ASHLEY
400 POYDRAS ST SUITE 2500
NEW ORLEANS LA 70130-3224

WBL SPO I LLC
190 E CAPITOL STREET
JACKSON MS 39201-2149

WBL SPO I LLC
PO BOX 479
ELMSFORD NY 10523-0479

WBL SPO LLC
CO JOHN M LASSITER
BURR FORMAN
190 E CAPITOL STREET SUITE M-100
JACKSON MS 39201-2149

WBL SPO LLC
CO NATALIE A COSMICH
BURR FORMAN LLP
190 E CAPITAL STREET
SUITE M-100
JACKSON MS 39201-2149

WEST PROPERTIES LLC
861 OLD HWY 4 W
HOLLY SPRINGS MS 38635-6941

WEST PROPERTIES LLC
861 OLD HWY4 WEST
HOLLY SPRINGS MS 38635-6941

WHITE CAP
P O BOX 4944
ORLANDO FL 32802-4944

CONNER GRAHAM WHITTEN
BAKER DONELSON
100 VISION DRIVE
STE 400
JACKSON MS 39211-7009

WILLSCOTTMOBILE MINI
P O BOX 91975
CHICAGO IL 60693-1975

WORLD BUSINES LENDERS
P O BOX 479
ELMSFORD NY 10523-0479

WORLD BUSINESS LENDERS
615 HOPE ROAD BUILDING 3
EATONTOWN NJ 07724-1273

JACOB C ZWEIG
EVANS PETREE
1715 AARON BRENNER DRIVE
SUITE 800
MEMPHIS TN 38120-1445

CM/ECF hrg11
(Rev. 07/22/16)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**

| | | |
|---|---|---|
| In Re: Shaw Services LLC<br>Debtor(s) | )<br>)<br>)<br>)<br>) | Case No.: 25−11621−JDW<br>Chapter: 7<br>Judge: Jason D. Woodard |

PLEASE TAKE NOTICE that a hearing will be held at

Oxford Federal Building, 911 Jackson Avenue, Oxford, MS 38655

on 10/6/26 at 10:30 AM

Responses Due: 9/23/26

to consider and act upon the following:

***254*** − Application to Employ Stephen Smith, CPA, of Harper, Rains, Knight & Company, P.A. as Accountant Filed by Thomas C. Rollins Jr. on behalf of Thomas Carl Rollins Jr. (Attachments: # 1 Exhibit A) (Rollins, Thomas) Modified to add text on 8/21/2026 (EL).

Should any party receiving this notice respond or object to said motion such response or objection is required to be filed with the Clerk of this court and served on the Attorney for Movant on or before said response due date. If any objection or response is filed, an evidentiary hearing will be held on the above mentioned date regarding any facts not stipulated to by the parties. If no objection or response is filed, the Court may consider said motion immediately after the objection or response due date. Please note that a corporation, partnership, trust, or other business entity, other than a sole proprietorship, may appear and act in Bankruptcy Court only through a licensed attorney.

A copy of the motion is required to be served pursuant to Rules 9013 and 9014. THE MOVING PARTY'S ATTORNEY IS REQUIRED BY THE STANDING ORDER TO PERFORM NOTICING AS TO SAID MOTION, THE NOTICE OF HEARING, AND THE OBJECTION DEADLINE, ACCORDING TO THE TERMS OF SAID STANDING ORDER. Please see the Standing Order available at:
http://www.msnb.uscourts.gov/sites/msnb/files/so_notic_revised.pdf

Dated: 8/21/26

Shallanda J. Clay
Clerk, U.S. Bankruptcy Court

BY: CLD
Deputy Clerk

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**

| | |
|---|---|
| **IN RE: SHAW SERVICES, LLC** | **CASE NO. 25-11621-JDW** |
| **DEBTOR** | **CHAPTER 7** |

---

## APPLICATION TO EMPLOY CERTIFIED PUBLIC ACCOUNTANTS

---

**COMES NOW,** Thomas C. Rollins, Jr., the duly appointed Chapter 7 Trustee (the "Trustee") for the bankruptcy estate of Shaw Services, LLC (the "Estate"), and pursuant to 11 U.S.C. § 327(a) and Federal Rule of Bankruptcy Procedure 2014, requests authority to employ Harper, Rains, Knight & Company, P.A. ("HRK") as certified public accountants for the Trustee. In support, the Trustee states as follows:

