MSNB-NCAC (02/07/2024)

# United States Bankruptcy Court
## Northern District of Mississippi

In re Shaw Services LLC
Debtor(s)

Case No. 1:25-bk-11621
Chapter 7

## Notice of Change of Address for Creditor

**Current Notice Address:**
*(as shown on matrix)*

IPFS Corp of the South
1055 Broadway, 11th Floor
Naples, FL 34105

**New Notice Address:**

IPFS Corporation
30 Montgomery Street
Suite 501
Jersey City, NJ 07302

**New Payment Address:**
*(if applicable)*

**Proof of Claim Number(s):**
*(if applicable)*

**Reason for Change of Address:**

☐ New Loan Servicer[1]
☐ New Location
☒ Other Address Change

Prepared By:

Name: J. Walter Newman IV
Title: Debtors Attorney
Phone No.: 601-948-0586

Address: 601 Renaissance Way, Suite A
Ridgeland, MS 39157

Certificate of Service

I hereby certify that a copy of the foregoing Notice of Change of Address was served (i) electronically on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court and (ii) by ordinary U.S. Mail on August 25, 2025.
(Date)

J. Walter Newman, IV
Name

/s/ J. Walter Newman, IV
Signature

[1] Do not use this form when the proof of claim lists the prior servicer as the creditor (owner of the loan). Instead, you must file a transfer of claim to transfer the existing claim to the new servicer.

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy