**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

**IN RE: SHAW SERVICES, LLC,** **CASE NO. 25-11621-JDW**
**DEBTOR** **CHAPTER 7**

**TRUSTEE'S MOTION FOR RULE 2004 EXAMINATION AND PRODUCTION OF DOCUMENTS FROM WELLS FARGO BANK, N.A.**

COMES NOW Thomas C. Rollins, Jr., the duly appointed Chapter 7 Trustee (the "Trustee"), and moves pursuant to Federal Rule of Bankruptcy Procedure 2004 for authority to examine Wells Fargo Bank, N.A. ("Wells Fargo") by production of documents concerning the financial affairs of Shaw Services, LLC (the "Debtor"), and states as follows:

1. The Debtor filed this bankruptcy case on May 22, 2025. The case is presently pending under Chapter 7.
2. In carrying out his duties as Chapter 7 Trustee, the Trustee is investigating the Debtor's financial affairs, assets, transfers, and potential causes of action.
3. Bank records produced to the Trustee establish that the Debtor maintained at least one Wells Fargo business checking account ending in 1563 during the period preceding bankruptcy.
4. The Trustee requested that Wells Fargo voluntarily produce the requested records. Wells Fargo declined to consent to a voluntary Rule 2004 production.
5. The Trustee seeks records for the two-year period immediately preceding the petition date, May 22, 2023 through May 22, 2025, including monthly statements for May 2023 through May 2025, inclusive, for account ending in 1563.
6. The Trustee also seeks records sufficient to identify any additional Wells Fargo deposit accounts maintained in the name of Shaw Services, LLC during that period, together with the monthly statements for any such accounts.
7. The requested records concern the Debtor's acts, property, liabilities, financial condition, and matters affecting administration of the estate and are within the scope of Rule 2004(b).
8. The Trustee therefore requests authority to issue and serve a subpoena under Federal Rules of Bankruptcy Procedure 2004 and 9016 and Federal Rule of Civil Procedure 45 directing Wells Fargo to produce the documents described in Exhibit A.

WHEREFORE, the Trustee respectfully requests that the Court enter the proposed Order authorizing the Trustee to issue and serve a Rule 2004 subpoena upon Wells Fargo Bank, N.A.

for the documents described in Exhibit A, and grant such other and further relief as the Court deems just and proper.

Respectfully submitted,

THOMAS C. ROLLINS, JR.
Chapter 7 Trustee

By: /s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSB No. 103469)
P.O. Box 13767
Jackson, Mississippi 39236
Telephone: (601) 500-5533
Email: trustee@therollinsfirm.com
Chapter 7 Trustee