**EXHIBIT A**
**DOCUMENTS TO BE PRODUCED BY WELLS FARGO BANK, N.A.**

For purposes of these requests, "Debtor" means Shaw Services, LLC. The "Relevant Period" is May 22, 2023 through May 22, 2025. For monthly statements, the request includes May 2023 through May 2025, inclusive, so that no partial statement period is omitted.

1. All monthly account statements for Wells Fargo business checking account ending in 1563 for every statement period falling in whole or in part within the Relevant Period, through the date the account was closed.
2. Records sufficient to identify every checking, savings, money-market, sweep, deposit, treasury-management, or other deposit account maintained at Wells Fargo at any time during the Relevant Period in the name of Shaw Services, LLC, including any account associated by Wells Fargo with the Debtor's tax identification number or customer profile.
3. For every account identified in response to Request No. 2, all monthly account statements for every statement period falling in whole or in part within the Relevant Period.
4. For every account identified in response to Request No. 2, account-opening records sufficient to show the account title, account number, date opened, and authorized signers, and account-closing records sufficient to show the date closed and disposition of any balance at closure.
5. If Wells Fargo contends that no records responsive to any request exist, a written response identifying the request and stating that no responsive records were located after a reasonable search.

**Production Format:** PDF statements are acceptable. Other records may be produced in PDF or another reasonably usable electronic format. The Trustee will accept secure electronic production.