**SO ORDERED,**

**Judge Jason D. Woodard**

**United States Bankruptcy Judge**

**The Order of the Court is set forth below. The case docket reflects the date entered.**

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

| | |
|---|---|
| **IN RE:** | **CASE NO. 25-11621-JDW** |
| **SHAW SERVICES, LLC,** | **CHAPTER 7** |
| **Debtor** | |

**ORDER GRANTING TRUSTEE'S MOTION FOR RULE 2004 EXAMINATION AND PRODUCTION OF DOCUMENTS FROM WELLS FARGO BANK, N.A.**

THIS CAUSE came before the Court on the Trustee's Motion for Rule 2004 Examination and Production of Documents from Wells Fargo Bank, N.A. (the "Motion") (Dk#259). The Court, having considered the Motion, finds that the requested examination and production are within the scope of Federal Rule of Bankruptcy Procedure 2004 and that the Motion should be granted.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the Motion is GRANTED.

IT IS FURTHER ORDERED that Thomas C. Rollins, Jr., Chapter 7 Trustee, is authorized to issue and serve a subpoena pursuant to Federal Rules of Bankruptcy Procedure 2004 and 9016 and Federal Rule of Civil Procedure 45 directing Wells Fargo Bank, N.A. to produce the documents described in Exhibit A to the Motion.

##END OF ORDER##

Submitted by:
/s/ Thomas C. Rollins, Jr.
THOMAS C. ROLLINS, JR. (MSB #103469)
P.O. Box 13767
Jackson, MS 39236
Telephone: (601) 500-5533
Email: trustee@therollinsfirm.com