**SO ORDERED,**

**Judge Jason D. Woodard**

**United States Bankruptcy Judge**

**The Order of the Court is set forth below. The case docket reflects the date entered.**

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**

**IN RE: SHAW SERVICES, LLC, Debtor**

**CASE NO. 25-11621-JDW**
**CHAPTER 7**

**SECOND AMENDED ORDER LIFTING AUTOMATIC STAY AS TO ALL PARTIES AND ABANDONING REAL PROPERTY**

This matter came before the Court on the Motion to Lift Automatic Stay and for Abandonment as to Debtor or Alternatively for Adequate Protection (Dkt. # 216) filed by Trustmark Bank. The Court previously entered its Amended Order Lifting Automatic Stay as to All Parties and Abandoning Real Property (Dkt. # 231), which provided the Chapter 7 Trustee a 120-day period to sell the real property. The Trustee has now determined, after further investigation of the property and the liens and taxes encumbering it, that administration of the property will not provide a meaningful benefit to the estate.

Accordingly, the Court finds that the real property bearing municipal address 163 E. Van Dorn Avenue, Holly Springs, Mississippi, and more particularly described on Exhibit A attached hereto, is burdensome to the estate and/or of inconsequential value and benefit to the estate, and should be abandoned pursuant to 11 U.S.C. § 554.

IT IS THEREFORE ORDERED that the automatic stay is hereby lifted as to Trustmark Bank, any subsequent assignee or beneficiary of the underlying lien, and all other parties in

interest with respect to the above-described real property. Trustmark Bank, or any subsequent assignee or beneficiary of the underlying lien, may enforce any and all rights it may have with respect to the real property, including foreclosure, subject to applicable nonbankruptcy law.

IT IS FURTHER ORDERED that the above-described real property is hereby abandoned from the bankruptcy estate pursuant to 11 U.S.C. § 554, effective immediately upon entry of this Order.

IT IS FURTHER ORDERED that the 120-day stay of the relief provided in Dkt. # 231 is terminated, and Dkt. # 231 is amended and superseded to the extent inconsistent with this Order.

Entry of this Order constitutes the entry of a final judgment pursuant to Federal Rule of Bankruptcy Procedure 9021 and Federal Rule of Civil Procedure 58.

**## END OF ORDER ##**

Submitted by:

/s/ James Eldred Renfroe
James Eldred Renfroe, MSB #10096
Attorney for Trustmark Bank
648 Lakeland East Drive, Suite A
Flowood, MS 39232
Telephone: 601-932-1011
Facsimile: 601-932-1014
jrenfroe@mslawfirm.biz

Agreed to by:

/s/ Thomas Carl Rollins, Jr.
Thomas Carl Rollins, Jr., Chapter 7 Trustee

# EXHIBIT "A"

**The West 45 feet of Lots No. 49, 50 and 51, all according to the plan of the City of Holly Springs, on Section 6, Township 4 South, Range 2 West, LESS AND EXCEPT the South 6.8 feet of the aforesaid Lot No. 51 described below:**

**LESS AND EXCEPT: Part Lots No. 51, 52, and 53 according to the plan of the City of Holly Springs, Mississippi, on Section 6, Township 4 South, Range 2 West, more particularly described as: A strip of land 45 feet in width off the West side of said Lot No. 51. Said 45 foot strip of land being a portion of that land conveyed to L.A. Rather, Jr., by Warranty Deed from Frances H. Rather, dated September 23, 1949 and recorded in Land Deed Book 87 at Page 148 of the records of the Clerk of the Chancery Court of Marshall County, Mississippi, direct reference to which is hereby made.**

SIGNED FOR IDENTIFICATION PURPOSES THIS 27th DAY OF
April 2020

Shaw Services, LLC

By: Bobby Clanton, Member