**SO ORDERED,**

**Judge Jason D. Woodard**

**United States Bankruptcy Judge**

**The Order of the Court is set forth below. The case docket reflects the date entered.**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

| | |
|---|---|
| **IN RE:** | **CASE NO. 25-11621-JDW** |
| **SHAW SERVICES, LLC,** | **CHAPTER 7** |
| **Debtor** | |

**ORDER GRANTING TRUSTEE'S MOTION FOR RULE 2004 EXAMINATION AND PRODUCTION OF DOCUMENTS FROM WELLS FARGO BANK, N.A.**

THIS CAUSE came before the Court on the Trustee's Motion for Rule 2004 Examination and Production of Documents from Wells Fargo Bank, N.A. (the "Motion") (Dk#259). The Court, having considered the Motion, finds that the requested examination and production are within the scope of Federal Rule of Bankruptcy Procedure 2004 and that the Motion should be granted.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the Motion is GRANTED.

IT IS FURTHER ORDERED that Thomas C. Rollins, Jr., Chapter 7 Trustee, is authorized to issue and serve a subpoena pursuant to Federal Rules of Bankruptcy Procedure 2004 and 9016 and Federal Rule of Civil Procedure 45 directing Wells Fargo Bank, N.A. to produce the documents described in Exhibit A to the Motion.

##END OF ORDER##

Submitted by:
/s/ Thomas C. Rollins, Jr.
THOMAS C. ROLLINS, JR. (MSB #103469)
P.O. Box 13767
Jackson, MS 39236
Telephone: (601) 500-5533
Email: trustee@therollinsfirm.com

United States Bankruptcy Court
Northern District of Mississippi

In re: Case No. 25-11621-JDW
Shaw Services LLC Chapter 7
Debtor

# CERTIFICATE OF NOTICE

District/off: 0537-1 User: autodocke Page 1 of 3
Date Rcvd: Aug 26, 2026 Form ID: pdf0003 Total Noticed: 2

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 28, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| tr | + | Craig M. Geno, Law Offices of Craig M. Geno, PLLC, 601 Renaissance Way, Suite A, Ridgeland, MS 39157-6038 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 27 2026 00:53:00 | IRS, Att: Special Procedures Staff, 100 W. Capitol St., Room 504, Jackson, MS 39269 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 28, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 26, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Ava N. Jackson | on behalf of Creditor IRS ava.jackson@usdoj.gov darneciah.williams@usdoj.gov;Bianca.smith@usdoj.gov;usamsn.ecf@usdoj.gov |
| Conner Graham Whitten | on behalf of Creditor Caterpillar Financial Services Corporation cwhitten@bakerdonelson.com |
| Craig M. Geno | on behalf of Trustee Craig M. Geno cmgeno@cmgenolaw.com kcarter@cmgenolaw.com,cmgeno@ecf.courtdrive.com |

