**SO ORDERED,**

**Judge Jason D. Woodard**
**United States Bankruptcy Judge**

**The Order of the Court is set forth below. The case docket reflects the date entered.**

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**

**IN RE: SHAW SERVICES, LLC, Debtor**

**CASE NO. 25-11621-JDW**
**CHAPTER 7**

**SECOND AMENDED ORDER LIFTING AUTOMATIC STAY AS TO ALL PARTIES AND ABANDONING REAL PROPERTY**

This matter came before the Court on the Motion to Lift Automatic Stay and for Abandonment as to Debtor or Alternatively for Adequate Protection (Dkt. # 216) filed by Trustmark Bank. The Court previously entered its Amended Order Lifting Automatic Stay as to All Parties and Abandoning Real Property (Dkt. # 231), which provided the Chapter 7 Trustee a 120-day period to sell the real property. The Trustee has now determined, after further investigation of the property and the liens and taxes encumbering it, that administration of the property will not provide a meaningful benefit to the estate.

Accordingly, the Court finds that the real property bearing municipal address 163 E. Van Dorn Avenue, Holly Springs, Mississippi, and more particularly described on Exhibit A attached hereto, is burdensome to the estate and/or of inconsequential value and benefit to the estate, and should be abandoned pursuant to 11 U.S.C. § 554.

IT IS THEREFORE ORDERED that the automatic stay is hereby lifted as to Trustmark Bank, any subsequent assignee or beneficiary of the underlying lien, and all other parties in

interest with respect to the above-described real property. Trustmark Bank, or any subsequent assignee or beneficiary of the underlying lien, may enforce any and all rights it may have with respect to the real property, including foreclosure, subject to applicable nonbankruptcy law.

IT IS FURTHER ORDERED that the above-described real property is hereby abandoned from the bankruptcy estate pursuant to 11 U.S.C. § 554, effective immediately upon entry of this Order.

IT IS FURTHER ORDERED that the 120-day stay of the relief provided in Dkt. # 231 is terminated, and Dkt. # 231 is amended and superseded to the extent inconsistent with this Order.

Entry of this Order constitutes the entry of a final judgment pursuant to Federal Rule of Bankruptcy Procedure 9021 and Federal Rule of Civil Procedure 58.

**## END OF ORDER ##**

Submitted by:

/s/ James Eldred Renfroe
James Eldred Renfroe, MSB #10096
Attorney for Trustmark Bank
648 Lakeland East Drive, Suite A
Flowood, MS 39232
Telephone: 601-932-1011
Facsimile: 601-932-1014
jrenfroe@mslawfirm.biz

Agreed to by:

/s/ Thomas Carl Rollins, Jr.
Thomas Carl Rollins, Jr., Chapter 7 Trustee

# EXHIBIT "A"

The West 45 feet of Lots No. 49, 50 and 51, all according to the plan of the City of Holly Springs, on Section 6, Township 4 South, Range 2 West, LESS AND EXCEPT the South 6.8 feet of the aforesaid Lot No. 51 described below:

LESS AND EXCEPT: Part Lots No. 51, 52, and 53 according to the plan of the City of Holly Springs, Mississippi, on Section 6, Township 4 South, Range 2 West, more particularly described as: A strip of land 45 feet in width off the West side of said Lot No. 51. Said 45 foot strip of land being a portion of that land conveyed to L.A. Rather, Jr., by Warranty Deed from Frances H. Rather, dated September 23, 1949 and recorded in Land Deed Book 87 at Page 148 of the records of the Clerk of the Chancery Court of Marshall County, Mississippi, direct reference to which is hereby made.

SIGNED FOR IDENTIFICATION PURPOSES THIS 27th DAY OF
April 2020

Shaw Services, LLC

By: Bobby Clanton, Member

United States Bankruptcy Court
Northern District of Mississippi

In re: Case No. 25-11621-JDW
Shaw Services LLC Chapter 7
Debtor

# CERTIFICATE OF NOTICE

District/off: 0537-1 User: autodocke Page 1 of 3
Date Rcvd: Aug 28, 2026 Form ID: pdf0003 Total Noticed: 4

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 30, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Shaw Services LLC, 861 Old Hwy 4 West, Holly Springs, MS 38635-6941 |
| tr | + | Craig M. Geno, Law Offices of Craig M. Geno, PLLC, 601 Renaissance Way, Suite A, Ridgeland, MS 39157-6038 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | Email/Text: wfava@favafirm.com | Aug 29 2026 01:01:00 | William Fava, Chapter 7 Trustee, Post Office Box 783, Southaven, MS 38671-0009 |
| cr | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 29 2026 01:01:00 | IRS, Att: Special Procedures Staff, 100 W. Capitol St., Room 504, Jackson, MS 39269 |

TOTAL: 2

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 28, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Ava N. Jackson | on behalf of Creditor IRS ava.jackson@usdoj.gov darneciah.williams@usdoj.gov;Bianca.smith@usdoj.gov;usamsn.ecf@usdoj.gov |
| Conner Graham Whitten | on behalf of Creditor Caterpillar Financial Services Corporation cwhitten@bakerdonelson.com |

Craig M. Geno
on behalf of Trustee Craig M. Geno cmgeno@cmgenolaw.com kcarter@cmgenolaw.com,cmgeno@ecf.courtdrive.com

