**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

In re:

SHAW SERVICES, LLC,

Debtor.
________________________________/

Chapter 7

Case No. 25-11621

## WITHDRAWAL OF CLAIM NUMBER NO. 16 FILED BY FIJI FUNDING

Fiji Funding, by and through its undersigned counsel, hereby withdraws its Proof of Claim, Claim No. 16.

Respectfully Submitted,

KAMINSKI LAW, PLLC

*/s/ Shanna M. Kaminski*__

Shanna M. Kaminski
P.O. Box 247
Grass Lake, Michigan 49240
(248) 462-7111
skaminski@kaminskilawpllc.com