**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

In re:

Chapter 7

SHAW SERVICES, LLC,

Case No. 25-11621

Debtor.
________________________________/

**WITHDRAWAL OF CLAIM NUMBER NO. 15**
**FILED BY FUJI FUNDING LLC**

Fuji Funding LLC, by and through its undersigned counsel, hereby withdraws its Proof of Claim, Claim No. 15.

Respectfully Submitted,

KAMINSKI LAW, PLLC

*/s/ Shanna M. Kaminski*__
Shanna M. Kaminski
P.O. Box 247
Grass Lake, Michigan 49240
(248) 462-7111
skaminski@kaminskilawpllc.com