**SO ORDERED,**

**Judge Jason D. Woodard**

**United States Bankruptcy Judge**

**The Order of the Court is set forth below. The case docket reflects the date entered.**

---

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| **SHAW SERVICES LLC,** | ) | **Case No.: 25-11621-JDW** |
| | ) | |
| **Debtor.** | ) | **Chapter 7** |

**ORDER APPROVING APPLICATION TO EMPLOY SPECIAL COUNSEL (DKT. # 233)**

This matter is before the Court on the *Application to Employ Special Counsel* (Dkt. # 233) (the "Application") filed by the chapter 7 trustee on August 6, 2026. The Application requests the Court authorize the employment of Jason E. Weeks and Jernigan Copeland Attorneys, PLLC as special counsel for the debtor's bankruptcy estate in Adversary Proceeding No. 25-01054-JDW. The trustee represented to the Court that the Application was served in accordance with all applicable rules. The Court finds that no timely responses were filed. Accordingly, it is hereby

**ORDERED**, **ADJUDGED**, and **DECREED** that the *Application to Employ Special Counsel* (Dkt. # 233) is **APPROVED**. Jason E. Weeks and Jernigan Copeland Attorneys, PLLC are authorized to act as counsel for the debtor's bankruptcy estate in Adversary Proceeding No. 25-01054-JDW. Compensation is to be determined upon proper application to the Court at the appropriate time. This matter may not be settled, nor attorneys' fees paid, without prior approval by this Court through proper application.

**##END OF ORDER##**