**SO ORDERED,**

**Judge Jason D. Woodard**

**United States Bankruptcy Judge**

**The Order of the Court is set forth below. The case docket reflects the date entered.**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| **SHAW SERVICES LLC,** | ) | **Case No.: 25-11621-JDW** |
| | ) | |
| **Debtor.** | ) | **Chapter 7** |

## ORDER APPROVING APPLICATION TO EMPLOY SPECIAL COUNSEL (DKT. # 233)

This matter is before the Court on the *Application to Employ Special Counsel* (Dkt. # 233) (the "Application") filed by the chapter 7 trustee on August 6, 2026. The Application requests the Court authorize the employment of Jason E. Weeks and Jernigan Copeland Attorneys, PLLC as special counsel for the debtor's bankruptcy estate in Adversary Proceeding No. 25-01054-JDW. The trustee represented to the Court that the Application was served in accordance with all applicable rules. The Court finds that no timely responses were filed. Accordingly, it is hereby

**ORDERED**, **ADJUDGED**, and **DECREED** that the *Application to Employ Special Counsel* (Dkt. # 233) is **APPROVED**. Jason E. Weeks and Jernigan Copeland Attorneys, PLLC are authorized to act as counsel for the debtor's bankruptcy estate in Adversary Proceeding No. 25-01054-JDW. Compensation is to be determined upon proper application to the Court at the appropriate time. This matter may not be settled, nor attorneys' fees paid, without prior approval by this Court through proper application.

**##END OF ORDER##**

United States Bankruptcy Court
Northern District of Mississippi

In re:
Shaw Services LLC
Debtor

Case No. 25-11621-JDW
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0537-1 User: autodocke Page 1 of 3
Date Rcvd: Sep 08, 2026 Form ID: pdf0003 Total Noticed: 3

The following symbols are used throughout this certificate:

| **Symbol** | **Definition** |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 10, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Shaw Services LLC, 861 Old Hwy 4 West, Holly Springs, MS 38635-6941 |
| tr | + | Craig M. Geno, Law Offices of Craig M. Geno, PLLC, 601 Renaissance Way, Suite A, Ridgeland, MS 39157-6038 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 09 2026 04:06:00 | IRS, Att: Special Procedures Staff, 100 W. Capitol St., Room 504, Jackson, MS 39269 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 10, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 8, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Ava N. Jackson | on behalf of Creditor IRS ava.jackson@usdoj.gov darneciah.williams@usdoj.gov;Bianca.smith@usdoj.gov;usamsn.ecf@usdoj.gov |
| Conner Graham Whitten | on behalf of Creditor Caterpillar Financial Services Corporation cwhitten@bakerdonelson.com |
| Craig M. Geno | on behalf of Trustee Craig M. Geno cmgeno@cmgenolaw.com kcarter@cmgenolaw.com,cmgeno@ecf.courtdrive.com |

Craig N Mangum
on behalf of Creditor United States Fire Insurance Co. cmangum@krebsfarley.com

D. Andrew Phillips
on behalf of Creditor Conti Federal Services LLC aphillips@mitchellmcnutt.com, dharwell@mitchellmcnutt.com

D. Andrew Phillips
on behalf of Defendant Conti Federal Services LLC aphillips@mitchellmcnutt.com, dharwell@mitchellmcnutt.com

D. Andrew Phillips
on behalf of Counter-Claimant Conti Federal Services LLC aphillips@mitchellmcnutt.com, dharwell@mitchellmcnutt.com

D. Sterling Kidd
on behalf of Creditor Caterpillar Financial Services Corporation skidd@bakerdonelson.com ryancey@bakerdonelson.com

Frank Brabec
on behalf of Plaintiff Shaw Services LLC rbrabec@jcalawfirm.com
dvazquez@jcalawfirm.com;sswinford@jcalawfirm.com;sbrown@jcalawfirm.com

Frank Brabec
on behalf of Counter-Defendant Shaw Services LLC rbrabec@jcalawfirm.com
dvazquez@jcalawfirm.com;sswinford@jcalawfirm.com;sbrown@jcalawfirm.com

