**SO ORDERED,**

**Judge Jason D. Woodard**

**United States Bankruptcy Judge**

**The Order of the Court is set forth below. The case docket reflects the date entered.**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**

**IN RE: SHAW SERVICES, LLC** — **CASE NO. 25-11621-JDW**
**DEBTOR** — **CHAPTER 7**

# ORDER APPROVING APPLICATION TO EMPLOY AUCTIONEER AND/OR REAL ESTATE BROKER

THIS CAUSE came before the Court on the Application to Employ Auctioneer and/or Real Estate Broker (the "Application") (Dk# 239) filed by Thomas C. Rollins, Jr., the Chapter 7 Trustee (the "Trustee"). The Court, having considered the Application and the accompanying Affidavit, finds that the requested employment is in the best interest of the Estate and should be approved. Accordingly, it is

ORDERED, ADJUDGED, AND DECREED that the Application is GRANTED. Pursuant to 11 U.S.C. §§ 327(a) and 328(a), the Trustee is authorized to employ Benny Taylor and Taylor Auction & Realty, Inc. as auctioneer and/or real estate broker for the Estate, effective as of the date of the Application.

IT IS FURTHER ORDERED that Taylor may inspect, evaluate, market, list, and assist with the sale of Estate property and may conduct auctions or provide real estate brokerage services as directed by the Trustee, subject to separate Court approval of any sale when required.

IT IS FURTHER ORDERED that Taylor's compensation, including any auction commission, buyer's premium, real estate commission, expenses, or other compensation, shall be disclosed in connection with the applicable sale or by separate application and shall not be paid without further order of this Court. Taylor shall not receive duplicative compensation for serving

in more than one capacity in connection with the same property unless specifically disclosed and approved.

##END OF ORDER##

Submitted by:

/s/ Thomas C. Rollins, Jr.
THOMAS C. ROLLINS, JR. (MSB #103469)
P.O. Box 13767
Jackson, MS 39236
Telephone: (601) 500-5533
Email: trustee@therollinsfirm.com
ATTORNEY FOR CHAPTER 7 TRUSTEE