**SO ORDERED,**

**Judge Jason D. Woodard**

**United States Bankruptcy Judge**

**The Order of the Court is set forth below. The case docket reflects the date entered.**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**

**IN RE: SHAW SERVICES, LLC** — **CASE NO. 25-11621-JDW**
**DEBTOR** — **CHAPTER 7**

## ORDER APPROVING APPLICATION TO EMPLOY AUCTIONEER AND/OR REAL ESTATE BROKER

THIS CAUSE came before the Court on the Application to Employ Auctioneer and/or Real Estate Broker (the "Application") (Dk# 239) filed by Thomas C. Rollins, Jr., the Chapter 7 Trustee (the "Trustee"). The Court, having considered the Application and the accompanying Affidavit, finds that the requested employment is in the best interest of the Estate and should be approved. Accordingly, it is

ORDERED, ADJUDGED, AND DECREED that the Application is GRANTED. Pursuant to 11 U.S.C. §§ 327(a) and 328(a), the Trustee is authorized to employ Benny Taylor and Taylor Auction & Realty, Inc. as auctioneer and/or real estate broker for the Estate, effective as of the date of the Application.

IT IS FURTHER ORDERED that Taylor may inspect, evaluate, market, list, and assist with the sale of Estate property and may conduct auctions or provide real estate brokerage services as directed by the Trustee, subject to separate Court approval of any sale when required.

IT IS FURTHER ORDERED that Taylor's compensation, including any auction commission, buyer's premium, real estate commission, expenses, or other compensation, shall be disclosed in connection with the applicable sale or by separate application and shall not be paid without further order of this Court. Taylor shall not receive duplicative compensation for serving

in more than one capacity in connection with the same property unless specifically disclosed and approved.

##END OF ORDER##

Submitted by:

/s/ Thomas C. Rollins, Jr.
THOMAS C. ROLLINS, JR. (MSB #103469)
P.O. Box 13767
Jackson, MS 39236
Telephone: (601) 500-5533
Email: trustee@therollinsfirm.com
ATTORNEY FOR CHAPTER 7 TRUSTEE

United States Bankruptcy Court
Northern District of Mississippi

In re:
Shaw Services LLC
Debtor

Case No. 25-11621-JDW
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0537-1 | User: autodocke | Page 1 of 3
Date Rcvd: Sep 11, 2026 | Form ID: pdf0003 | Total Noticed: 3

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 13, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Shaw Services LLC, 861 Old Hwy 4 West, Holly Springs, MS 38635-6941 |
| tr | + | Craig M. Geno, Law Offices of Craig M. Geno, PLLC, 601 Renaissance Way, Suite A, Ridgeland, MS 39157-6038 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| r | + | Email/Text: benny@taylorauction.com | Sep 12 2026 00:34:00 | Benny Taylor, c/o Taylor Auction & Realty, Inc., P.O. Box 357, Grenada, MS 38902-0357 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 13, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 11, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Ava N. Jackson | on behalf of Creditor IRS ava.jackson@usdoj.gov darneciah.williams@usdoj.gov;Bianca.smith@usdoj.gov;usamsn.ecf@usdoj.gov |
| Conner Graham Whitten | on behalf of Creditor Caterpillar Financial Services Corporation cwhitten@bakerdonelson.com |
| Craig M. Geno | on behalf of Trustee Craig M. Geno cmgeno@cmgenolaw.com kcarter@cmgenolaw.com,cmgeno@ecf.courtdrive.com |

Craig N Mangum
on behalf of Creditor United States Fire Insurance Co. cmangum@krebsfarley.com

D. Andrew Phillips
on behalf of Creditor Conti Federal Services LLC aphillips@mitchellmcnutt.com, dharwell@mitchellmcnutt.com

D. Andrew Phillips
on behalf of Defendant Conti Federal Services LLC aphillips@mitchellmcnutt.com, dharwell@mitchellmcnutt.com

D. Andrew Phillips
on behalf of Counter-Claimant Conti Federal Services LLC aphillips@mitchellmcnutt.com, dharwell@mitchellmcnutt.com

D. Sterling Kidd
on behalf of Creditor Caterpillar Financial Services Corporation skidd@bakerdonelson.com ryancey@bakerdonelson.com

