**SO ORDERED,**

**Judge Jason D. Woodard**
**United States Bankruptcy Judge**

**The Order of the Court is set forth below. The case docket reflects the date entered.**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**

**IN RE: SHAW SERVICES, LLC** — **CASE NO. 25-11621-JDW**
**DEBTOR** — **CHAPTER 7**

**ORDER APPROVING APPLICATION TO EMPLOY**
**CERTIFIED PUBLIC ACCOUNTANTS**

**THIS CAUSE** came before the Court on the Application to Employ Certified Public Accountants (the "Application") (Dk#254) filed by Thomas C. Rollins, Jr., the Chapter 7 Trustee (the "Trustee"). The Court, having considered the Application and the Statement of Professional Pursuant to Rule 2014, finds that the requested employment is in the best interest of the Estate and should be approved. Accordingly, it is

**ORDERED, ADJUDGED, AND DECREED** that the Application is GRANTED. Pursuant to 11 U.S.C. § 327(a), the Trustee is authorized to employ Harper, Rains, Knight & Company, P.A. as certified public accountants for the Trustee, effective as of the date of the Application.

**IT IS FURTHER ORDERED** that Harper, Rains, Knight & Company, P.A. shall be entitled to seek compensation for services and reimbursement of actual and necessary expenses only upon application, notice, and approval by the Court as contemplated by 11 U.S.C. § 330, Federal Rule of Bankruptcy Procedure 2016, and other applicable law.

**IT IS FURTHER ORDERED** that each application for compensation and reimbursement of expenses shall identify any prior orders allowing compensation or reimbursement and the amounts previously allowed.

**##END OF ORDER##**

Submitted by:
/s/ Thomas C. Rollins, Jr.
**THOMAS C. ROLLINS, JR. (MSB #103469)**
P.O. Box 13767
Jackson, MS 39236
Telephone: (601) 500-5533
Email: trustee@therollinsfirm.com