**SO ORDERED,**

**Judge Jason D. Woodard**
**United States Bankruptcy Judge**

**The Order of the Court is set forth below. The case docket reflects the date entered.**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**

**IN RE: SHAW SERVICES, LLC** | **CASE NO. 25-11621-JDW**
**DEBTOR** | **CHAPTER 7**

---

**ORDER APPROVING APPLICATION TO EMPLOY CERTIFIED PUBLIC ACCOUNTANTS**

---

**THIS CAUSE** came before the Court on the Application to Employ Certified Public Accountants (the "Application") (Dk#254) filed by Thomas C. Rollins, Jr., the Chapter 7 Trustee (the "Trustee"). The Court, having considered the Application and the Statement of Professional Pursuant to Rule 2014, finds that the requested employment is in the best interest of the Estate and should be approved. Accordingly, it is

**ORDERED, ADJUDGED, AND DECREED** that the Application is GRANTED. Pursuant to 11 U.S.C. § 327(a), the Trustee is authorized to employ Harper, Rains, Knight & Company, P.A. as certified public accountants for the Trustee, effective as of the date of the Application.

**IT IS FURTHER ORDERED** that Harper, Rains, Knight & Company, P.A. shall be entitled to seek compensation for services and reimbursement of actual and necessary expenses only upon application, notice, and approval by the Court as contemplated by 11 U.S.C. § 330, Federal Rule of Bankruptcy Procedure 2016, and other applicable law.

**IT IS FURTHER ORDERED** that each application for compensation and reimbursement of expenses shall identify any prior orders allowing compensation or reimbursement and the amounts previously allowed.

**##END OF ORDER##**

Submitted by:
/s/ Thomas C. Rollins, Jr.
**THOMAS C. ROLLINS, JR. (MSB #103469)**
P.O. Box 13767
Jackson, MS 39236
Telephone: (601) 500-5533
Email: trustee@therollinsfirm.com

United States Bankruptcy Court

Northern District of Mississippi

In re:
Shaw Services LLC
Debtor

Case No. 25-11621-JDW
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0537-1 User: autodocke Page 1 of 3
Date Rcvd: Sep 25, 2026 Form ID: pdf0003 Total Noticed: 5

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 27, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Shaw Services LLC, 861 Old Hwy 4 West, Holly Springs, MS 38635-6941 |
| tr | + | Craig M. Geno, Law Offices of Craig M. Geno, PLLC, 601 Renaissance Way, Suite A, Ridgeland, MS 39157-6038 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | Email/Text: wfava@favafirm.com | Sep 26 2026 01:04:00 | William Fava, Chapter 7 Trustee, Post Office Box 783, Southaven, MS 38671-0009 |
| cr | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 26 2026 01:04:00 | IRS, Att: Special Procedures Staff, 100 W. Capitol St., Room 504, Jackson, MS 39269 |
| acc | + | Email/Text: trustee@hrkcpa.com | Sep 26 2026 01:04:00 | Stephen Smith, Harper, Rains, Knight & Company, P.A, 1052 Highland Colony Parkway, Suite 100, Ridgeland, MS 39157-8764 |

TOTAL: 3

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 27, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 25, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Ava N. Jackson | |

