**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

**IN RE: SHAW SERVICES, LLC,** **CASE NO. 25-11621-JDW**
**Debtor** **CHAPTER 7**

---

**TRUSTEE'S SUPPLEMENTAL MOTION FOR RULE 2004 EXAMINATION AND PRODUCTION OF DOCUMENTS FROM WELLS FARGO BANK, N.A.**

---

Thomas C. Rollins, Jr., Chapter 7 Trustee (the "Trustee"), moves under Federal Rules of Bankruptcy Procedure 2004 and 9016, Federal Rule of Civil Procedure 45, and 11 U.S.C. § 704(a)(1) and (4) for authority to obtain the Bank records described below, and states:

1. The Debtor filed this case on May 22, 2025. The case is now pending under Chapter 7, and Thomas C. Rollins, Jr. is the duly appointed Trustee.

2. The Court previously authorized Wells Fargo production under the motion at Dkt. 259, concerning account 1563 and other Debtor accounts. This request supplements that authority; it does not withdraw, replace, or extend the existing order or any subpoena deadline.

3. The later account summary, attached as Exhibit B, identifies SHAWCS, LLC accounts ending 1405 (operating), 5363, 5718 (payroll), 1939 (project expenses), and 5667 (investors). It states that Conti/project funds were placed in each account.

4. Bank records reflect transfers from the Debtor's account 1563 to SHAWCS account 5363 of $65,000 on May 3, 2024, $102,695.87 on May 30, 2024, and $100,000 on June 27, 2024. Complete records are needed to trace the subsequent recipients and uses of those funds.

5. Exhibit A retains the original two-year period, May 22, 2023 through May 22, 2025, with complete monthly statements for May 2023 through May 2025. It adds the SHAWCS

accounts and transaction records, check images, transfer details, and legal-process debit records for the covered accounts, plus limited ownership and closing records.

6. The records will identify funds, recipients, and the value received by the Debtor, and permit evaluation of potential estate claims. No finding of an avoidable transfer or estate ownership of SHAWCS property is sought. Unrelated account histories of other persons are not requested.

7. This is an investigation of the Debtor's financial affairs and possible transfers through other accounts, not discovery concerning the merits of the Conti contract/equipment dispute in Adversary No. 25-01054-JDW or a request to bypass that proceeding's discovery rules.

8. The documents fall within Rule 2004(b)(1). No live testimony is requested. The subpoena will provide a lawful Rule 45(c) compliance place and at least 30 days after service unless otherwise agreed or ordered, preserve Rule 45 protections, and be preceded by notice and a copy to each party under Rule 45(a)(4).

WHEREFORE, the Trustee requests entry of an order authorizing issuance and service of a subpoena on Wells Fargo Bank, N.A. for the documents described in Exhibit A, subject to applicable notice and service requirements, and such further relief as is appropriate.

Respectfully submitted,
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSB No. 103469)
THE ROLLINS LAW FIRM, PLLC
P.O. Box 13767
Jackson, Mississippi 39236
Telephone: (601) 500-5533
Email: trustee@therollinsfirm.com
Chapter 7 Trustee