# EXHIBIT A

## DOCUMENTS TO BE PRODUCED BY WELLS FARGO BANK, N.A.

In re Shaw Services, LLC | Case No. 25-11621-JDW

**Definitions and scope**

"Debtor" means Shaw Services, LLC. "SHAWCS" means SHAWCS, LLC, separately identified from the Debtor in the records supplied to the Trustee. "Relevant Period" means May 22, 2023 through May 22, 2025. Monthly statements include May 2023 through May 2025, inclusive, so no partial statement period is omitted. "Covered Accounts" means the accounts owned by either entity identified below. Existing records identifying an account's owner and lifecycle are requested even when created outside that period.

1. **Account identification.** Records sufficient to identify each checking, savings, money-market, sweep, or other deposit account that Wells Fargo maintained in the name of Shaw Services, LLC or SHAWCS, LLC during the Relevant Period, including the accounts ending 1563, 1405, 5363, 5718, 1939, and 5667. Include closed, renamed, renumbered, and predecessor or replacement accounts of either entity. Search the entity names and the tax-identification numbers or customer profiles assigned by Wells Fargo to those entities. Identify the account title, type, number, opening date, and closing date.

2. **Complete statements.** All pages of each monthly statement for every Covered Account for May 2023 through May 2025, inclusive, to the extent the account was open, including final statements and no-activity periods. For combined statements, include every page necessary to reconstruct the Covered Account; unrelated account information may be redacted.

3. **Ownership and authority.** Account-opening applications, signature cards, resolutions, and later changes sufficient to identify each Covered Account's legal owner, authorized signers, and persons authorized to direct transfers. Include existing ownership certifications maintained in the ordinary course. Opening or change records may predate the Relevant Period if necessary to identify the account or authority in effect during that period. Do not produce passwords, PINs, security answers, or identification-document images.

4. **Transaction records.** The existing transaction history or ledger for all credits and debits to each Covered Account during the Relevant Period, showing the posting date, amount, description, check or reference number, and recorded counterparty information. Produce a CSV or comparable electronic export if readily available; otherwise provide a reasonably usable existing format. Statements alone satisfy a field already fully shown, but not missing transaction detail.

5. **Checks and cash transactions.** Available front and back images of checks paid from or deposited into each Covered Account during the Relevant Period, with associated deposit tickets, withdrawal slips, cash-deposit records, cashier's-check records, endorsements, and deposit-batch detail sufficient to identify the source or recipient and application of the funds.

6. **Transfers and electronic payments.** Existing records for incoming and outgoing wires, ACH entries, internal or online transfers, and Zelle or similar payments involving a Covered Account during the Relevant Period. Include instructions, confirmations, trace/reference numbers, originator and beneficiary information, and source or destination bank and account information to the extent maintained by Wells Fargo. Include available payroll-processor and investor-payment identifiers. This request does not seek unrelated transactions in a third party's account.

7. **Closure and legal-process debits.** Records sufficient to show each Covered Account's closure, disposition of its closing balance, and any account retitling, regardless of the date of those lifecycle records. For a levy, garnishment, legal-order debit, setoff, or charge-off occurring during the Relevant Period, provide the underlying demand or legal process, debit calculation, and records identifying the creditor or recipient and destination of any remittance.

**Production instructions**

Produce existing records in the Bank's possession, custody, or control, organized as ordinarily kept or by request number. Legible PDFs are acceptable; do not reproduce electronic information in multiple formats. Secure electronic delivery may be arranged with the Trustee at trustee@therollinsfirm.com. Do not file the production on the public docket.

To avoid duplicate expense, records already produced directly by the Bank to the Trustee may be identified by production date and file name or Bates range instead of reproduced, provided the Bank identifies any omitted pages or supplemental records. Partial copies supplied by other persons do not establish that the Bank's production is complete.

If a search locates no responsive account or records, identify the request and the unavailable category or period in the response. Preserve applicable privileges and protections under Rule 45(e). Do not produce a suspicious activity report or information disclosing whether one exists; this exclusion does not exclude otherwise discoverable underlying transaction records.

Please promptly identify material burden or cost concerns so the parties can confer. No extension or cost allocation is implied without agreement or court order. A customary records-custodian certification is requested if available; no new substantive analysis or tracing report is required.

# EXHIBIT B

## BANK ACCOUNT SUMMARY SUPPLIED TO THE TRUSTEE

Source file: Bank Account Summary 9.15.26.pdf

SHAW SERVICES

1) Wells Fargo - Shaw Services - ending 1563
    a) Wire transfer is set up with Conti for this account to receive payments.
    b) Closed October 2024
    c) Bank Statements attached May 2024 to closing October 2024.
2) Wells Fargo - SHAWCS - ending 1405
    a) Operating Account
    b) Closed August 2024
    c) Yes, money from Conti was put in 1405
    d) Bank Statements attached May 2024 to closing Aug 2024.
3) Wells Fargo - SHAWCS, LLC - ending 5363
    a) Closed July 2024
    b) Yes, money from Conti was put in 5363
    c) Bank Statements attached May 2024 to closing July 2024
4) Wells Fargo – SHAWCS, LLC – ending 5718
    a) Payroll Account – set up with Paychex payroll service
    b) Closed
    c) Yes, money from Conti was put in 5718 to cover payroll expense
    d) Bank Statements requested
5) Wells Fargo – SHAWCS, LLC – ending 1939
    a) Hurlbut Expense Account
    b) Closed
    c) Yes, money from Conti was put in 1939 to cover day-to-day expenses such as materials and fuel.
    d) Bank Statements requested
6) Wells Fargo – SHAWCS, LLC – ending 5667
    a) Investor Account – money used to fund the Hurlburt Project.
    b) Closed
    c) Yes, money from Conti was put in 5667
    d) Investor List attached.
    e) Bank Statements requested
7) PNC - Shaw Services - ending 6317
    a) Operating Account opened before closing Wells Fargo #1405 & #1563
    b) Closed July 2025
    c) Yes, payments from Conti were wired to account ending in 6317
    d) Account 6317 was switched to DIP account by the bank prior to closing July 2025
    e) Bank Statements May24-April 25 requested (May-July 25 filed with monthly reports)

8) <u>BNA Bank - Shaw Services LLC (DIP Account) – ending 8301</u>
   a) Opened in July 2025 – currently still open.
   b) PNC Account transferred closing balance to BNA DIP Account
   c) No Conti payments were received to this account.
   d) All Bank Statements in monthly reports filed for Bankruptcy.

861 Old Hwy 4 West | Holly Springs, MS 38635 | p 662 629 1006 | f 662 796 4550
www.shawllcms.com | MS 13721-MC | AL 52457 | TN 71849