**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

**IN RE: Shaw Services, LLC, Debtor** **Case No. 25-11621-JDW**
**CHAPTER 7**

**<u>CERTIFICATE OF SERVICE</u>**

I certify that on September 30, 2026, I electronically filed the foregoing Trustee's Motion for Rule 2004 Examination and Production of Documents from Wells Fargo Bank, N.A. using the Court's CM/ECF system, which will transmit notice to all registered participants entitled to electronic notice in this case.

I further certify that a true and correct copy was served by electronic mail and/or United States mail, as appropriate, upon Wells Fargo Bank, N.A., and Shaw Services, LLC.

Wells Fargo Bank, N.A.
c/o Corporation Service Company
109 Executive Drive Suite 3
Madison, MS 39110

Wells Fargo Bank
485 Goodman Rd E
Southhaven, MS 38761

Shaw Services, LLC
861 Old Hwy 4 West
Holly Springs, MS 38635

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.
Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br>SHAW SERVICES, LLC | CASE NO: 25-11621<br>**DECLARATION OF MAILING CERTIFICATE OF SERVICE**<br>Chapter: 7 |

On 9/30/2026, I did cause a copy of the following documents, described below,

Motion for Rule 2004 Examination and Exhibit A

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 9/30/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI

IN RE:

SHAW SERVICES, LLC

CASE NO: 25-11621

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 7

On 9/30/2026, a copy of the following documents, described below,

Motion for Rule 2004 Examination and Exhibit A

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 9/30/2026

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

FIRST CLASS

WELLS FARGO BANK, N.A.
C/O CORPORATION SERVICE COMPANY
109 EXECUTIVE DRIVE SUITE 3
MADISON MS 39110

FIRST CLASS

WELLS FARGO BANK
485 GOODMAN RD E
SOUTHHAVEN MS 38761

FIRST CLASS

SHAW SERVICES, LLC
861 OLD HWY 4 WEST
HOLLY SPRINGS MS 38635