**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

| | |
|---|---|
| **IN RE: SHAW SERVICES, LLC,** | **CASE NO. 25-11621-JDW** |
| **Debtor** | **CHAPTER 7** |

---

**TRUSTEE'S MOTION FOR RULE 2004 EXAMINATION AND PRODUCTION OF DOCUMENTS FROM PNC BANK, N.A.**

---

Thomas C. Rollins, Jr., Chapter 7 Trustee (the "Trustee"), moves under Federal Rules of Bankruptcy Procedure 2004 and 9016, Federal Rule of Civil Procedure 45, and 11 U.S.C. § 704(a)(1) and (4) for authority to obtain the Bank records described below, and states:

1. The Debtor filed this case on May 22, 2025. The case is now pending under Chapter 7, and Thomas C. Rollins, Jr. is the duly appointed Trustee.

2. The account summary, attached as Exhibit B, identifies PNC account 6317 as a Shaw Services operating account opened before the Wells Fargo accounts closed. It states that Conti payments were wired there, that the Bank later designated it as a DIP account, and that it closed in July 2025.

3. The May 2025 PNC records reference transfers into account 6317 from accounts ending 8953 and 1544. The Trustee has not established their legal owners or obtained complete prepetition records tracing the Debtor's funds.

4. Exhibit A requests identification and records of Shaw Services and SHAWCS accounts for May 22, 2023 through May 22, 2025, including complete monthly statements for May 2023 through May 2025 and underlying transaction, check, and transfer records.

5. For account 6317, the request extends through July 31, 2025 to reconcile the DIP designation and closing balance. If source accounts 8953 or 1544 belong to another person,

only identification and transfers involving a covered account are requested, not unrelated statements or transactions.

6. The records will identify recipients and uses of funds and permit evaluation of value received by the Debtor and potential estate claims. The Trustee does not seek a present finding that any transfer was avoidable or that another account owner's property belongs to this estate.

7. This is an investigation of the Debtor's financial affairs and possible transfers through other accounts, not discovery concerning the merits of the Conti contract/equipment dispute in Adversary No. 25-01054-JDW or a request to bypass that proceeding's discovery rules.

8. The documents fall within Rule 2004(b)(1). No live testimony is requested. The subpoena will provide a lawful Rule 45(c) compliance place and at least 30 days after service unless otherwise agreed or ordered, preserve Rule 45 protections, and be preceded by notice and a copy to each party under Rule 45(a)(4).

WHEREFORE, the Trustee requests entry of an order authorizing issuance and service of a subpoena on PNC Bank, N.A. for the documents described in Exhibit A, subject to applicable notice and service requirements, and such further relief as is appropriate.

Respectfully submitted,
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSB No. 103469)
THE ROLLINS LAW FIRM, PLLC
P.O. Box 13767
Jackson, Mississippi 39236
Telephone: (601) 500-5533
Email: trustee@therollinsfirm.com
Chapter 7 Trustee