# EXHIBIT A

## DOCUMENTS TO BE PRODUCED BY PNC BANK, N.A.

In re Shaw Services, LLC | Case No. 25-11621-JDW

### Definitions and scope

"Debtor" means Shaw Services, LLC. "SHAWCS" means SHAWCS, LLC, separately identified from the Debtor in the records supplied to the Trustee. "Relevant Period" means May 22, 2023 through May 22, 2025. Monthly statements include May 2023 through May 2025, inclusive, so no partial statement period is omitted. "Covered Accounts" means the accounts owned by either entity identified below. Existing records identifying an account's owner and lifecycle are requested even when created outside that period.

The limited additional period for account 6317 is May 23 through July 31, 2025, only as specified below. Ownership of accounts ending 8953 and 1544 has not yet been established.

1. **Account identification.** Records sufficient to identify each checking, savings, money-market, sweep, or other deposit account maintained by PNC in the name of Shaw Services, LLC or SHAWCS, LLC during the Relevant Period, including account ending 6317 and any predecessor, replacement, renamed, or renumbered account. Search the entity names and the tax-identification numbers or customer profiles assigned by PNC to those entities. Identify the account title, type, number, opening date, and closing date.

2. **Accounts ending 8953 and 1544.** Records sufficient to identify the legal owner, account type, and opening and closing dates of the PNC accounts referenced as transfer sources ending 8953 and 1544 in the May 2025 activity for account 6317. If either is owned by Shaw Services or SHAWCS, treat it as a Covered Account. If not, limit this request to account identification and the existing records of transfers between that account and a Covered Account; do not produce its unrelated statements or transactions.

3. **Complete statements.** All pages of each monthly statement for every Covered Account for May 2023 through May 2025, inclusive, to the extent the account was open, including no-activity and final statements. Also provide all pages of the June and July 2025 statements for account 6317 to document its DIP transition and closure. Include the account-analysis statements for those same periods if maintained separately.

4. **Ownership, authority, and DIP transition.** Account-opening applications, signature cards, resolutions, and later changes sufficient to identify each Covered Account's legal owner, authorized signers, and persons authorized to direct transfers, including existing ownership certifications. Include records showing when and how account 6317 was designated as a debtor-in-possession account and whether its title or number changed. Lifecycle records may predate or postdate the Relevant Period as necessary to establish ownership, authority, retitling, or closure. Do not produce passwords, PINs, security answers, or identification-document images.

5. **Transactions and instruments.** Existing transaction histories or ledgers, available front and back images of checks paid or deposited, deposit tickets and batch detail, cash-deposit records, withdrawal slips, and cashier's-check records for each Covered Account during the Relevant Period. Include posting dates, amounts, descriptions, reference numbers, and recorded counterparties. Produce a CSV or comparable transaction export if readily available; otherwise use a reasonably usable existing format.

6. **Transfers and electronic payments.** Existing incoming and outgoing wire, ACH, internal/online transfer, and Zelle or similar payment records for each Covered Account during the Relevant Period, including instructions, confirmations, trace numbers, originators, beneficiaries, and source or destination banks and accounts to the extent maintained by PNC. Include Conti Federal Services payment detail and matching transfers involving accounts 8953 and 1544. This request does not seek unrelated transactions in a third party's account.

7. **Limited postpetition and closure records.** For account 6317 only, also provide the records described in Requests 5 and 6 for May 23 through July 31, 2025, and records showing its actual closing date and disposition of the closing balance, including any remittance to BNA Bank. For accounts 8953 and 1544 during that additional period, provide only identification and records of transfers to or from account 6317 unless already included as a Covered Account within the Relevant Period. For any other Covered Account, provide its final closing record and disposition of the closing balance.

**Production instructions**

Produce existing records in the Bank's possession, custody, or control, organized as ordinarily kept or by request number. Legible PDFs are acceptable; do not reproduce electronic information in multiple formats. Secure electronic delivery may be arranged with the Trustee at trustee@therollinsfirm.com. Do not file the production on the public docket.

To avoid duplicate expense, records already produced directly by the Bank to the Trustee may be identified by production date and file name or Bates range instead of reproduced, provided the Bank identifies any omitted pages or supplemental records. Partial copies supplied by other persons do not establish that the Bank's production is complete.

If a search locates no responsive account or records, identify the request and the unavailable category or period in the response. Preserve applicable privileges and protections under Rule 45(e). Do not produce a suspicious activity report or information disclosing whether one exists; this exclusion does not exclude otherwise discoverable underlying transaction records.

Please promptly identify material burden or cost concerns so the parties can confer. No extension or cost allocation is implied without agreement or court order. A customary records-custodian certification is requested if available; no new substantive analysis or tracing report is required.

# EXHIBIT B

## BANK ACCOUNT SUMMARY SUPPLIED TO THE TRUSTEE

Source file: Bank Account Summary 9.15.26.pdf

SHAW
SERVICES

1) Wells Fargo - Shaw Services - ending 1563
   a) Wire transfer is set up with Conti for this account to receive payments.
   b) Closed October 2024
   c) Bank Statements attached May 2024 to closing October 2024.
2) Wells Fargo - SHAWCS - ending 1405
   a) Operating Account
   b) Closed August 2024
   c) Yes, money from Conti was put in 1405
   d) Bank Statements attached May 2024 to closing Aug 2024.
3) Wells Fargo - SHAWCS, LLC - ending 5363
   a) Closed July 2024
   b) Yes, money from Conti was put in 5363
   c) Bank Statements attached May 2024 to closing July 2024
4) Wells Fargo – SHAWCS, LLC – ending 5718
   a) Payroll Account – set up with Paychex payroll service
   b) Closed
   c) Yes, money from Conti was put in 5718 to cover payroll expense
   d) Bank Statements requested
5) Wells Fargo – SHAWCS, LLC – ending 1939
   a) Hurlbut Expense Account
   b) Closed
   c) Yes, money from Conti was put in 1939 to cover day-to-day expenses such as materials and fuel.
   d) Bank Statements requested
6) Wells Fargo – SHAWCS, LLC – ending 5667
   a) Investor Account – money used to fund the Hurlburt Project.
   b) Closed
   c) Yes, money from Conti was put in 5667
   d) Investor List attached.
   e) Bank Statements requested
7) PNC - Shaw Services - ending 6317
   a) Operating Account opened before closing Wells Fargo #1405 & #1563
   b) Closed July 2025
   c) Yes, payments from Conti were wired to account ending in 6317
   d) Account 6317 was switched to DIP account by the bank prior to closing July 2025
   e) Bank Statements May24-April 25 requested (May-July 25 filed with monthly reports)

861 Old Hwy 4 West | Holly Springs, MS 38635 | p 662 629 1006 | f 662 796 4550
www.shawllcms.com | MS 13721-MC | AL 52457 | TN 71849

SHAW
SERVICES

8) BNA Bank - Shaw Services LLC (DIP Account) – ending 8301
    a) Opened in July 2025 – currently still open.
    b) PNC Account transferred closing balance to BNA DIP Account
    c) No Conti payments were received to this account.
    d) All Bank Statements in monthly reports filed for Bankruptcy.

861 Old Hwy 4 West | Holly Springs, MS 38635 | p 662 629 1006 | f 662 796 4550
www.shawllcms.com | MS 13721-MC | AL 52457 | TN 71849