**SO ORDERED,**

**Judge Jason D. Woodard**

**United States Bankruptcy Judge**

**The Order of the Court is set forth below. The case docket reflects the date entered.**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

| | |
|---|---|
| **IN RE: SHAW SERVICES, LLC,** | **CASE NO. 25-11621-JDW** |
| **Debtor** | **CHAPTER 7** |

# ORDER APPROVING TRUSTEE'S SUPPLEMENTAL MOTION FOR RULE 2004 PRODUCTION FROM WELLS FARGO BANK, N.A.

The Court finds good cause under Rule 2004 for the Trustee's supplemental motion for document production from Wells Fargo Bank, N.A. (Dkt. 273).

IT IS ORDERED that the Motion is APPROVED. The Trustee may issue and serve a subpoena on Wells Fargo Bank, N.A. for the documents described in Exhibit A to the Motion. Production is limited to documents; no personal appearance or testimony is required.

The subpoena must comply with Bankruptcy Rules 2004 and 9016 and Civil Rule 45, including advance notice under Rule 45(a)(4), proper service, a lawful place of compliance, and at least 30 days after service to produce unless otherwise agreed or ordered.

All Rule 45 privileges, objections, and protections are preserved. Secure electronic production may be agreed upon. Records shall be delivered to the Trustee, not filed publicly. This Order determines no ownership or transfer liability.

The prior order on the motion at Dkt. 259 remains effective. No existing subpoena deadline is changed; Exhibit A governs avoidance of duplicate production.

**##END OF ORDER##**

Submitted by:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSB No. 103469)
THE ROLLINS LAW FIRM, PLLC
P.O. Box 13767
Jackson, Mississippi 39236
Telephone: (601) 500-5533
Email: trustee@therollinsfirm.com
Chapter 7 Trustee