**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**

| | | |
|---|---|---|
| **IN RE:** | **SHAW SERVICES, LLC**<br>**Debtor** | **CHAPTER 7**<br>**CASE NO. 25-11621-JDW** |

**FIRST AND FINAL APPLICATION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF NECESSARY EXPENSES FOR CRAIG M. GENO**

COMES NOW the Craig M. Geno, the Subchapter V Trustee in this case (the "Trustee" or "Mr. Geno"), and files this his *First and Final Application for Allowance of Compensation and Reimbursement of Necessary Expenses for Craig M. Geno* (the "Application"), and in support thereof, would show as follows:

1. On May 27, 2025, the United States Trustee filed a *Notice of Appointment of Subchapter V Trustee* **[DK #9]** appointing Craig M. Geno as the Subchapter V Trustee in this case.

2. The substantial services rendered by Mr. Geno as Subchapter V Trustee and the expenses incurred by the Trustee benefitted the estate. An Affidavit reflecting said services rendered and expenses incurred is attached hereto as **Exhibit "A"**. The Affidavit also certifies and represents to the Court that the services rendered by the Trustee were reasonable and necessary and that said services have actually been rendered. A detailed itemization of such services and expenses is attached as **Exhibit "B"** and incorporated by reference.

3. The fees and expenses charged and incurred represent reasonable and necessary fees and expenses that were required to be extended by the Trustee in all matters which are anticipated to arise in the functioning of litigation matters, case administration and to protect and preserve all rights of the Debtor and the interests of creditors in furtherance of the Trustee's obligations herein; and they represent normal and customary fees and expenses incurred and charged for trustees in

similar cases. The time, skill and experience utilized by the Trustee justify the approval of the Application.

4. This is the Trustee's first request for allowance of compensation for professional services rendered in this proceeding. This request covers the period from May 23, 2025, to and including August 12, 2026, and is for the sum of $4,100.40 ($4,047.50 in fees and $52.90 in expenses).

WHEREFORE, PREMISES CONSIDERED, the Trustee requests that this Court enter an order awarding reasonable fees for the professional services rendered herein, on a final basis, and authorizing and directing the Chapter 7 to pay said attorneys' fees and expenses when other Chapter 11 administrative expenses are paid. The Trustee prays for general relief.

THIS, the 5th day of November, 2026.

Respectfully submitted,

CRAIG M. GENO, SUBCHAPTER V TRUSTEE

By His Attorneys,

LAW OFFICES OF GENO AND STEISKAL, PLLC

By: Craig M. Geno
Craig M. Geno

OF COUNSEL:

Craig M. Geno; MSB No. 4793
LAW OFFICES OF GENO AND STEISKAL, PLLC
601 Renaissance Way, Suite A
Ridgeland, MS 39157
601-427-0048 - Telephone
601-427-0050 - Facsimile
cmgeno@cmgenolaw.com
N:\Firm Data\Users\Bankrupt\Subchapter V Cases\Shaw Services, LLC\Fee Apps\1st & Final\Application.wpd

**CERTIFICATE OF SERVICE**

I, Craig M. Geno, do hereby certify that I have caused to be served this date, via Notice of Electronic Filing, a true and correct copy of the above and foregoing instrument to the following:

Sammye S. Tharp, Esq.
Office of the United States Trustee
sammye.s.tharp@usdoj.gov

Thomas C. Rollins, Jr., Esq.
Chapter 7 Trustee
trustee@therollinsfirm.com

THIS, the 5th day of November, 2026.

Craig M. Geno

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**

**IN RE: SHAW SERVICES, LLC**
**Debtor**

**CHAPTER 7**
**CASE NO. 25-11621-JDW**

# EXHIBIT "A"

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**

**IN RE:** **SHAW SERVICES, LLC** **CHAPTER 7**
**Debtor** **CASE NO. 25-11621-JDW**

# AFFIDAVIT

PERSONALLY APPEARED BEFORE ME, the undersigned authority, in and for the jurisdiction aforesaid, Craig M. Geno (the "Affiant"), the Subchapter V Trustee, who after having been first by me duly sworn, stated on oath that this Affidavit is submitted in support of the *First and Final Application for Allowance of Compensation and Reimbursement of Necessary Expenses for Craig M. Geno* (the "Application"), that the statements which are attached to the Application as Exhibit "B" represent a detailed statement of reasonable fees and expenses. Affiant hereby makes application for payment of reasonable fees and necessary expenses.

Craig M. Geno
Craig M. Geno

STATE OF MISSISSIPPI
COUNTY OF MADISON

SWORN TO AND SUBSCRIBED BEFORE ME, this the 5th day of November, 2026.

