**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**

**IN RE: SHAW SERVICES, LLC**
**Debtor**

**CHAPTER 7**
**CASE NO. 25-11621-JDW**

**CERTIFICATE OF SERVICE**

I, Craig M. Geno, do hereby certify that I have caused to be served this date, via email transmission and/or U.S. Mail, postage prepaid, a true and correct copy of the *First and Final Application for Allowance of Compensation and Reimbursement of Necessary Expenses for Craig M. Geno* **[DK #281]** and the *Notice* **[DK #282]** of hearing thereon (copies of which are attached hereto as Exhibit "A"), to all creditors and parties-in-interest as listed on the matrix on file with the Clerk of the Court (a copy of which is attached hereto as Exhibit "B").

THIS, the 9th day of November, 2026.

Craig M. Geno

OF COUNSEL:

Craig M. Geno; MSB No. 4793
LAW OFFICES OF GENO AND STEISKAL, PLLC
601 Renaissance Way, Suite A
Ridgeland, MS 39157
601-427-0048 - Telephone
601-427-0050 - Facsimile
cmgeno@cmgenolaw.com
N:\Firm Data\Users\Bankrupt\Subchapter V Cases\Shaw Services, LLC\Fee Apps\1st & Final\Certificate.wpd

CM/ECF hrg11
(Rev. 07/22/16)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**

| | | |
|---|---|---|
| In Re: Shaw Services LLC<br>Debtor(s) | )<br>)<br>)<br>)<br>) | Case No.: 25–11621–JDW<br>Chapter: 7<br>Judge: Jason D. Woodard |

PLEASE TAKE NOTICE that a hearing will be held at

Oxford Federal Building, 911 Jackson Avenue, Oxford, MS 38655

on 12/8/26 at 10:30 AM

Responses Due: 12/2/26

to consider and act upon the following:

*281* – First Application for Compensation and Final for Craig M. Geno, Trustee Chapter 11, Fee: $4,047.50, Expenses: $52.90. Filed by Craig M. Geno. (Geno, Craig)

Should any party receiving this notice respond or object to said motion such response or objection is required to be filed with the Clerk of this court and served on the Attorney for Movant on or before said response due date. If any objection or response is filed, an evidentiary hearing will be held on the above mentioned date regarding any facts not stipulated to by the parties. If no objection or response is filed, the Court may consider said motion immediately after the objection or response due date. Please note that a corporation, partnership, trust, or other business entity, other than a sole proprietorship, may appear and act in Bankruptcy Court only through a licensed attorney.

A copy of the motion is required to be served pursuant to Rules 9013 and 9014. THE MOVING PARTY'S ATTORNEY IS REQUIRED BY THE STANDING ORDER TO PERFORM NOTICING AS TO SAID MOTION, THE NOTICE OF HEARING, AND THE OBJECTION DEADLINE, ACCORDING TO THE TERMS OF SAID STANDING ORDER. Please see the Standing Order available at: http://www.msnb.uscourts.gov/sites/msnb/files/so_notic_revised.pdf

Dated: 11/6/26

Shallanda J. Clay
Clerk, U.S. Bankruptcy Court

BY: CLD
Deputy Clerk

**EXHIBIT "A"**

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**

**IN RE: SHAW SERVICES, LLC** **CHAPTER 7**
**Debtor** **CASE NO. 25-11621-JDW**

**FIRST AND FINAL APPLICATION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF NECESSARY EXPENSES FOR CRAIG M. GENO**

COMES NOW the Craig M. Geno, the Subchapter V Trustee in this case (the "Trustee" or "Mr. Geno"), and files this his *First and Final Application for Allowance of Compensation and Reimbursement of Necessary Expenses for Craig M. Geno* (the "Application"), and in support thereof, would show as follows:

1. On May 27, 2025, the United States Trustee filed a *Notice of Appointment of Subchapter V Trustee* **[DK #9]** appointing Craig M. Geno as the Subchapter V Trustee in this case.

2. The substantial services rendered by Mr. Geno as Subchapter V Trustee and the expenses incurred by the Trustee benefitted the estate. An Affidavit reflecting said services rendered and expenses incurred is attached hereto as **Exhibit "A"**. The Affidavit also certifies and represents to the Court that the services rendered by the Trustee were reasonable and necessary and that said services have actually been rendered. A detailed itemization of such services and expenses is attached as **Exhibit "B"** and incorporated by reference.