1. The Trustee is administering the Estate and anticipates that professional accounting and tax services will be necessary to identify, preserve, and administer Estate assets and to satisfy the Estate's accounting and tax-reporting obligations.
2. The Trustee desires to employ HRK, through Stephen Smith, CPA, of Ridgeland, Mississippi, to provide accounting services as requested by the Trustee. Those services may include reviewing the Debtor's books and records; analyzing financial transactions, assets, liabilities, claims, and potential recoveries; assisting with tax matters and preparation of Estate tax returns; consulting regarding the Estate's pending litigation and asset dispositions; and performing other accounting services reasonably necessary to complete the administration of the Estate.
3. HRK and Stephen Smith are qualified to perform the requested services. Stephen Smith is a certified public accountant licensed in Mississippi and maintains an office at 1052 Highland Colony Parkway, Suite 100, Ridgeland, Mississippi 39157.
4. The Trustee proposes that HRK be compensated at its customary hourly rates for services actually and necessarily performed and reimbursed for actual and necessary expenses, subject to application, notice, review, and approval by the Court under 11 U.S.C. §§ 330 and 331 and Federal Rule of Bankruptcy Procedure 2016.
5. Based upon the Statement of Professional Pursuant to Rule 2014 filed with this Application, HRK and Stephen Smith do not hold or represent an interest adverse to the Estate and are disinterested persons within the meaning of 11 U.S.C. § 101(14), except for the connections disclosed in that Statement.
6. The Trustee believes that employment of HRK is necessary and in the best interests of the Estate.

**WHEREFORE, PREMISES CONSIDERED,** the Trustee respectfully requests that the Court authorize him to employ Harper, Rains, Knight & Company, P.A. as certified public accountants for the Trustee, with compensation and reimbursement subject to further application and approval by the Court, and grant such other and further relief as may be just and proper.

RESPECTFULLY SUBMITTED,

**THOMAS C. ROLLINS, JR., CHAPTER 7 TRUSTEE**

/s/ Thomas C. Rollins, Jr.
**THOMAS C. ROLLINS, JR. (MSB #103469)**
P.O. Box 13767
Jackson, MS 39236
Telephone: (601) 500-5533
Email: trustee@therollinsfirm.com

## CERTIFICATE OF SERVICE

I, THOMAS C. ROLLINS, JR., do hereby certify that I have on August 20,2026 electronically transmitted via CM/ECF Noticing a true and correct copy of the above and foregoing Application to Employ Certified Public Accountants to all counsel of record and the Office of the United States Trustee.

**THOMAS C. ROLLINS, JR., CHAPTER 7 TRUSTEE**

/s/ Thomas C. Rollins, Jr.
**THOMAS C. ROLLINS, JR. (MSB #103469)**
P.O. Box 13767
Jackson, MS 39236
Telephone: (601) 500-5533
Email: trustee@therollinsfirm.com

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**

**IN RE: SHAW SERVICES, LLC**
**DEBTOR**

**CASE NO. 25-11621-JDW**
**CHAPTER 7**

---

## STATEMENT OF PROFESSIONAL PURSUANT TO RULE 2014

---

**COMES NOW,** Stephen Smith, CPA, on behalf of Harper, Rains, Knight & Company, P.A. ("HRK"), and pursuant to Federal Rule of Bankruptcy Procedure 2014 states as follows:

1. I am a certified public accountant duly licensed to practice in the State of Mississippi. I maintain an office at 1052 Highland Colony Parkway, Suite 100, Ridgeland, Mississippi 39157.
2. HRK has been asked to provide accounting and tax services to Thomas C. Rollins, Jr., the Chapter 7 Trustee in this case, in connection with the administration of the Shaw Services, LLC bankruptcy estate.
3. To the best of my knowledge and belief, neither HRK nor I hold or represent any interest adverse to the Estate, and HRK and I are disinterested persons within the meaning of 11 U.S.C. § 101(14), except for the connections disclosed below.
4. I was previously employed as a Bankruptcy Analyst with the Office of the United States Trustee from March 8, 1993 through January 5, 1995.
5. I serve as a member of the Chapter 7 panel of trustees established under 28 U.S.C. § 586(a)(1).
6. HRK and I have professional contacts with bankruptcy trustees, debtors, creditors, attorneys, accountants, and other parties in interest arising from work in other bankruptcy cases. Those ordinary-course professional contacts do not create an interest adverse to this Estate.
7. Except as stated above, to the best of my knowledge and belief, neither HRK nor I have any connection with the Debtor, the Trustee, creditors, other parties in interest, their respective attorneys or accountants, the United States Trustee, or any person employed in the Office of the United States Trustee.
8. HRK will seek compensation at its customary hourly rates and reimbursement of actual and necessary expenses only upon proper application and approval by the Court.

**STEPHEN SMITH, CPA**
Harper, Rains, Knight & Company, P.A.
1052 Highland Colony Parkway, Suite 100
Ridgeland, Mississippi 39157