| | |
|---|---|
| Craig N Mangum | on behalf of Creditor United States Fire Insurance Co. cmangum@krebsfarley.com |
| D. Andrew Phillips | on behalf of Creditor Conti Federal Services LLC aphillips@mitchellmcnutt.com, dharwell@mitchellmcnutt.com |
| D. Andrew Phillips | on behalf of Defendant Conti Federal Services LLC aphillips@mitchellmcnutt.com, dharwell@mitchellmcnutt.com |
| D. Andrew Phillips | on behalf of Counter-Claimant Conti Federal Services LLC aphillips@mitchellmcnutt.com, dharwell@mitchellmcnutt.com |
| D. Sterling Kidd | on behalf of Creditor Caterpillar Financial Services Corporation skidd@bakerdonelson.com ryancey@bakerdonelson.com |
| Frank Brabec | on behalf of Plaintiff Shaw Services LLC rbrabec@jcalawfirm.com dvazquez@jcalawfirm.com;sswinford@jcalawfirm.com;sbrown@jcalawfirm.com |
| Frank Brabec | on behalf of Counter-Defendant Shaw Services LLC rbrabec@jcalawfirm.com dvazquez@jcalawfirm.com;sswinford@jcalawfirm.com;sbrown@jcalawfirm.com |
| Glenn Edward Glover | on behalf of Creditor The Robins & Morton Group gglover@bradley.com smusso@bradley.com |
| J. Walter Newman, IV | on behalf of Debtor Shaw Services LLC wnewman95@msn.com stacyplovorn@icloud.com;Newman.WalterB141373@notify.bestcase.com |
| J. Walter Newman, IV | on behalf of Plaintiff Shaw Services LLC wnewman95@msn.com stacyplovorn@icloud.com;Newman.WalterB141373@notify.bestcase.com |
| Jacob C Zweig | on behalf of Creditor AmeriCredit Financial Services Inc. dba GM Financial jzweig@evanspetree.com, mstevens@evanspetree.com;jstonecipher@evanspetree.com |
| James Blake Bailey | on behalf of Creditor The Robins & Morton Group jbailey@bradley.com |
| James Eldred Renfroe | on behalf of Creditor Trustmark Bank successor in interest to Trustmark National Bank jrenfroe@mslawfirm.biz kridge@mslawfirm.biz;orenfroe@mslawfirm.biz |
| James Eldred Renfroe | on behalf of Creditor Trustmark National Bank jrenfroe@mslawfirm.biz kridge@mslawfirm.biz;orenfroe@mslawfirm.biz |
| Jason E Weeks | on behalf of Plaintiff Shaw Services LLC jweeks@jcalawfirm.com |
| Jeffrey Stuart Newman | on behalf of Creditor Conti Federal Services LLC jnewman@thompsoncoburn.com |
| John M. Lassiter | on behalf of Creditor WBL SPO I LLC jlassiter@burr.com, cmccann@burr.com;sberry@burr.com;cbankston@burr.com;kpitts@burr.com;vmcqueen@burr.com |
| John Scott Kingston | on behalf of Creditor Conti Federal Services LLC jkingston@thompsoncoburn.com, jzobrist-schmitt@thompsoncoburn.com |
| John Scott Kingston | on behalf of Defendant Conti Federal Services LLC jkingston@thompsoncoburn.com, jzobrist-schmitt@thompsoncoburn.com |
| John Scott Kingston | on behalf of Counter-Claimant Conti Federal Services LLC jkingston@thompsoncoburn.com, jzobrist-schmitt@thompsoncoburn.com |
| Laura Ashley | on behalf of Creditor United States Fire Insurance Co. lashley@krebsfarley.com avicknair@krebsfarley.com |
| Natalie Alaina Cosmich | on behalf of Creditor WBL SPO I LLC ncosmich@burr.com, cbankston@burr.com;cmccann@burr.com |
| Sammye S. Tharp | on behalf of U.S. Trustee U. S. Trustee Sammye.S.Tharp@usdoj.gov |
| Samuel D. Gregory | on behalf of Plaintiff Shaw Services LLC sam.gregory@butlersnow.com connie.lubonovic@butlersnow.com;ecfnotices@butlersnow.com |
| Sylvie Derdeyn Robinson | on behalf of Creditor MS Tax Commission bankruptcy.attorney@dor.ms.gov |

| | |
|---|---|
| Thomas C. Rollins, Jr. | on behalf of Trustee Thomas Carl Rollins Jr trollins@therollinsfirm.com, jennifer@therollinsfirm.com;notices@therollinsfirm.com;trollins@ecf.inforuptcy.com;calvillojr81745@notify.bestcase.com;TRollins@jubileebk.net;trollins.therollinsfirm.com@recap.email |
| Thomas Carl Rollins, Jr | trustee@therollinsfirm.com MS20@ecfcbis.com |
| Thomas Carl Rollins, Jr | on behalf of Trustee Thomas Carl Rollins Jr trustee@therollinsfirm.com, MS20@ecfcbis.com |
| U. S. Trustee | USTPRegion05.AB.ECF@usdoj.gov |
| William Thompson | on behalf of Counter-Claimant Conti Federal Services LLC wthompson@thompsoncoburn.com |
| William Thompson | on behalf of Creditor Conti Federal Services LLC wthompson@thompsoncoburn.com |
| William Thompson | on behalf of Defendant Conti Federal Services LLC wthompson@thompsoncoburn.com |

TOTAL: 35