Craig N Mangum
on behalf of Creditor United States Fire Insurance Co. cmangum@krebsfarley.com

D. Andrew Phillips
on behalf of Counter-Claimant Conti Federal Services LLC aphillips@mitchellmcnutt.com, dharwell@mitchellmcnutt.com

D. Andrew Phillips
on behalf of Creditor Conti Federal Services LLC aphillips@mitchellmcnutt.com, dharwell@mitchellmcnutt.com

D. Andrew Phillips
on behalf of Defendant Conti Federal Services LLC aphillips@mitchellmcnutt.com, dharwell@mitchellmcnutt.com

D. Sterling Kidd
on behalf of Creditor Caterpillar Financial Services Corporation skidd@bakerdonelson.com ryancey@bakerdonelson.com

Frank Brabec
on behalf of Plaintiff Shaw Services LLC rbrabec@jcalawfirm.com
dvazquez@jcalawfirm.com;sswinford@jcalawfirm.com;sbrown@jcalawfirm.com

Frank Brabec
on behalf of Counter-Defendant Shaw Services LLC rbrabec@jcalawfirm.com
dvazquez@jcalawfirm.com;sswinford@jcalawfirm.com;sbrown@jcalawfirm.com

Glenn Edward Glover
on behalf of Creditor The Robins & Morton Group gglover@bradley.com smusso@bradley.com

J. Walter Newman, IV
on behalf of Debtor Shaw Services LLC wnewman95@msn.com
stacyplovorn@icloud.com;Newman.WalterB141373@notify.bestcase.com

J. Walter Newman, IV
on behalf of Plaintiff Shaw Services LLC wnewman95@msn.com
stacyplovorn@icloud.com;Newman.WalterB141373@notify.bestcase.com

Jacob C Zweig
on behalf of Creditor AmeriCredit Financial Services Inc. dba GM Financial jzweig@evanspetree.com,
mstevens@evanspetree.com;jstonecipher@evanspetree.com

James Blake Bailey
on behalf of Creditor The Robins & Morton Group jbailey@bradley.com

James Eldred Renfroe
on behalf of Creditor Trustmark Bank successor in interest to Trustmark National Bank jrenfroe@mslawfirm.biz
kridge@mslawfirm.biz;orenfroe@mslawfirm.biz

James Eldred Renfroe
on behalf of Creditor Trustmark National Bank jrenfroe@mslawfirm.biz kridge@mslawfirm.biz;orenfroe@mslawfirm.biz

Jason E Weeks
on behalf of Plaintiff Shaw Services LLC jweeks@jcalawfirm.com

Jeffrey Stuart Newman
on behalf of Creditor Conti Federal Services LLC jnewman@thompsoncoburn.com

John M. Lassiter
on behalf of Creditor WBL SPO I LLC jlassiter@burr.com,
cmccann@burr.com;sberry@burr.com;cbankston@burr.com;kpitts@burr.com;vmcqueen@burr.com

John Scott Kingston
on behalf of Creditor Conti Federal Services LLC jkingston@thompsoncoburn.com, jzobrist-schmitt@thompsoncoburn.com

John Scott Kingston
on behalf of Defendant Conti Federal Services LLC jkingston@thompsoncoburn.com, jzobrist-schmitt@thompsoncoburn.com

John Scott Kingston
on behalf of Counter-Claimant Conti Federal Services LLC jkingston@thompsoncoburn.com,
jzobrist-schmitt@thompsoncoburn.com

Laura Ashley
on behalf of Creditor United States Fire Insurance Co. lashley@krebsfarley.com avicknair@krebsfarley.com

Natalie Alaina Cosmich
on behalf of Creditor WBL SPO I LLC ncosmich@burr.com, cbankston@burr.com;cmccann@burr.com

Sammye S. Tharp
on behalf of U.S. Trustee U. S. Trustee Sammye.S.Tharp@usdoj.gov

Samuel D. Gregory
on behalf of Plaintiff Shaw Services LLC sam.gregory@butlersnow.com
connie.lubonovic@butlersnow.com;ecfnotices@butlersnow.com

| | |
|---|---|
| Sylvie Derdeyn Robinson | on behalf of Creditor MS Tax Commission bankruptcy.attorney@dor.ms.gov |
| Thomas C. Rollins, Jr. | on behalf of Trustee Thomas Carl Rollins Jr trollins@therollinsfirm.com, jennifer@therollinsfirm.com;notices@therollinsfirm.com;trollins@ecf.inforuptcy.com;calvillojr81745@notify.bestcase.com;TRollins@jubileebk.net;trollins.therollinsfirm.com@recap.email |
| Thomas Carl Rollins, Jr | trustee@therollinsfirm.com MS20@ecfcbis.com |
| Thomas Carl Rollins, Jr | on behalf of Trustee Thomas Carl Rollins Jr trustee@therollinsfirm.com, MS20@ecfcbis.com |
| U. S. Trustee | USTPRegion05.AB.ECF@usdoj.gov |
| William Thompson | on behalf of Counter-Claimant Conti Federal Services LLC wthompson@thompsoncoburn.com |
| William Thompson | on behalf of Creditor Conti Federal Services LLC wthompson@thompsoncoburn.com |
| William Thompson | on behalf of Defendant Conti Federal Services LLC wthompson@thompsoncoburn.com |

TOTAL: 35