Glenn Edward Glover
on behalf of Creditor The Robins & Morton Group gglover@bradley.com smusso@bradley.com

J. Walter Newman, IV
on behalf of Debtor Shaw Services LLC wnewman95@msn.com
stacyplovorn@icloud.com;Newman.WalterB141373@notify.bestcase.com

J. Walter Newman, IV
on behalf of Plaintiff Shaw Services LLC wnewman95@msn.com
stacyplovorn@icloud.com;Newman.WalterB141373@notify.bestcase.com

Jacob C Zweig
on behalf of Creditor AmeriCredit Financial Services Inc. dba GM Financial jzweig@evanspetree.com,
mstevens@evanspetree.com;jstonecipher@evanspetree.com

James Blake Bailey
on behalf of Creditor The Robins & Morton Group jbailey@bradley.com

James Eldred Renfroe
on behalf of Creditor Trustmark Bank successor in interest to Trustmark National Bank jrenfroe@mslawfirm.biz
kridge@mslawfirm.biz;orenfroe@mslawfirm.biz

James Eldred Renfroe
on behalf of Creditor Trustmark National Bank jrenfroe@mslawfirm.biz kridge@mslawfirm.biz;orenfroe@mslawfirm.biz

Jason E Weeks
on behalf of Plaintiff Shaw Services LLC jweeks@jcalawfirm.com

Jeffrey Stuart Newman
on behalf of Creditor Conti Federal Services LLC jnewman@thompsoncoburn.com

John M. Lassiter
on behalf of Creditor WBL SPO I LLC jlassiter@burr.com,
cmccann@burr.com;sberry@burr.com;cbankston@burr.com;kpitts@burr.com;vmcqueen@burr.com

John Scott Kingston
on behalf of Creditor Conti Federal Services LLC jkingston@thompsoncoburn.com, jzobrist-schmitt@thompsoncoburn.com

John Scott Kingston
on behalf of Defendant Conti Federal Services LLC jkingston@thompsoncoburn.com, jzobrist-schmitt@thompsoncoburn.com

John Scott Kingston
on behalf of Counter-Claimant Conti Federal Services LLC jkingston@thompsoncoburn.com,
jzobrist-schmitt@thompsoncoburn.com

Laura Ashley
on behalf of Creditor United States Fire Insurance Co. lashley@krebsfarley.com avicknair@krebsfarley.com

Natalie Alaina Cosmich
on behalf of Creditor WBL SPO I LLC ncosmich@burr.com, cbankston@burr.com;cmccann@burr.com

Sammye S. Tharp
on behalf of U.S. Trustee U. S. Trustee Sammye.S.Tharp@usdoj.gov

Samuel D. Gregory
on behalf of Plaintiff Shaw Services LLC sam.gregory@butlersnow.com
connie.lubonovic@butlersnow.com;ecfnotices@butlersnow.com

Sylvie Derdeyn Robinson
on behalf of Creditor MS Tax Commission bankruptcy.attorney@dor.ms.gov

| | |
|---|---|
| Thomas C. Rollins, Jr. | on behalf of Trustee Thomas Carl Rollins Jr trollins@therollinsfirm.com, jennifer@therollinsfirm.com;notices@therollinsfirm.com;trollins@ecf.inforuptcy.com;calvillojr81745@notify.bestcase.com;TRollins@jubileebk.net;trollins.therollinsfirm.com@recap.email |
| Thomas Carl Rollins, Jr | trustee@therollinsfirm.com MS20@ecfcbis.com |
| Thomas Carl Rollins, Jr | on behalf of Trustee Thomas Carl Rollins Jr trustee@therollinsfirm.com, MS20@ecfcbis.com |
| U. S. Trustee | USTPRegion05.AB.ECF@usdoj.gov |
| William Thompson | on behalf of Counter-Claimant Conti Federal Services LLC wthompson@thompsoncoburn.com |
| William Thompson | on behalf of Creditor Conti Federal Services LLC wthompson@thompsoncoburn.com |
| William Thompson | on behalf of Defendant Conti Federal Services LLC wthompson@thompsoncoburn.com |

TOTAL: 35