Frank Brabec
on behalf of Plaintiff Shaw Services LLC rbrabec@jcalawfirm.com
dvazquez@jcalawfirm.com;sswinford@jcalawfirm.com;sbrown@jcalawfirm.com

Frank Brabec
on behalf of Counter-Defendant Shaw Services LLC rbrabec@jcalawfirm.com
dvazquez@jcalawfirm.com;sswinford@jcalawfirm.com;sbrown@jcalawfirm.com

Glenn Edward Glover
on behalf of Creditor The Robins & Morton Group gglover@bradley.com smusso@bradley.com

J. Walter Newman, IV
on behalf of Debtor Shaw Services LLC wnewman95@msn.com
stacyplovorn@icloud.com;Newman.WalterB141373@notify.bestcase.com

J. Walter Newman, IV
on behalf of Plaintiff Shaw Services LLC wnewman95@msn.com
stacyplovorn@icloud.com;Newman.WalterB141373@notify.bestcase.com

Jacob C Zweig
on behalf of Creditor AmeriCredit Financial Services Inc. dba GM Financial jzweig@evanspetree.com,
mstevens@evanspetree.com;jstonecipher@evanspetree.com

James Blake Bailey
on behalf of Creditor The Robins & Morton Group jbailey@bradley.com

James Eldred Renfroe
on behalf of Creditor Trustmark Bank successor in interest to Trustmark National Bank jrenfroe@mslawfirm.biz
kridge@mslawfirm.biz;orenfroe@mslawfirm.biz

James Eldred Renfroe
on behalf of Creditor Trustmark National Bank jrenfroe@mslawfirm.biz kridge@mslawfirm.biz;orenfroe@mslawfirm.biz

Jason E Weeks
on behalf of Plaintiff Shaw Services LLC jweeks@jcalawfirm.com

Jeffrey Stuart Newman
on behalf of Creditor Conti Federal Services LLC jnewman@thompsoncoburn.com

John M. Lassiter
on behalf of Creditor WBL SPO I LLC jlassiter@burr.com,
cmccann@burr.com;sberry@burr.com;cbankston@burr.com;kpitts@burr.com;vmcqueen@burr.com

John Scott Kingston
on behalf of Creditor Conti Federal Services LLC jkingston@thompsoncoburn.com, jzobrist-schmitt@thompsoncoburn.com

John Scott Kingston
on behalf of Defendant Conti Federal Services LLC jkingston@thompsoncoburn.com, jzobrist-schmitt@thompsoncoburn.com

John Scott Kingston
on behalf of Counter-Claimant Conti Federal Services LLC jkingston@thompsoncoburn.com,
jzobrist-schmitt@thompsoncoburn.com

Laura Ashley
on behalf of Creditor United States Fire Insurance Co. lashley@krebsfarley.com avicknair@krebsfarley.com

Natalie Alaina Cosmich
on behalf of Creditor WBL SPO I LLC ncosmich@burr.com, cbankston@burr.com;cmccann@burr.com

Sammye S. Tharp
on behalf of U.S. Trustee U. S. Trustee Sammye.S.Tharp@usdoj.gov

Sylvie Derdeyn Robinson
on behalf of Creditor MS Tax Commission bankruptcy.attorney@dor.ms.gov

Thomas C. Rollins, Jr.
on behalf of Trustee Thomas Carl Rollins Jr trollins@therollinsfirm.com,
jennifer@therollinsfirm.com;notices@therollinsfirm.com;trollins@ecf.inforuptcy.com;calvillojr81745@notify.bestcase.com;TRol

| | |
|---|---|
| | lins@jubileebk.net;trollins.therollinsfirm.com@recap.email |
| Thomas Carl Rollins, Jr | trustee@therollinsfirm.com MS20@ecfcbis.com |
| Thomas Carl Rollins, Jr | on behalf of Trustee Thomas Carl Rollins Jr trustee@therollinsfirm.com, MS20@ecfcbis.com |
| U. S. Trustee | USTPRegion05.AB.ECF@usdoj.gov |
| William Thompson | on behalf of Counter-Claimant Conti Federal Services LLC wthompson@thompsoncoburn.com |
| William Thompson | on behalf of Creditor Conti Federal Services LLC wthompson@thompsoncoburn.com |
| William Thompson | on behalf of Defendant Conti Federal Services LLC wthompson@thompsoncoburn.com |

TOTAL: 34