| | |
|---|---|
| | on behalf of Creditor IRS ava.jackson@usdoj.gov darneciah.williams@usdoj.gov;Bianca.smith@usdoj.gov;usamsn.ecf@usdoj.gov |
| Conner Graham Whitten | on behalf of Creditor Caterpillar Financial Services Corporation cwhitten@bakerdonelson.com |
| Craig M. Geno | on behalf of Trustee Craig M. Geno cmgeno@cmgenolaw.com kcarter@cmgenolaw.com,cmgeno@ecf.courtdrive.com |
| Craig N Mangum | on behalf of Creditor United States Fire Insurance Co. cmangum@krebsfarley.com |
| D. Andrew Phillips | on behalf of Counter-Claimant Conti Federal Services LLC aphillips@mitchellmcnutt.com, dharwell@mitchellmcnutt.com |
| D. Andrew Phillips | on behalf of Creditor Conti Federal Services LLC aphillips@mitchellmcnutt.com, dharwell@mitchellmcnutt.com |
| D. Andrew Phillips | on behalf of Defendant Conti Federal Services LLC aphillips@mitchellmcnutt.com, dharwell@mitchellmcnutt.com |
| D. Sterling Kidd | on behalf of Creditor Caterpillar Financial Services Corporation skidd@bakerdonelson.com ryancey@bakerdonelson.com |
| Frank Brabec | on behalf of Plaintiff Shaw Services LLC rbrabec@jcalawfirm.com dvazquez@jcalawfirm.com;sswinford@jcalawfirm.com;sbrown@jcalawfirm.com |
| Frank Brabec | on behalf of Counter-Defendant Shaw Services LLC rbrabec@jcalawfirm.com dvazquez@jcalawfirm.com;sswinford@jcalawfirm.com;sbrown@jcalawfirm.com |
| Glenn Edward Glover | on behalf of Creditor The Robins & Morton Group gglover@bradley.com smusso@bradley.com |
| J. Walter Newman, IV | on behalf of Debtor Shaw Services LLC wnewman95@msn.com stacyplovorn@icloud.com;Newman.WalterB141373@notify.bestcase.com |
| J. Walter Newman, IV | on behalf of Plaintiff Shaw Services LLC wnewman95@msn.com stacyplovorn@icloud.com;Newman.WalterB141373@notify.bestcase.com |
| Jacob C Zweig | on behalf of Creditor AmeriCredit Financial Services Inc. dba GM Financial jzweig@evanspetree.com, mstevens@evanspetree.com;jstonecipher@evanspetree.com |
| James Blake Bailey | on behalf of Creditor The Robins & Morton Group jbailey@bradley.com |
| James Eldred Renfroe | on behalf of Creditor Trustmark Bank successor in interest to Trustmark National Bank jrenfroe@mslawfirm.biz kridge@mslawfirm.biz;orenfroe@mslawfirm.biz |
| James Eldred Renfroe | on behalf of Creditor Trustmark National Bank jrenfroe@mslawfirm.biz kridge@mslawfirm.biz;orenfroe@mslawfirm.biz |
| Jason E Weeks | on behalf of Plaintiff Shaw Services LLC jweeks@jcalawfirm.com |
| Jeffrey Stuart Newman | on behalf of Creditor Conti Federal Services LLC jnewman@thompsoncoburn.com |
| John M. Lassiter | on behalf of Creditor WBL SPO I LLC jlassiter@burr.com, cmccann@burr.com;sberry@burr.com;cbankston@burr.com;kpitts@burr.com;vmcqueen@burr.com |
| John Scott Kingston | on behalf of Counter-Claimant Conti Federal Services LLC jkingston@thompsoncoburn.com, jzobrist-schmitt@thompsoncoburn.com |
| John Scott Kingston | on behalf of Creditor Conti Federal Services LLC jkingston@thompsoncoburn.com, jzobrist-schmitt@thompsoncoburn.com |
| John Scott Kingston | on behalf of Defendant Conti Federal Services LLC jkingston@thompsoncoburn.com, jzobrist-schmitt@thompsoncoburn.com |
| Laura Ashley | on behalf of Creditor United States Fire Insurance Co. lashley@krebsfarley.com avicknair@krebsfarley.com |
| Natalie Alaina Cosmich | on behalf of Creditor WBL SPO I LLC ncosmich@burr.com, cbankston@burr.com;cmccann@burr.com |

| | |
|---|---|
| Sammye S. Tharp | on behalf of U.S. Trustee U. S. Trustee Sammye.S.Tharp@usdoj.gov |
| Sylvie Derdeyn Robinson | on behalf of Creditor MS Tax Commission bankruptcy.attorney@dor.ms.gov |
| Thomas C. Rollins, Jr. | on behalf of Trustee Thomas Carl Rollins Jr trollins@therollinsfirm.com, jennifer@therollinsfirm.com;notices@therollinsfirm.com;trollins@ecf.inforuptcy.com;calvillojr81745@notify.bestcase.com;TRollins@jubileebk.net;trollins.therollinsfirm.com@recap.email |
| Thomas Carl Rollins, Jr | trustee@therollinsfirm.com MS20@ecfcbis.com |
| Thomas Carl Rollins, Jr | on behalf of Trustee Thomas Carl Rollins Jr trustee@therollinsfirm.com, MS20@ecfcbis.com |
| U. S. Trustee | USTPRegion05.AB.ECF@usdoj.gov |
| William Thompson | on behalf of Counter-Claimant Conti Federal Services LLC wthompson@thompsoncoburn.com |
| William Thompson | on behalf of Creditor Conti Federal Services LLC wthompson@thompsoncoburn.com |
| William Thompson | on behalf of Defendant Conti Federal Services LLC wthompson@thompsoncoburn.com |

TOTAL: 34