STATE OF MISSISSIPPI NOTARY PUBLIC
ID# 120626
KATHRYN LAWSON CARTER
Commission Expires
June 21, 2029
MADISON COUNTY

Kathryn Carter
NOTARY PUBLIC

MY COMMISSION EXPIRES June 21, 2029

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**

**IN RE:** **SHAW SERVICES, LLC**
**Debtor**

**CHAPTER 7**
**CASE NO. 25-11621-JDW**

# EXHIBIT "B"

***Law Offices of Geno and Steiskal PLLC***
601 Renaissance Way
Suite A
Ridgeland, MS-Mississippi 39157 USA

Ph:601-427-0048 Fax:601-427-0050

August 12, 2026

Shaw Services, LLC
861 Old Hwy 4 West
Holly Springs, MS-Mississippi
38635 USA

File #: T25008
Inv #: 348466

**Attention:**

**RE:** SubV Trustee

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| May-23-25 | Review memos to/from Sammye Tharp regarding case background and acceptance | 0.15 | 37.50 | CMG |
| | Assist CMG setting up file, drafting New Client Data Sheet, Verified Statement of SubV Trustee | 0.25 | 56.25 | KLC |
| May-26-25 | Assist CMG drafting Motion to Require Escrowed SubV Trustee Payments, Certificate of Service and Order re same | 0.15 | 33.75 | KLC |
| May-27-25 | Review Dayton Superior Corporation Proof of Claim | 0.30 | 75.00 | CMG |
| May-28-25 | Review Notice of Meeting of Creditors | 0.20 | 50.00 | CMG |
| May-29-25 | Review letter from Temekia Edwards regarding Initial Debtor Interview and required documents to be produced at Initial Debtor Interview | 0.25 | 62.50 | CMG |
| | Receipt and review of Notice of Meeting of Creditors; calendar various deadlines and hearing date to trigger preparation of hearing folder | 0.15 | 33.75 | KLC |
| | Receipt and review of IDI scheduling letter; calendar deadline for Debtor to produce IDI documents and hearing date to trigger preparation of hearing folder | 0.15 | 33.75 | KLC |

| | | | | |
|---|---|---|---|---|
| May-30-25 | Review order for certificate of service re motion to require escrow payments | 0.10 | 25.00 | CMG |
| | Review Notice of Hearing on Motion to Require Escrow Payments | 0.20 | 50.00 | CMG |
| | Dictation of Certificate of Service regarding escrow payments requests | 0.15 | 37.50 | CMG |
| | Review affiliate case | 0.10 | 25.00 | CMG |
| | Review draft letter to recover equipment and approve | 0.10 | 25.00 | CMG |
| | Receipt and review of hearing notice re Motion to Require Escrowed SubV Trustee Payments; calendar hearing date and objection deadline to trigger preparation of hearing folder | 0.15 | 33.75 | KLC |
| | Assist CMG drafting Certificate of Service re Motion to Require Escrowed SubV Trustee Payments | 0.10 | 22.50 | KLC |
| | Organize and supervise mailout of Motion to Require Escrowed SubV Trustee Payments | 0.20 | 45.00 | KLC |
| Jun-03-25 | Review Trustmark proof of claim | 0.35 | 87.50 | CMG |
| Jun-05-25 | Review Statement of Financial Affairs | 0.35 | 87.50 | CMG |
| | Review Schedule G, H, E and F | 0.20 | 50.00 | CMG |
| | Review Schedule A,B, D, Equity Security Holders and Statement of Operations | 0.25 | 62.50 | CMG |
| Jun-06-25 | Review IDI materials | 0.30 | 75.00 | CMG |
| | Participated in IDI | 0.30 | 75.00 | CMG |
| Jun-07-25 | Review Proof of Claim of AmeriCredit Financial | 0.20 | 50.00 | CMG |
| Jun-09-25 | Receipt and review of hearing notice re Debtor's Application to Employ Attorneys; calendar hearing date and objection deadline to trigger preparation of hearing folder | 0.15 | 33.75 | KLC |