3. The fees and expenses charged and incurred represent reasonable and necessary fees and expenses that were required to be extended by the Trustee in all matters which are anticipated to arise in the functioning of litigation matters, case administration and to protect and preserve all rights of the Debtor and the interests of creditors in furtherance of the Trustee's obligations herein; and they represent normal and customary fees and expenses incurred and charged for trustees in

similar cases. The time, skill and experience utilized by the Trustee justify the approval of the Application.

4. This is the Trustee's first request for allowance of compensation for professional services rendered in this proceeding. This request covers the period from May 23, 2025, to and including August 12, 2026, and is for the sum of $4,100.40 ($4,047.50 in fees and $52.90 in expenses).

WHEREFORE, PREMISES CONSIDERED, the Trustee requests that this Court enter an order awarding reasonable fees for the professional services rendered herein, on a final basis, and authorizing and directing the Chapter 7 to pay said attorneys' fees and expenses when other Chapter 11 administrative expenses are paid. The Trustee prays for general relief.

THIS, the 5th day of November, 2026.

Respectfully submitted,

CRAIG M. GENO, SUBCHAPTER V TRUSTEE

By His Attorneys,

LAW OFFICES OF GENO AND STEISKAL, PLLC

By: ______________________
Craig M. Geno

OF COUNSEL:

Craig M. Geno; MSB No. 4793
LAW OFFICES OF GENO AND STEISKAL, PLLC
601 Renaissance Way, Suite A
Ridgeland, MS 39157
601-427-0048 - Telephone
601-427-0050 - Facsimile
cmgeno@cmgenolaw.com
N:\Firm Data\Users\Bankrupt\Subchapter V Cases\Shaw Services, LLC\Fee Apps\1st & Final\Application.wpd

**CERTIFICATE OF SERVICE**

I, Craig M. Geno, do hereby certify that I have caused to be served this date, via Notice of Electronic Filing, a true and correct copy of the above and foregoing instrument to the following:

Sammye S. Tharp, Esq.
Office of the United States Trustee
sammye.s.tharp@usdoj.gov

Thomas C. Rollins, Jr., Esq.
Chapter 7 Trustee
trustee@therollinsfirm.com

THIS, the 5th day of November, 2026.

Craig M. Geno

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**

**IN RE: SHAW SERVICES, LLC** **CHAPTER 7**
**Debtor** **CASE NO. 25-11621-JDW**

# EXHIBIT "A"

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**

**IN RE: SHAW SERVICES, LLC**
**Debtor**

**CHAPTER 7**
**CASE NO. 25-11621-JDW**

**AFFIDAVIT**

PERSONALLY APPEARED BEFORE ME, the undersigned authority, in and for the jurisdiction aforesaid, Craig M. Geno (the "Affiant"), the Subchapter V Trustee, who after having been first by me duly sworn, stated on oath that this Affidavit is submitted in support of the *First and Final Application for Allowance of Compensation and Reimbursement of Necessary Expenses for Craig M. Geno* (the "Application"), that the statements which are attached to the Application as Exhibit "B" represent a detailed statement of reasonable fees and expenses. Affiant hereby makes application for payment of reasonable fees and necessary expenses.

Craig M. Geno

STATE OF MISSISSIPPI
COUNTY OF MADISON

SWORN TO AND SUBSCRIBED BEFORE ME, this the 5th day of November, 2026.

NOTARY PUBLIC

MY COMMISSION EXPIRES June 21, 2029

STATE OF MISSISSIPPI
NOTARY PUBLIC
ID# 120626
KATHRYN LAWSON CARTER
Commission Expires
June 21, 2029
MADISON COUNTY

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**

**IN RE:** **SHAW SERVICES, LLC**
**Debtor**

**CHAPTER 7**
**CASE NO. 25-11621-JDW**

# EXHIBIT "B"

***Law Offices of Geno and Steiskal PLLC***
601 Renaissance Way
Suite A
Ridgeland, MS-Mississippi 39157 USA

Ph:601-427-0048 Fax:601-427-0050

August 12, 2026

Shaw Services, LLC
861 Old Hwy 4 West
Holly Springs, MS-Mississippi
38635 USA

File #: T25008
Inv #: 348466

**Attention:**

**RE:** SubV Trustee

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| May-23-25 | Review memos to/from Sammye Tharp regarding case background and acceptance | 0.15 | 37.50 | CMG |
| | Assist CMG setting up file, drafting New Client Data Sheet, Verified Statement of SubV Trustee | 0.25 | 56.25 | KLC |
| May-26-25 | Assist CMG drafting Motion to Require Escrowed SubV Trustee Payments, Certificate of Service and Order re same | 0.15 | 33.75 | KLC |
| May-27-25 | Review Dayton Superior Corporation Proof of Claim | 0.30 | 75.00 | CMG |
| May-28-25 | Review Notice of Meeting of Creditors | 0.20 | 50.00 | CMG |
| May-29-25 | Review letter from Temekia Edwards regarding Initial Debtor Interview and required documents to be produced at Initial Debtor Interview | 0.25 | 62.50 | CMG |
| | Receipt and review of Notice of Meeting of Creditors; calendar various deadlines and hearing date to trigger preparation of hearing folder | 0.15 | 33.75 | KLC |
| | Receipt and review of IDI scheduling letter; calendar deadline for Debtor to produce IDI documents and hearing date to trigger preparation of hearing folder | 0.15 | 33.75 | KLC |