| | | | | |
|---|---|---|---|---|
| | (West Properties) Assist CMG drafting Notice of Appearance | 0.15 | 33.75 | KLC |
| Jun-13-25 | Review Notice of Hearing on Motion for Relief from the Automatic Stay as to AmeriCredit Financial Services | 0.20 | 50.00 | CMG |
| | Receipt and review of hearing notice re GM Financial's Motion for Relief from Stay; calendar hearing date and objection deadline to trigger preparation of hearing folder | 0.15 | 33.75 | KLC |
| Jun-15-25 | Review IRS amended claim #1 | 0.25 | 62.50 | CMG |
| Jun-24-25 | Review April, 2025 Monthly Operating Report | 0.10 | 25.00 | CMG |
| | Review May,2025 Monthly Operating Report | 0.10 | 25.00 | CMG |
| Jun-26-25 | Review Notice of Terminated Hearing regarding Trustee Motion for Escrow | 0.20 | 50.00 | CMG |
| | Review Status Report | 0.25 | 62.50 | CMG |
| | Attended 341 | 1.90 | 475.00 | CMG |
| | Review Schedules and SOFA | 0.65 | 162.50 | CMG |
| Jun-27-25 | Review memo from Walter Newman regarding need/request for expedited hearing | 0.20 | 50.00 | CMG |
| | Review Caterpillar Proof of Claim | 0.25 | 62.50 | CMG |
| | (v. Conti) Receipt and review of Summons; calendar deadline for defendant to answer complaint | 0.10 | 22.50 | KLC |
| Jul-02-25 | Review income tax return | 0.20 | 50.00 | CMG |
| Jul-07-25 | Review Interlocutory Order on Motion for Relief from the Automatic Stay | 0.20 | 50.00 | CMG |
| | Review Notice of Hearing on Trustmark Motion for Relief from the Automatic Stay | 0.20 | 50.00 | CMG |
| Jul-08-25 | Receipt and review of hearing notice re Trustmark's Motion to Lift Stay; calendar hearing date and objection deadline to trigger preparation of hearing folder | 0.15 | 33.75 | KLC |

| | | | | |
|---|---|---|---|---|
| Jul-25-25 | (v. Conti) Receipt and review of Order Extending Time for Defendant to File an Answer; calendar deadline for defendant to answer complaint | 0.10 | 22.50 | KLC |
| Aug-04-25 | Review Fed Ex Proof of Claim | 0.20 | 50.00 | CMG |
| Aug-08-25 | Review amended Schedules and related documents | 0.30 | 75.00 | CMG |
| Aug-10-25 | Review Proof of Claim from Farm Bureau | 0.20 | 50.00 | CMG |
| Aug-15-25 | (v. Conti) Receipt and review of Agreed Order re Debtor's Agreed Motion for Additional Time to Answer Complaint; calendar deadline for defendant to answer complaint | 0.10 | 22.50 | KLC |
| Aug-20-25 | Receipt and review of hearing notice re Debtor's Motion to Extend Plan DL; calendar hearing date and objection deadline to trigger preparation of hearing folder | 0.15 | 33.75 | KLC |
| Sep-18-25 | Receipt and review of hearing notice re Cat Financial's Motion for Relief from Stay; calendar hearing date and objection deadline to trigger preparation of hearing folder | 0.15 | 33.75 | KLC |
| | Receipt and review of hearing notice re UST's Motion to Convert or Dismiss; calendar hearing date and objection deadline to trigger preparation of hearing folder | 0.15 | 33.75 | KLC |
| | Receipt and review of Order re Debtor's Motion to Extend Plan Deadline; calendar deadline for Debtor to file SubV plan | 0.10 | 22.50 | KLC |
| Sep-24-25 | Receipt and review of Order and Notice re Debtor's SubV Plan; calendar various deadlines and hearing date to trigger preparation of hearing folder | 0.15 | 33.75 | KLC |
| Oct-02-25 | Review memos to/from Laura Ashley; conference with Christopher Meredith; Sammye Tharp regarding Plan/Objection issues and Plan problems | 0.25 | 62.50 | CMG |
| Oct-20-25 | Review Puckett Machinery Proof of Claim | 0.20 | 50.00 | CMG |
| Oct-24-25 | Receipt and review of Order re Joint Motion to Continue Confirmation Hearing, etc.; calendar | 0.15 | 33.75 | KLC |