| | | | | |
|---|---|---|---|---|
| May-30-25 | Review order for certificate of service re motion to require escrow payments | 0.10 | 25.00 | CMG |
| | Review Notice of Hearing on Motion to Require Escrow Payments | 0.20 | 50.00 | CMG |
| | Dictation of Certificate of Service regarding escrow payments requests | 0.15 | 37.50 | CMG |
| | Review affiliate case | 0.10 | 25.00 | CMG |
| | Review draft letter to recover equipment and approve | 0.10 | 25.00 | CMG |
| | Receipt and review of hearing notice re Motion to Require Escrowed SubV Trustee Payments; calendar hearing date and objection deadline to trigger preparation of hearing folder | 0.15 | 33.75 | KLC |
| | Assist CMG drafting Certificate of Service re Motion to Require Escrowed SubV Trustee Payments | 0.10 | 22.50 | KLC |
| | Organize and supervise mailout of Motion to Require Escrowed SubV Trustee Payments | 0.20 | 45.00 | KLC |
| Jun-03-25 | Review Trustmark proof of claim | 0.35 | 87.50 | CMG |
| Jun-05-25 | Review Statement of Financial Affairs | 0.35 | 87.50 | CMG |
| | Review Schedule G, H, E and F | 0.20 | 50.00 | CMG |
| | Review Schedule A,B, D, Equity Security Holders and Statement of Operations | 0.25 | 62.50 | CMG |
| Jun-06-25 | Review IDI materials | 0.30 | 75.00 | CMG |
| | Participated in IDI | 0.30 | 75.00 | CMG |
| Jun-07-25 | Review Proof of Claim of AmeriCredit Financial | 0.20 | 50.00 | CMG |
| Jun-09-25 | Receipt and review of hearing notice re Debtor's Application to Employ Attorneys; calendar hearing date and objection deadline to trigger preparation of hearing folder | 0.15 | 33.75 | KLC |

Case 25-11621-JDW Doc 281 Filed 11/05/26 Entered 11/05/26 16:45:24 Desc Main
Document Page 9 of 13


| | | | | |
|---|---|---|---|---|
| | (West Properties) Assist CMG drafting Notice of Appearance | 0.15 | 33.75 | KLC |
| Jun-13-25 | Review Notice of Hearing on Motion for Relief from the Automatic Stay as to AmeriCredit Financial Services | 0.20 | 50.00 | CMG |
| | Receipt and review of hearing notice re GM Financial's Motion for Relief from Stay; calendar hearing date and objection deadline to trigger preparation of hearing folder | 0.15 | 33.75 | KLC |
| Jun-15-25 | Review IRS amended claim #1 | 0.25 | 62.50 | CMG |
| Jun-24-25 | Review April, 2025 Monthly Operating Report | 0.10 | 25.00 | CMG |
| | Review May,2025 Monthly Operating Report | 0.10 | 25.00 | CMG |
| Jun-26-25 | Review Notice of Terminated Hearing regarding Trustee Motion for Escrow | 0.20 | 50.00 | CMG |
| | Review Status Report | 0.25 | 62.50 | CMG |
| | Attended 341 | 1.90 | 475.00 | CMG |
| | Review Schedules and SOFA | 0.65 | 162.50 | CMG |
| Jun-27-25 | Review memo from Walter Newman regarding need/request for expedited hearing | 0.20 | 50.00 | CMG |
| | Review Caterpillar Proof of Claim | 0.25 | 62.50 | CMG |
| | (v. Conti) Receipt and review of Summons; calendar deadline for defendant to answer complaint | 0.10 | 22.50 | KLC |
| Jul-02-25 | Review income tax return | 0.20 | 50.00 | CMG |
| Jul-07-25 | Review Interlocutory Order on Motion for Relief from the Automatic Stay | 0.20 | 50.00 | CMG |
| | Review Notice of Hearing on Trustmark Motion for Relief from the Automatic Stay | 0.20 | 50.00 | CMG |
| Jul-08-25 | Receipt and review of hearing notice re Trustmark's Motion to Lift Stay; calendar hearing date and objection deadline to trigger preparation of hearing folder | 0.15 | 33.75 | KLC |