| | | | | |
|---|---|---|---|---|
| | various deadlines and hearing date to trigger preparation of hearing folder | | | |
| Nov-07-25 | Receipt and review of hearing notice re US Fire's Motion for Relief from Stay; calendar objection deadline and hearing date to trigger preparation of hearing folder | 0.15 | 33.75 | KLC |
| | Receipt and review of hearing notice re US Fire's Motion for Relief from Stay and Comfort Order; calendar objection deadline and hearing date to trigger preparation of hearing folder | 0.15 | 33.75 | KLC |
| Nov-13-25 | Receipt and review of hearing notice re Debtor's Application to Employ Special Counsel; calendar hearing date and objection deadline to trigger preparation of hearing folder | 0.15 | 33.75 | KLC |
| Nov-14-25 | Assist CMG drafting Motion for Telephonic Scheduling Conference | 0.15 | 33.75 | KLC |
| Nov-19-25 | Receipt and review of Order to Submit Order re Motion for Telephonic Scheduling Conference; calendar deadline to submit order | 0.10 | 22.50 | KLC |
| Nov-24-25 | Assist CMG drafting Order re Motion for Telephonic Scheduling Conference | 0.10 | 22.50 | KLC |
| Nov-25-25 | Receipt and review of status hearing notice; calendar hearing date to trigger preparation of hearing folder | 0.10 | 22.50 | KLC |
| Dec-02-25 | Receipt and review of Order Resetting Confirmation Hearing; calendar deadline for Debtor to file amended SubV plan and rescheduled hearing date to trigger preparation of hearing folder | 0.15 | 33.75 | KLC |
| Dec-05-25 | Review Plan of Reorganization | 0.75 | 187.50 | CMG |
| | Dictation of Objection to Plan of Reorganization | 0.25 | 62.50 | CMG |
| | Review and revision of Objection to Plan of Reorganization | 0.10 | 25.00 | CMG |
| | Assist CMG drafting Objection re Debtor's SubV Plan | 0.10 | 22.50 | KLC |

| | | | | |
|---|---|---|---|---|
| Dec-12-25 | Receipt and review of Debtor's Notice & Objection to POC #20 of Conti Federal Services; calendar objection deadline | 0.10 | 22.50 | KLC |
| Jan-07-26 | Receipt and review of Order and Notice re Debtor's Amended SubV Plan; calendar various deadlines and hearing date to trigger preparation of hearing folder | 0.15 | 33.75 | KLC |
| Jan-09-26 | Review Notice of Hearing on Plan of Reorganization | 0.20 | 50.00 | CMG |
| Jan-16-26 | Receipt and review of hearing notice re Debtor's Objection to POC #20 of Conti; calendar hearing date to trigger preparation of hearing folder | 0.10 | 22.50 | KLC |
| Feb-09-26 | Review amended plan; Dictation of objection to amended plan | 0.30 | 75.00 | CMG |
| | Assist CMG drafting Objection to Debtor's Amended SubV Plan | 0.10 | 22.50 | KLC |
| Mar-10-26 | Receipt and review of hearing notice re Debtor's Motion to Dismiss Case; calendar hearing date and objection deadline to trigger preparation of hearing folder | 0.15 | 33.75 | KLC |
| Mar-13-26 | Receipt and review of rescheduled hearing notice re Debtor's Amended SubV Plan; calendar hearing date to trigger preparation of hearing folder | 0.10 | 22.50 | KLC |
| Mar-27-26 | Review notices of hearing on application for compensation and motion to dismiss | 0.20 | 50.00 | CMG |
| | Receipt and review of hearing notice re Newman's 1st Fee Application; calendar hearing date and objection deadline to trigger preparation of hearing folder | 0.15 | 33.75 | KLC |
| Apr-06-26 | Assist CMG drafting Response, Objection re Debtor's Motion to Dismiss | 0.20 | 45.00 | AWM |
| Jul-15-26 | Assist CMG reviewing and revising fee itemizations of the Law Offices of Geno and Steiskal | 0.20 | 45.00 | KLC |
| Jul-30-26 | Assist CMG drafting Proof of Claim and reviewing and revising fee itemizations of the Law Offices of Geno and Steiskal | 0.15 | 33.75 | KLC |

| | | | | |
|---|---|---|---|---|
| Aug-12-26 | Assist CMG revising Proof of Claim and reviewing and revising fee itemizations of the Law Offices of Geno and Steiskal | 0.15 | 33.75 | KLC |
| | Totals | 16.75 | $4,047.50 | |

**DISBURSEMENTS**

| | | | |
|---|---|---|---|
| May-30-25 | Photocopies 44 pages @ .25/page Mailout | 11.00 | |
| | Postage 10 @ .69 Mailout | 6.90 | |
| Jul-09-25 | Mileage on 7/8 and 7/9 50 miles @ .70/mile | 35.00 | |
| | Totals | $52.90 | |
| | **Total Fee & Disbursements** | | **$4,100.40** |
| | **Balance Now Due** | | **$4,100.40** |

**SUMMARY BY TIMEKEEPER**

| TIMEKEEPER | RATE | HOURS | AMOUNT |
|---|---|---|---|
| **Craig M. Geno** | **$250.00** | **11.15** | **$2,787.50** |
| **Amanda W. Molpus** | **$225.00** | **0.20** | **$45.00** |
| **Kathryn L. Carter** | **$225.00** | **5.40** | **$1,215.00** |

TAX ID Number 45-4013160