| | | | | |
|---|---|---|---|---|
| Jul-25-25 | (v. Conti) Receipt and review of Order Extending Time for Defendant to File an Answer; calendar deadline for defendant to answer complaint | 0.10 | 22.50 | KLC |
| Aug-04-25 | Review Fed Ex Proof of Claim | 0.20 | 50.00 | CMG |
| Aug-08-25 | Review amended Schedules and related documents | 0.30 | 75.00 | CMG |
| Aug-10-25 | Review Proof of Claim from Farm Bureau | 0.20 | 50.00 | CMG |
| Aug-15-25 | (v. Conti) Receipt and review of Agreed Order re Debtor's Agreed Motion for Additional Time to Answer Complaint; calendar deadline for defendant to answer complaint | 0.10 | 22.50 | KLC |
| Aug-20-25 | Receipt and review of hearing notice re Debtor's Motion to Extend Plan DL; calendar hearing date and objection deadline to trigger preparation of hearing folder | 0.15 | 33.75 | KLC |
| Sep-18-25 | Receipt and review of hearing notice re Cat Financial's Motion for Relief from Stay; calendar hearing date and objection deadline to trigger preparation of hearing folder | 0.15 | 33.75 | KLC |
| | Receipt and review of hearing notice re UST's Motion to Convert or Dismiss; calendar hearing date and objection deadline to trigger preparation of hearing folder | 0.15 | 33.75 | KLC |
| | Receipt and review of Order re Debtor's Motion to Extend Plan Deadline; calendar deadline for Debtor to file SubV plan | 0.10 | 22.50 | KLC |
| Sep-24-25 | Receipt and review of Order and Notice re Debtor's SubV Plan; calendar various deadlines and hearing date to trigger preparation of hearing folder | 0.15 | 33.75 | KLC |
| Oct-02-25 | Review memos to/from Laura Ashley; conference with Christopher Meredith; Sammye Tharp regarding Plan/Objection issues and Plan problems | 0.25 | 62.50 | CMG |
| Oct-20-25 | Review Puckett Machinery Proof of Claim | 0.20 | 50.00 | CMG |
| Oct-24-25 | Receipt and review of Order re Joint Motion to Continue Confirmation Hearing, etc.; calendar | 0.15 | 33.75 | KLC |

| | | | | |
|---|---|---|---|---|
| | various deadlines and hearing date to trigger preparation of hearing folder | | | |
| Nov-07-25 | Receipt and review of hearing notice re US Fire's Motion for Relief from Stay; calendar objection deadline and hearing date to trigger preparation of hearing folder | 0.15 | 33.75 | KLC |
| | Receipt and review of hearing notice re US Fire's Motion for Relief from Stay and Comfort Order; calendar objection deadline and hearing date to trigger preparation of hearing folder | 0.15 | 33.75 | KLC |
| Nov-13-25 | Receipt and review of hearing notice re Debtor's Application to Employ Special Counsel; calendar hearing date and objection deadline to trigger preparation of hearing folder | 0.15 | 33.75 | KLC |
| Nov-14-25 | Assist CMG drafting Motion for Telephonic Scheduling Conference | 0.15 | 33.75 | KLC |
| Nov-19-25 | Receipt and review of Order to Submit Order re Motion for Telephonic Scheduling Conference; calendar deadline to submit order | 0.10 | 22.50 | KLC |
| Nov-24-25 | Assist CMG drafting Order re Motion for Telephonic Scheduling Conference | 0.10 | 22.50 | KLC |
| Nov-25-25 | Receipt and review of status hearing notice; calendar hearing date to trigger preparation of hearing folder | 0.10 | 22.50 | KLC |
| Dec-02-25 | Receipt and review of Order Resetting Confirmation Hearing; calendar deadline for Debtor to file amended SubV plan and rescheduled hearing date to trigger preparation of hearing folder | 0.15 | 33.75 | KLC |
| Dec-05-25 | Review Plan of Reorganization | 0.75 | 187.50 | CMG |
| | Dictation of Objection to Plan of Reorganization | 0.25 | 62.50 | CMG |
| | Review and revision of Objection to Plan of Reorganization | 0.10 | 25.00 | CMG |
| | Assist CMG drafting Objection re Debtor's SubV Plan | 0.10 | 22.50 | KLC |

| | | | | |
|---|---|---|---|---|
| Dec-12-25 | Receipt and review of Debtor's Notice & Objection to POC #20 of Conti Federal Services; calendar objection deadline | 0.10 | 22.50 | KLC |
| Jan-07-26 | Receipt and review of Order and Notice re Debtor's Amended SubV Plan; calendar various deadlines and hearing date to trigger preparation of hearing folder | 0.15 | 33.75 | KLC |
| Jan-09-26 | Review Notice of Hearing on Plan of Reorganization | 0.20 | 50.00 | CMG |
| Jan-16-26 | Receipt and review of hearing notice re Debtor's Objection to POC #20 of Conti; calendar hearing date to trigger preparation of hearing folder | 0.10 | 22.50 | KLC |
| Feb-09-26 | Review amended plan; Dictation of objection to amended plan | 0.30 | 75.00 | CMG |
| | Assist CMG drafting Objection to Debtor's Amended SubV Plan | 0.10 | 22.50 | KLC |
| Mar-10-26 | Receipt and review of hearing notice re Debtor's Motion to Dismiss Case; calendar hearing date and objection deadline to trigger preparation of hearing folder | 0.15 | 33.75 | KLC |
| Mar-13-26 | Receipt and review of rescheduled hearing notice re Debtor's Amended SubV Plan; calendar hearing date to trigger preparation of hearing folder | 0.10 | 22.50 | KLC |
| Mar-27-26 | Review notices of hearing on application for compensation and motion to dismiss | 0.20 | 50.00 | CMG |
| | Receipt and review of hearing notice re Newman's 1st Fee Application; calendar hearing date and objection deadline to trigger preparation of hearing folder | 0.15 | 33.75 | KLC |
| Apr-06-26 | Assist CMG drafting Response, Objection re Debtor's Motion to Dismiss | 0.20 | 45.00 | AWM |
| Jul-15-26 | Assist CMG reviewing and revising fee itemizations of the Law Offices of Geno and Steiskal | 0.20 | 45.00 | KLC |
| Jul-30-26 | Assist CMG drafting Proof of Claim and reviewing and revising fee itemizations of the Law Offices of Geno and Steiskal | 0.15 | 33.75 | KLC |

| | | | | |
|---|---|---|---|---|
| Aug-12-26 | Assist CMG revising Proof of Claim and reviewing and revising fee itemizations of the Law Offices of Geno and Steiskal | 0.15 | 33.75 | KLC |
| | Totals | 16.75 | $4,047.50 | |

**DISBURSEMENTS**

| | | | |
|---|---|---|---|
| May-30-25 | Photocopies 44 pages @ .25/page Mailout | 11.00 | |
| | Postage 10 @ .69 Mailout | 6.90 | |
| Jul-09-25 | Mileage on 7/8 and 7/9 50 miles @ .70/mile | 35.00 | |
| | Totals | $52.90 | |
| | **Total Fee & Disbursements** | | **$4,100.40** |
| | **Balance Now Due** | | **$4,100.40** |

**SUMMARY BY TIMEKEEPER**

| TIMEKEEPER | RATE | HOURS | AMOUNT |
|---|---|---|---|
| **Craig M. Geno** | **$250.00** | **11.15** | **$2,787.50** |
| **Amanda W. Molpus** | **$225.00** | **0.20** | **$45.00** |
| **Kathryn L. Carter** | **$225.00** | **5.40** | **$1,215.00** |

TAX ID Number 45-4013160

Label Matrix for local noticing
0537-1
Case 25-11621-JDW
Northern District of Mississippi
Aberdeen
Fri Nov 6 16:02:55 CST 2026

1st Choice Concrete Pumping
P. O. Box 189
Terry, MS 39170-0189

Phil B. Abernethy
Butler Snow
1020 Highland Colony Parkway, Suite 1400
Ridgeland, MS 39157-2139

Ajay Concrete Pumping
1715 Vaughn Rd.
Great Falls, MT 59404-2107

(p)AMERICREDIT FINANCIAL SERVICS DBA GM FINAN
PO BOX 183853
ARLINGTON TX 76096-3853

AmeriCredit Financial Services, Inc. dba GM
P O Box 183853
Arlington, TX 76096-3853

AmeriCredit Financial Services, Inc. dba GM
1715 Aaron Brenner Drive, Suite 800
Memphis, TN 38120-1445

Amfed National Insurance Co ARP
1020 Highland Colony Parkway
Suite 700
Ridgeland, MS 39157-2129

Analytical Services
921 Hospital Drive
Niceville, FL 32578-2707

Laura Ashley
Krebs Farley, PLLC
400 Poydras Street
Suite 2500
New Orleans, LA 70130-3224

Laura F Ashley
400 Poydras Street, Suite 2500
New Orleans, LA 70130-3224

James B Bailey
One Federal Place
1819 5th Avenue N
Birmingham, AL 35203-2120

James Blake Bailey
Bradley Arant Boult Cummings
One Federal Place
1819 5th Avenue North
Birmingham, AL 35203-2120

Bayou Concrete
P. O. Box 35073
Panama City, FL 32412-5073

BerkleyNet
c/o Parnell Law Group, LLC
P.O. Box 2189
Montgomery, AL 36102-2189

Bobby & Kathy Clanton
256 Hwy 4 West
Holly Springs, MS 38635-9106

Bobby Clanton
256 Hwy 4 West
Holly Springs, MS 38635-9106

(p)CATERPILLAR FINANCIAL SERVICES CORPORATION
2120 WEST END AVENUE
NASHVILLE TN 37203-5341

Caterpillar Financial Services Corporation
c/o Conner G Whitten
PO Box 14167
Jackson, MS 39236-4167

Caterpillar Financial Services Corporation
c/o D. Sterling Kidd
PO Box 14167
Jackson, MS 39236-4167

Consolidated Pipe
Dept. 3147
P. O. Box 2153
Birmingham, AL 35287-0002

Conti Federal Services, LLC
11486 Corporate Blvd. Suite 190
Orlando, FL 32817-8371

Contractor Supply
P. O. Box 2045
Olive Branch, MS 38654-2209

Cort Furniture
P. O. Box 70518
Philadelphia, PA 19176-0518

Natalie Alaina Cosmich
Burr & Forman LLP
190 East Capitol Street
Ste M-100
Jackson, MS 39201-2149

Craig M. Geno, Esq.
Law Offices of Geno and Steiskal, PLLC
601 Renaissance Way, Suite A
Ridgeland, MS 39157-6038

D. Sterling Kidd
Baker Donelson
P. O. Box 14167
Jackson, MS 39236-4167

Dayton Superior
P. O. Box 7411076
Chicago, IL 60674-3076

Dayton Superior Corporation
David M. Henry
Washington Building - Barnabas Business
4650 North Port Washington Road
Milwaukee, MI 53212-1077

East 2 West Safety Plus
4960 Hwy 90
123
Milton, FL 32571-1413

**EXHIBIT "B"**

Farm Bureau Bank
PO Box 9013
Addison, Texas 75001-9013

FedEx Corporate Services Inc.
3965 Airways Blvd, Module G, 3rd Floor
Memphis, TN 38116-5017

Ferguson
P. O. Box 100286
Atlanta, GA 30384-0286

Fiji Funding
c/o Kaminski Law PLLC
P.O. Box 247
Grass Lake, MI 49240-0247

Fox Capital Group, Inc.
803 S 21ST
Hollywood, FL 33020-6962

Fox Capital Group, Inc.
c/o Kaminski Law PLLC
P.O. Box 247
Grass Lake, MI 49240-0247

Fuji Funding LLC
c/o Kaminski Law PLLC
P.O. Box 247
Grass Lake, MI 49240-0247

GM Financial
P. O. Box 183593
Arlington, TX 76096-3593

Craig M. Geno
Law Offices of Craig M. Geno, PLLC
601 Renaissance Way
Suite A
Ridgeland, MS 39157-6038

Glenn Edward Glover
Bradley Arant Boult Cummings
One Federal Place
1819 5th Avenue North
Birmingham, AL 35203-2120

H&E Equipment Services
P. O. Box 849850
Dallas, TX 75284-9850

Hanos Excavators
12 N Point Dr.
Leland, MS 38756-3001

IPFS Corp of the South
1055 Broadway, 11th Floor
Naples, FL 34105

IPFS Corporation
30 Montgomery Street
Suite 501
Jersey City, NJ 07302-3821

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Internal Revenue Service
P. O. Box 7346
Philadelphia PA 19101-7346

J. Andrew Hammond
Young Wells Williams P.A.
P. O. Box 6005
Ridgeland, MS 39158-6005

J. Andrew Hammond
Young Wells Williams PA
PO Box 6005
Ridgeland, MS 39158-6005

J. Mark Franklin, III, Esquire
Attorney for Trustmark National Bank
P. O. Box 2488
Ridgeland, MS 39158-2488

J. Matthew Parnell
Parnell Law Group, LLC
P.O. Box 2189
Montgomery, AL 36102-2189

J. Walter Newman IV
Newman & Newman
601 Renaissance Way, Suite A
Ridgeland, MS 39157-6038

Ava N. Jackson
Assistant United States Attorney
900 Jefferson Avenue
Oxford, MS 38655-3608

Josh A. Kesselman, Esq.
Lieberman and Klestzick, LLP
1855 Griffin Road DCOTA-Suite A-350
Dania, FL 33004-2210

K&S Construction Co.
6814 Parson Road
Terry, MS 39170-7143

K&S Staffing Solutions, Inc.
1992 Lewis Turner Blvd.
Suite 1293
Ft. Walton, FL 32547-1255

D. Sterling Kidd
Baker Donelson Bearman Caldwell & Berkow
Post Office Box 14167
Jackson, MS 39236-4167

John Scott Kingston
Thompson Coburn LLP
One US Bank Plaza
Suite 2700
St. Louis, MO 63101-1693

(p)KOMATSU AMERICA CORP
ATTN BEA BARRY
8770 W BRYN MAWR AVENUE STE 100
CHICAGO IL 60631-3782

John M. Lassiter
Burr & Forman LLP
190 E. Capitol Street
Ste M-100
Jackson, MS 39201-2149

MS Tax Commission
P.O. Box 22808
Jackson, MS 39225-2808

Craig N Mangum
Krebs Farley, PLLC
400 Poydras St.
Suite 2500
New Orleans, LA 70130-3224

Martin Marietta
P. O. Box 935043
Atlanta, GA 31193-5043

Mississippi Department of Revenue
Bankruptcy Section
Post Office Box 22808
Jackson MS 39225-2808

Mississippi Department of Revenue
P. O. Box 22808
Jackson, MS 39225-2808

Montana Helical Piers
P. O. Box 1621
Kalispell, MT 59903-1621

Morgan D. Bishop
Attorney for Komatsu
P. O. Box 217
Purvis, MS 39475-0217

Jeffrey Stuart Newman
Thompson Coburn LLP
1909 K Street, NW
Ste 600
Washington, DC 20006-1167

Ovalle Concrete
116 MCMahon Rd.
Purvis, MS 39475-3555

Pasco Ready Mix
P. O. Box 2332
Havre, MT 59501-2332

Pelican Refining USA, LLC
861 Old Highway 4 West
Holly Springs, MS 38635-6941

PermaJack/StrataJack
861 Old Highway 4 West
Holly Springs, MS 38635-6941

D. Andrew Phillips
P.O. Box 947
Oxford, MS 38655-0947

Pipe Systems International, LLC
861 Old Highway 4 West
Holly Springs, MS 38635-6941

Puckett Machinery Company
100 Caterpillar Drive
Flowood, MS 39232-6204

(p)PUCKETT MACHINERY COMPANY
PO BOX 321033
FLOWOOD MS 39232-1033

Rain for Rent
3135 Dail St.
Mobile, AL 36612-1753

James Eldred Renfroe
Renfroe & Perilloux, PLLC
648 Lakeland East
Suite A
Flowood, MS 39232-9574

Robins & Morton Group, Attn: James Bailey
1819 Fifth Avenue North
Birmingham, AL 35203-2120

Sylvie Derdeyn Robinson
Mississippi Department of Revenue
Post Office Box 22828
Jackson, MS 39225-2828

Thomas C. Rollins Jr.
The Rollins Law Firm, PLLC
PO BOX 13767
Jackson, MS 39236-3767

Thomas Carl Rollins Jr
Chapter 7 Trustee
P.O. Box 13767
Jackson, MS 39236-3767

SMITH INDUSTRIAL SERVICE INC
2001 W I-65 SERVICE RD N
MOBILE, AL 36618-1112

Frederick Schmidt
Cozen O'Connor P.C.
3 World Trade Center
175 Greenwich St. 55th Fl
New York, NY 10007-2450

Shaw Services LLC
861 Old Hwy 4 West
Holly Springs, MS 38635-6941

Small Business Administration
14925 Kingsport Road
Fort Worth, TX 76155-2243

Stephen Smith
Harper, Rains, Knight & Company, P.A
1052 Highland Colony Parkway
Suite 100
Ridgeland, MS 39157-8764

Smith Industrial Service
2001 W I-65 Service Rd. N
Suite B
Mobile, AL 36618-1112

Sunbelt Rentals
P. O. Box 409211
Atlanta, GA 30384-9211

Benny Taylor
c/o Taylor Auction & Realty, Inc.
P.O. Box 357
Grenada, MS 38902-0357

Taylor Rental
P. O. Box 88741
Chicago, IL 60680-1741

Sammye S. Tharp
501 East Court Street
Suite 6-430
Jackson, MS 39201-5022

The Robins & Morton Group
c/o Bradley
Attn: James Bailey
1819 Fifth Ave. N.
Birmingham, AL 35203-2120

William Thompson
Thompson Coburn LLP
One US Bank Plaza
St. Louis, MO 63101-1693

(p)TRUSTMARK NATIONAL BANK
P O BOX 291
JACKSON MS 39205-0291

U. S. Attorney
Northern District of Mississippi
900 Jefferson Avenue
Oxford MS 38655-3608

U. S. Securities and Exchange Commission
Office of Reorganization
950 East Paces Ferry Road, Suite 900
Atlanta GA 30326-1382

U. S. Trustee
501 East Court Street, Suite 6-430
Jackson, MS 39201-5022

U.S. Small Business Administration
14925 Kingsport Road
Fort Worth, TX 76155-2243

Uline
12575 Uline Dr
Pleasant Prairie, WI 53158-3686

Uline
P. O. Box 88741
Chicago, IL 60680-1741

United Rentals
100 First Stamford Place
Suite 200
Stamford, CT 06902-6748

United States Attorney for SBA
900 Jefferson Avenue
Oxford, MS 38655-3608

United States Fire Insurance
305 Madison Avenue
Morristown, NJ 07960-6117

United States Fire Insurance Company
c/o Craig N. Mangum
400 Poydras St, Suite 2500
New Orleans, LA 70130-3224

United States Fire Insurance Company
c/o Laura F Ashley
400 Poydras St, Suite 2500
New Orleans, LA 70130-3224

WBL SPO I, LLC
190 E. Capitol Street
Jackson, MS 39201-2149

WBL SPO I, LLC
P.O. Box 479
Elmsford, NY 10523-0479

WBL SPO, LLC
c/o John M. Lassiter
Burr & Forman
190 E. Capitol Street Suite M-100
Jackson, MS 39201-2149

WBL SPO, LLC
c/o Natalie A. Cosmich
Burr & Forman, LLP
190 E. Capital Street
Suite M-100
Jackson, MS 39201-2149

Jason E Weeks
Post Office Box 2249
Madison, MS 39130-2249

West Properties, LLC
861 Old Hwy 4 W
Holly Springs, MS 38635-6941

West Properties, LLC
861 Old Hwy4 West
Holly Springs, MS 38635-6941

White Cap
P. O. Box 4944
Orlando, FL 32802-4944

Conner Graham Whitten
Baker Donelson
100 Vision Drive
Ste 400
Jackson, MS 39211-7009

Willscott-Mobile Mini
P. O. Box 91975
Chicago, IL 60693-1975

World Busines Lenders
P. O. Box 479
Elmsford, NY 10523-0479

World Business Lenders
615 Hope Road, Building 3
Eatontown, NJ 07724-1273

Jacob C Zweig
Evans Petree
1715 Aaron Brenner Drive
Suite 800
Memphis, TN 38120-1445

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

AmeriCredit Financial Services, Inc.
dba GM Financial
P O Box 183853
Arlington, TX 76096

Cat Financial Services Corp.
P. O. Box 730681
Dallas, TX 75373-0681

IRS
Att: Special Procedures Staff
100 W. Capitol St.
Room 504
Jackson, MS 39269

Komatsu Financial Limited Partnership
8770 West Bryn Mawr Avenue
Suite 100
Chicago, IL 60631

Puckett Machinery Company
P. O. Box 321033
Flowood, MS 39232

Trustmark National Bank
PO Box 522
Jackson, MS 39205-0522

(d)Trustmark National Bank
P. O. Box 1182
Jackson, MS 39215-1182

(d)Trustmark National Bank
P.O. Box 291
Jackson, MS 39205

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Phil B. Abernethy
Butler Snow
1020 Highland Colony Parkway, Suite 1400
Ridgeland, MS 39157-2139

(d)AmeriCredit Financial Services, Inc. dba G
P O Box 183853
Arlington, TX 76096-3853

(u)Caterpillar Financial Services Corporation

(u)Conti Federal Services, LLC

(d)J. Walter Newman IV
Newman & Newman
601 Renaissance Way, Suite A
Ridgeland, MS 39157-6038

(d)Thomas Carl Rollins Jr
Chapter 7 Trustee
P.O. Box 13767
Jackson, MS 39236-3767

(d)SMITH INDUSTRIAL SERVICE, INC
2001 W I-65 SERVICE RD N
MOBILE, AL 36618-1112

(u)Trustmark Bank successor in interest to Tr

(d)United States Fire Insurance Co.
305 Madison Ave.
Morristown, NJ 07960-6117

End of Label Matrix

| | |
|---|---|
| Mailable recipients | 117 |
| Bypassed recipients | 9 |
| Total | 126 |